UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81255-CIV-DIMITROULEAS

MARSHA G. RIVERNIDER;
ROBERT H. RIVERNIDER; and
CHARLES EDWARD LINCOLN, III,

    Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION,
as Trustee for the C-Bass Mortgage Loan Asset-Backed
Certificates, Series 2006-CBS, and all JOHN & JANE
DOES 1-10,

    Defendants.
_____/

## ORDER OF INSTRUCTIONS TO PRO SE LITIGANTS

THIS MATTER is before the Court upon the filing of the pro se Complaint and Motion for Temporary Restraining Order. [DE-1; DE-2]. The Court has carefully reviewed the Court file herein, and noting that it is essential that the pro se litigant understand certain procedural information, it is

**ORDERED AND ADJUDGED** as follows:

1. No letters shall be sent to the Clerk of the Court or to any District Judge or Magistrate Judge concerning this case. All letters will be ignored. A pro se litigant may file a motion, a memorandum, any pleading allowed by the procedural rules, or any document by the Court, but no letters will receive a response.

2. A pro se litigant must promptly notify the Court in writing of any change of his or her address. This notice must be provided on a paper labeled "Notice of Change of Address" and

must include the case number, the litigant's name, and the new address.  Failure to promptly notify the Court of any change in address may result in dismissal of the case for lack of prosecution.

      3.  A copy of all pleadings must be sent to counsel for the opposing side, and the notice shall include a certificate of service that a copy has been sent to counsel for the opposing side.

      4.  A <u>pro se</u> litigant must follow the Federal Rules of Civil Procedure and the Local Rules of the Southern District of Florida.  Failure to follow these rules may result in the striking of the Motion or dismissal of the case.

      **DONE AND SIGNED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of August, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Marsha G. Rivernider, <u>pro se</u>
9246 Delemar Court
Wellington, FL 33414

Robert H. Rivernider, <u>pro se</u>
9246 Delemar Court
Wellington, FL 33414

Charles Edward Lincoln, <u>pro se</u>
603 Elmwood Place, Suite 6
Austin, TX 78705

U.S. Bank National Association
c/o Lauren Ann Cascino, Esq.
Butler & Hosch, P.A.
3185 South Conway Road, Suite E
Orlando, FL 32812