UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81255-CIV-DIMITROULEAS

MARSHA G. RIVERNIDER;
ROBERT H. RIVERNIDER; and
CHARLES EDWARD LINCOLN, III,

    Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION,
as Trustee for the C-Bass Mortgage Loan Asset-Backed
Certificates, Series 2006-CBS, and all JOHN & JANE
DOES 1-10,

    Defendants.
_____/

## ORDER REQUIRING RESPONSE

THIS CAUSE is before the Court upon the filing of the Motion for Temporary Restraining Order [DE-2], herein on August 28, 2009. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

In the instant Motion, Plaintiffs have not set forth specific facts clearly showing that immediate and irreparable injury, loss, or damage will result before the adverse party can be heard in opposition. Fed. R. Civ. P. 65(b)(1). Moreover, Plaintiffs have indicated that they served a copy of the Motion on counsel for Defendant. Therefore, the Court will not issue a temporary restraining order without allowing Defendants to respond.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant U.S. Bank National Association shall file a Response on or before September 14, 2009. Plaintiffs may file a Reply on or before September 24, 2009.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 31st day of August 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Marsha G. Rivernider, pro se
9246 Delemar Court
Wellington, FL 33414

Robert H. Rivernider, pro se
9246 Delemar Court
Wellington, FL 33414

Charles Edward Lincoln, pro se
603 Elmwood Place, Suite 6
Austin, TX 78705

U.S. Bank National Association
c/o Lauren Ann Cascino, Esq.
Butler & Hosch, P.A.
3185 South Conway Road, Suite E
Orlando, FL 32812