IN THE CIRCUIT COURT IN AND FOR
PALM BEACH COUNTY, FLORIDA

CASE NO:  CA-08-026061-AW

*09-81255-CV-WPD*

U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR THE C-BASS MORTGAGE
LOAN ASSET-BACKED CERTIFICATES,
SERIES 2006-CB8

     Plaintiff,

vs.

MARSHA G. RIVERNIDER; ROBERT H.
RIVERNIDER; OLYMPIA MASTER
ASSOCIATION, INC., and any unknown heirs,
devisees, grantees, creditors, and other unknown
persons or unknown spouses claiming by, through
and under any of the above-named Defendants,

     Defendants.

_____/

```
FILED by _____ D.C.

   SEP 1 5 2009

   STEVEN M. LARIMORE
   CLERK U.S. DIST. CT.
   S.D. OF FLA. - W.P.B.
```

## NOTICE OF CONVENTIONAL FILING

    Defendant, by and through the undersigned counsel, files the following Response in Opposition to Plaintiff's Application for Temporary Restraining Order for consideration in this action and for all other purposes permitted.

    Defendant has registered for the Electronic Filing but has not been issued a password as of the date below.

Beth A. Norrow, Esquire
BUTLER & HOSCH, P.A.
3185 South Conway Road, Suite E
Orlando, Florida 32812
Telephone:  (407) 381-5200
Fax:  (407) 381-5577
Florida Bar No: 061497

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the foregoing was furnished by U.S. Mail this _14th_ day of _September_, 2009, to:

Marsha G. Rivernider
9246 Delemar Court
Wellington, FL 33414

Robert H. Rivernider
9246 Delemar Court
Wellington, FL 33414

Robert C. Martin, Esquire
Martin & Bennis, P.A.
319 SE 14th Street
Ft. Lauderdale, FL 33316-1929
Attorney for Defendant  Olympia Master Association, Inc.

Beth A. Norrow, Esquire
BUTLER & HOSCH, P.A.
3185 South Conway Road, Suite E
Orlando, Florida 32812
Telephone:  (407) 381-5200
Fax:  (407) 381-5577
Florida Bar No: 061497