UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA – PALM BEACH

CASE NO:  09-81255-CIV-
DIMITROULEAS

MARSHA G. RIVERNIDER; ROBERT H.
RIVERNIDER; CHARLES EDWARD LINCOLN,
III,

       Plaintiff,

vs.

 U.S. BANK NATIONAL ASSOCIATION, AS
TRUSTEE FOR THE C-BASS MORTGAGE
LOAN ASSET-BACKED CERTIFICATES,
SERIES 2006-CBS, and all JOHN & JANE DOES
1-10, and any unknown heirs, devisees, grantees,
creditors, and other unknown persons or unknown
spouses claiming by, through and under any of the
above-named Defendants,

       Defendants.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

THIS CAUSE is before the Court upon the filing of Defendant's Motion to Dismiss, herein

on September 24, 2009. The court has carefully considered the Motion and is otherwise fully

advised in the premises, it is

ORDERED AND ADJUDGED that

1. Defendant's Motion to Dismiss is hereby GRANTED, with prejudice.

DONE AND ORDERED in chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of _____, 2009.

                         _____
                         WILLIAM P. DIMITROULEAS
                         United States District Judge

Copies furnished to:

Beth A. Norrow, Esquire
BUTLER & HOSCH, P.A.
3185 South Conway Road, Suite E
Orlando, Florida 32812
Attorney for Plaintiff

Marsha G. Rivernider
9246 Delemar Court
Wellington, FL 33414

Robert H. Rivernider
9246 Delemar Court
Wellington, FL 33414

Charles Edward Lincoln III
9426 Delmar Court
Wellington, Florida 33414

B&H # 264251.001