UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81255-CIV-DIMITROULEAS

MARSHA G. RIVERNIDER;
ROBERT H. RIVERNIDER; and
CHARLES EDWARD LINCOLN, III,

    Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION,
as Trustee for the C-Bass Mortgage Loan Asset-Backed
Certificates, Series 2006-CBS, and all JOHN & JANE
DOES 1-10,

    Defendants.
_____/

### ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss [DE-8], filed herein on September 24, 2009.  The Court has carefully considered the Motion and is otherwise fully advised in the premises.  As of the date of this Order, no response has been filed and the time for such filing has passed.  *See* S.D. Fla. L.R. 7.1(C)(1).

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff shall show cause no later than October 23, 2009 why the instant Motion should not be granted.  A failure to timely respond may result in the Court granting the Motion by default.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 13th day of October, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Marsha G. Rivernider, *pro se*
9246 Delemar Court
Wellington, FL 33414

Robert H. Rivernider, *pro se*
9246 Delemar Court
Wellington, FL 33414

Charles Edward Lincoln, *pro se*
603 Elmwood Place, Suite 6
Austin, TX 78705

U.S. Bank National Association
c/o Lauren Ann Cascino, Esq.
Butler & Hosch, P.A.
3185 South Conway Road, Suite E
Orlando, FL 32812