Dr. Orly Taitz, Esquire
*Attorney-for-Plaintiffs*
Orly Taitz Law Offices
California Bar Card 223433
29839 Santa Margarita Parkway
Rancho Santa Margarita Ca 92688
Tel: (949) 683-5411
Fax: (949) 766-7603
dr_taitz@yahoo.com



FILED by _____ D.C.
OCT 2 2 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA---PALM BEACH

| | |
|---|---|
| MARSHA G. RIVERNIDER,<br>ROBERT H. RIVERNIDER,<br>CHARLES EDWARD LINCOLN, III,<br>       Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE FOR THE C-BASS<br>MORTGAGE LOAN ASSET-BACKED<br>CERTIFICATES, SERIES 2006-CBS,<br>And all JOHN & JANE DOES 1-50<br>       Defendants. | Civil Action/Case Number:<br>09-81255-CIV-DIMITROULEAS<br><br><br>MOTION TO SUBSTITUTE<br>COUNSEL for Pro Se Litigants<br>and Motion for Additional Time<br>to Respond to Motion to Dismiss |

### MOTION TO SUBSTITUTE COUNSEL FOR PRO SE LITIGANTS and MOTION FOR ADDITIONAL TIME TO RESPOND TO MOTION TO DISMISS

Comes now the undersigned Dr. Orly Taitz, Esq., to substitute as counsel subject to her application for admission Pro Hac Vice in the United States District Court for the Southern District of Florida. The undersigned is a member in good standing of the California Bar (California Bar Card Number 223433), and is also admitted to practice before the United States Supreme Court and represents one of the above Plaintiffs (Charles Edward Lincoln, Trustee for the Riverniders) in other real estate litigation in other states, including but not limited to California and Idaho. The undersigned is in search of local counsel but asks that the Court at least temporarily waive its requirement.

*Motion for Substitution of Counsel*      1

The undersigned attorney hereby moves to substitute in as counsel for the following Plaintiffs, previously proceeding "pro se", each of whom consent to the substitution and appearance of counsel (and join in her request that she be admitted pro hac vice) by their signatures below.

Marsha G. Rivernider
Robert H. Rivernider
9426 Delmar Court
Wellington, Florida 33414
Telephone: 561-315-2487

Charles Edward Lincoln, III; *c/o Peyton Yates Freiman*
603 Elmwood Place, Suite #6
Austin, Texas 78705
Telephone: 512-968-2500; Facsimile: 561-691-1423 (c/o Dr. Kathy Lawson)

The undersigned attorney submits that she is unfamiliar with many aspects of this case at the time of filing this Motion for Substitution of Counsel and also requests additional time to respond to the Motion to Dismiss and possibly to file a First Amended Complaint in this case and possibly adjust other issues of litigation strategy and recourse.

**WHEREFORE, Plaintiffs pray that this Court will approve the substitution of counsel proposed herein above and approved by them herein below (by their signatures).**

Respectfully submitted,

_____
Dr. Orly Taitz, Esquire
*Attorney-for-Plaintiffs*
Orly Taitz Law Offices
California Bar Card 223433
29839 Santa Margarita Parkway
Rancho Santa Margarita CA 92688
Tel: (949) 683-5411
Fax: (949) 766-7603
dr_taitz@yahoo.com

Motion approved and substitution and appearance of counsel approved and requested by:

*[signature: Marsha G. Rivernider]*

MARSHA G. RIVERNIDER, Plaintiff
9426 Delmar Court
Wellington, Florida 33414
**Telephone: 561-315-2487**

*[signature: Robert H. Rivernider]*

ROBERT H. RIVERNIDER, Plaintiff
9426 Delmar Court
Wellington, Florida 33414
**Telephone: 561-315-2487**

*[signature: Charles Edward Lincoln]*

Charles Edward Lincoln, Plaintiff
Trustee for Robert & Marsha Rivernider
603 Elmwood Place, Suite #6
Austin, Texas 78705
Telephone: 512-968-2500
Facsimile: 561-691-1423

## CERTIFICATE OF SERVICE

Plaintiffs certify that a true and correct copy of this their Motion for Substitution and Appearance of Counsel in place of pro se litigants has been sent via facsimile to the original attorney for defendants C-Bass and US Bank :

    Lauren Ann Cascino, Esquire,
    Butler & Hosch, P.A.,
    3185 South Conway Road, Suite E,
    Orlando, Florida, 32812
    Telephone 407--381-5200
    Facsimile: 407-381-5577

By: _____
Robert H. Rivernider, Plaintiff, *pro se*
9426 Delmar Court
Wellington, Florida 33414
Plaintiffs *in propia persona*

And by: _____
Marsha G. Rivernider, *pro se*,
Plaintiff
9426 Delmar Court
Wellington, Florida 33414
Plaintiffs *in propia persona*

And by: _____
Charles Edward Lincoln III, Plaintiff, *pro se*
9426 Delmar Court
Wellington, Florida 33414
Plaintiffs *in propia persona*