UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA – PALM BEACH

CASE NO: 09-81255-CIV-DIMITROULEAS

MARSHA G. RIVERNIDER; ROBERT H. RIVERNIDER; CHARLES EDWARD LINCOLN, III,

  Plaintiff,

vs.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CBS, and all JOHN & JANE DOES 1-10, and any unknown heirs, devisees, grantees, creditors, and other unknown persons or unknown spouses claiming by, through and under any of the above-named Defendants,

  Defendants.
_____/

## AFFIDAVIT OF BETH A. NORROW

STATE OF FLORIDA
COUNTY OF ORANGE

  BETH A. NORROW, being duly sworn, deposes and states as follows:

1.  This Affiant is counsel of record for Defendant, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CBS in the above captioned matter.

2.  That Affiant has personal knowledge of the matter asserted herein.

3.  That Affiant is over the age of 18 years and is competent to testify to the matters asserted herein.

4.  That as of October 30, 2009, Affiant has received no correspondence by any method of communication from Dr. Orly Taitz.

5. That as of October 30, 2009, Affiant has received no correspondence by any method of communication from Charles Edward Lincoln, III.

6. That Affiant received a phone call from pro se Plaintiff, Robert Rivernider on October 28, 2009 to "schedule a court ordered conference."

7. Upon clarification of Mr. Rivernider's request, Mr. Rivernider also asserted that he was seeking permission for Dr. Orly Taitz to appear on his behalf in the above-captioned matter.

8. Affiant requested the name of local counsel that would be assisting Dr. Taitz but Mr. Rivernider explained that local counsel had not yet been obtained.

9. Affiant advised Mr. Rivernider that he needed to seek local counsel at which time the request for Dr. Taitz appearance could be revisited.

10. Mr. Rivernider never requested an extension of time to file a response to the Motion to Dismiss.

11. Mr. Riverniver never mentioned the representation of Marsha Rivernider or Charles Edward Lincoln, III.

FURTHER AFFIANT SAYETH NOT.

_____
Affiant

BETH A. NORROW
Print or Type Name

Subscribed and sworn to (or affirmed) before me on this 30 day of October, 2009, by Beth A. Norrow who provided to me satisfactory evidence to be the person(s) who appeared before me.

_____
Signature
Notary Public
My Commission Expires:

LUIS EMILIO CARLO
MY COMMISSION # DD806383
EXPIRES July 12, 2013
(407) 398-0153  FloridaNotaryService.com

B&H # 264251.001