Dr. Orly Taitz, Esquire
*Attorney-for-Plaintiffs*
Orly Taitz Law Offices
California Bar Card 223433
29839 Santa Margarita Parkway
Rancho Santa Margarita Ca 92688
Tel: (949) 683-5411
Fax: (949) 766-7603
dr_taitz@yahoo.com



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA---PALM BEACH

| | |
|---|---|
| MARSHA G. RIVERNIDER, <br> ROBERT H. RIVERNIDER, <br> CHARLES EDWARD LINCOLN, III, <br>     Plaintiffs, <br><br> v. <br><br> U.S. BANK NATIONAL ASSOCIATION, <br> AS TRUSTEE FOR THE C-BASS <br> MORTGAGE LOAN ASSET-BACKED <br> CERTIFICATES, SERIES 2006-CBS, <br> And all JOHN & JANE DOES 1-50 <br>     Defendants. | Civil Action/Case Number: <br> 09-81255-CIV-DIMITROULEAS <br><br> FIRST AMENDED <br> MOTION TO SUBSTITUTE <br> COUNSEL for Pro Se Litigants <br> and Motion for Enlargement of <br> Time until November 30, 2009 <br> to Respond to Motion to Dismiss |

### FIRST AMENDED
### MOTION TO SUBSTITUTE COUNSEL FOR PRO SE LITIGANTS and MOTION FOR ENLARGEMENT OF TIME UNTIL NOVEMBER 30, 2009, TO RESPOND TO MOTION TO DISMISS

On October 22, 2009, the undersigned counsel and Plaintiffs filed their Motion to Substitute Counsel for Pro Se Litigants and Motion for Additional Time to Respond to Motion to Dismiss.

On October 26, 2009, the Court denied the Plaintiffs' Motion without Prejudice (Document 14) requiring them to confer with opposing counsel as required by S.D. Florida, L.R. 7.1.A.3.

*First Amended Motion for Substitution of Counsel and for*     1
*Enlargement of Time until November 30, 2009, to file Response*
*To Motion to Dismiss by and through Counsel rather than pro se.*

Comes now the undersigned Dr. Orly Taitz, Esq., with this First Amended Motion to substitute as counsel subject to her application for admission Pro Hac Vice in the United States District Court for the Southern District of Florida. The undersigned is a member in good standing of the California Bar (California Bar Card Number 223433), and is also admitted to practice before the United States Supreme Court and represents one of the above Plaintiffs (Charles Edward Lincoln, Trustee for the Riverniders) in other real estate litigation in other states, including but not limited to California and Idaho. The undersigned is in search of local counsel but asks that the Court at least temporarily waive its requirement.

On Wednesday, October 28, 2009, Plaintiff Bob Rivernider, acting on behalf of the undersigned Dr. Orly Taitz, and at the specific request of Charles Edward Lincoln, III, who has been working closely with the undersigned in California, called and consulted with Beth Norrow, attorney for Butler & Hosch, P.A.. (See Exhibit A). Apparently, the result of this attempt at consultation was ambiguous, in that Ms. Norrow was not willing to stipulate to any aspect of the Plaintiff's request, but did not appear actively oppose any specifics of the motion except for asking to seek appointment of local counsel first, which the undersigned had asked the Court to waive for 30 days. (See Exhibit A).

The undersigned attorney has a schedule almost booked solid with hearings and other commitments between November 2-16, 2009, including participation in a national convention to which she is a nominated delegate representing California. Together with the Plaintiffs, she is looking for local counsel in Palm Beach County, Florida, or in the general vicinity. She is confident that she can find and arrange for the appearance of such counsel within 30 days.

*First Amended Motion for Substitution of Counsel and for*      2
*Enlargement of Time until November 30, 2009, to file Response*
*To Motion to Dismiss by and through Counsel rather than pro se.*

The undersigned attorney hereby moves to substitute in as counsel for the following Plaintiffs, previously proceeding "pro se", each of whom consent to the substitution and appearance of counsel (and join in her request that she be admitted pro hac vice even without local counsel) by their signatures below.

**Marsha G. Rivernider**
**Robert H. Rivernider**
**9426 Delmar Court**
**Wellington, Florida 33414**
**Telephone: 561-315-2487**

**Charles Edward Lincoln, III;** *c/o Peyton Yates Freiman*
**603 Elmwood Place, Suite #6**
**Austin, Texas 78705**
**Telephone: 512-968-2500; Facsimile: 561-691-1423 (c/o Dr. Kathy Lawson)**

The undersigned attorney submits that she is unfamiliar with many aspects of this case at the time of filing this Motion for Substitution of Counsel and also requests an enlargement of time until November 30, 2009, to respond to the Motion to Dismiss, to file a First Amended Complaint in this case, and adjust other issues of litigation strategy and recourse.

### PRAYER FOR RELIEF (Time and Leave to Appear without Local Counsel)

**WHEREFORE, Plaintiffs pray that this Court will approve the substitution of counsel proposed herein above and approved by them herein below (by their signatures), that the Court will grant her Motion to Appear Pro Hac Vice for 30 days without local counsel, in order to represent the Plaintiffs in the meantime and to find and arrange the appearance of local counsel in this case, and finally that the Court will grant the Plaintiffs until November 30, 2009, to respond to the Defendants' Motion to Dismiss by and through counsel rather than pro se.**

*First Amended Motion for Substitution of Counsel and for*                          3
*Enlargement of Time until November 30, 2009, to file Response*
*To Motion to Dismiss by and through Counsel rather than pro se.*

                                                           **Respectfully submitted,**

_____

Dr. Orly Taitz, Esquire
*Attorney-for-Plaintiffs*
Orly Taitz Law Offices
California Bar Card 223433
29839 Santa Margarita Parkway
Rancho Santa Margarita CA 92688
      Tel: (949) 683-5411
      Fax: (949) 766-7603
      dr_taitz@yahoo.com

Motion approved and substitution and appearance of counsel, for leave to appear for 30 days without local counsel, plus Motion for Enlargement of Time until November 30, 2009, to respond to Motion to Dismiss by and through counsel rather than pro se was approved and requested by:

_____
MARSHA G. RIVERNIDER, Plaintiff
9426 Delmar Court
Wellington, Florida 33414
**Telephone: 561-315-2487**

_____
ROBERT H. RIVERNIDER, Plaintiff
9426 Delmar Court
Wellington, Florida 33414
**Telephone: 561-315-2487**

*First Amended Motion for Substitution of Counsel and for*         4
*Enlargement of Time until November 30, 2009, to file Response*
*To Motion to Dismiss by and through Counsel rather than pro se.*

_____
Charles Edward Lincoln, Plaintiff
Trustee for Robert & Marsha Rivernider
603 Elmwood Place, Suite #6
Austin, Texas 78705
Telephone: 512-968-2500
Facsimile: 561-691-1423

### CERTIFICATE OF SERVICE

Plaintiffs certify that a true and correct copy of this their First Amended Motion for Substitution and Appearance of Counsel and enlargement of time until November 30 2009 to file their response to Motion to Dismiss by counsel in place of pro se litigants has been sent via facsimile to the original attorney for defendants C-Bass and US Bank :

    BETH NORROW, ESQUIRE
    Lauren Ann Cascino, Esquire,
    Butler & Hosch, P.A.,
    3185 South Conway Road, Suite E,
    Orlando, Florida, 32812
    Telephone 407--381-5200, Extension 1071
    Facsimile: 407-381-5577

By:_____
Bob H. Rivernider, Plaintiff, *pro se*
9426 Delmar Court
Wellington, Florida 33414
Plaintiffs *in propia persona*

And by:_____
Marsha G. Rivernider, *pro se*,
Plaintiff
9426 Delmar Court
Wellington, Florida 33414
Plaintiffs *in propia persona*

*First Amended Motion for Substitution of Counsel and for*     5
*Enlargement of Time until November 30, 2009, to file Response*
*To Motion to Dismiss by and through Counsel rather than pro se.*

And by: _____
Charles Edward Lincoln III, Plaintiff, *pro se*
9426 Delmar Court
Wellington, Florida 33414
Plaintiffs *in propia persona*

*First Amended Motion for Substitution of Counsel and for*        6
*Enlargement of Time until November 30, 2009, to file Response*
*To Motion to Dismiss by and through Counsel rather than pro se.*

# Exhibit A:
# E-mail from Rivernider to Lincoln Regarding Conference with Beth Norrow, Attorney for Butler & Hosch, P.A. In compliance with Court's Order of Monday, October 26, 2009 (Document 14)

*First Amended Motion for Substitution of Counsel and for*   7
*Enlargement of Time until November 30, 2009, to file Response*
*To Motion to Dismiss by and through Counsel rather than pro se.*

**Von:** Bob Rivernider (bobriver@me.com)
**An:** Charles E. Lincoln; Peyton Freiman
**Datum:** Mittwoch, den 28. Oktober 2009, 12:36:17 Uhr
**Betreff:** S\W LAWYER

Charles,
I spoke with Beth Norrow 407-381-52-- Ext. 1071 who is the attorney for Butler & Hosch, P.A. the Law firm representing U.S. Bank on my house.
She ask who local counsel is or will be as Orly is not admitted to the Florida bar. Once local counsel is available she said we can address the scheduling.


Bob Rivernider
561-315-2487
bobriver@mac.com