UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81255-CIV-DIMITROULEAS

MARSHA G. RIVERNIDER;
ROBERT H. RIVERNIDER; and
CHARLES EDWARD LINCOLN, III,

   Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION,
as Trustee for the C-Bass Mortgage Loan Asset-Backed
Certificates, Series 2006-CBS, and all JOHN & JANE
DOES 1-10,

   Defendants.
_____/

## NOTICE OF RECEIPT

THIS CAUSE is before the Court upon the letter dated November 6, 2009 from Dr. Orly Taitz, Esq. received in Chambers on November 9, 2009. In the letter, Dr. Orly Taitz, Esq. informs the Court that while she signed the initial substitute of counsel for Plaintiff Charles Edward Lincoln, III, she has no idea who filed the subsequent motions as she does not represent Plaintiffs in this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 10th day of November, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Marsha G. Rivernider, *pro se*
9246 Delemar Court
Wellington, FL 33414
Robert H. Rivernider, *pro se*
9246 Delemar Court
Wellington, FL 33414

Charles Edward Lincoln, *pro se*
603 Elmwood Place, Suite 6
Austin, TX 78705

U.S. Bank National Association
c/o Lauren Ann Cascino, Esq.
Butler & Hosch, P.A.
3185 South Conway Road, Suite E
Orlando, FL 32812

Dr. Orly Taitz, Esq.
Orly Taitz Law Offices
29839 Santa Margarita Parkway
Rancho Santa Margarita, CA 92688

**Law Offices of Dr. Orly Taitz ESQ**

**29839 Santa Margarita Pkwy, ste 100**

**Rancho Santa Margarita CA 92688**

11.06.09.

Via certified mail

**Urgent**

**Personal and Confidential**

Attn Judge William P. Dimitrouleas

US District Court

Southern District of Florida

299 East Broward Boulevard room 205 F

Fort Lauderdale, FL 33301-1902

Re Case 09-81255-CIV-Dimitrouleas

Your Honor,

I was shocked to see your second order to show cause, since I never filed **Plaintiff's Amended Motion to Substitute Counsel for Pro Se Litigants and Motion for Enlargement of Time until November 30, 2009.**

I have signed an initial substitute of counsel for Mr. Lincoln to assist him in his real estate cases in Idaho and Florida with an understanding that local counsel will be retained by Mr. Lincoln in both states. As Mr. Lincoln failed to retain a local counsel in either Idaho or Florida, I have indicated to him that I can't represent him. I have no idea who filed those subsequent motions as I do not represent plaintiffs in this case.

Sincerely,

Dr. Orly Taitz, ESq

29839 Santa Margarita Pkwy

Rancho Santa Margarita CA 92688

Cc Charles Lincoln

603 Elmwood Place, suite 6

Austin TX 78705

Marsha and Robert Rivernider

9246 Delemar Court

Wellington, Fl 33414

US Bank National Association

c/o Lauren Ann Cascino, ESQ

Butler & Hosch, P.A.

3185 South Conway RD suite E

Orlando FL 32812