UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81255-CIV-DIMITROULEAS

MARSHA G. RIVERNIDER;
ROBERT H. RIVERNIDER; and
CHARLES EDWARD LINCOLN, III,

    Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION,
as Trustee for the C-Bass Mortgage Loan Asset-Backed
Certificates, Series 2006-CBS, and all JOHN & JANE
DOES 1-10,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon Plaintiffs' Response to Order to Show Cause and Motion to Dismiss [DE-20] and the Notice of Receipt of Letter from Dr. Orly Taitz [DE-19]. The Court has carefully considered the filings, noting that Plaintiffs and Dr. Orly Taitz appear to indicate that documents have been fraudulently filed with the Court, and is otherwise fully advised in the premises.[1]

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs and Dr. Orly Taitz shall show cause no later than November 27, 2009, why sanctions should not be imposed for filing fraudulent documents with the Court. A failure to timely respond will result in sanctions, up to and including, dismissal of this action.

---

[1] The Court is forwarding Dr. Orly Taitz a copy of Plaintiffs' Response to Order to Show Cause and Motion to Dismiss [DE-20] along with this Order as it appears that Dr. Orly Taitz may not have been provided a copy of Plaintiffs' Response.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 13th day of November, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Marsha G. Rivernider, *pro se*
9246 Delemar Court
Wellington, FL 33414

Robert H. Rivernider, *pro se*
9246 Delemar Court
Wellington, FL 33414

Charles Edward Lincoln, *pro se*
603 Elmwood Place, Suite 6
Austin, TX 78705

U.S. Bank National Association
c/o Lauren Ann Cascino, Esq.
Butler & Hosch, P.A.
3185 South Conway Road, Suite E
Orlando, FL 32812

Dr. Orly Taitz, Esq.
Orly Taitz Law Offices
29839 Santa Margarita Parkway
Rancho Santa Margarita, CA 92688