UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81255-CIV-DIMITROULEAS

MARSHA G. RIVERNIDER;
ROBERT H. RIVERNIDER; and
CHARLES EDWARD LINCOLN, III,

       Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION,
as Trustee for the C-Bass Mortgage Loan Asset-Backed
Certificates, Series 2006-CBS, and all JOHN & JANE
DOES 1-10,

       Defendants.
_____/

## ORDER REFERRING FILINGS TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the

Southern District of Florida, Plaintiffs' Response to Order to Show Cause and Motion to Dismiss

[DE-20], Notice of Receipt of Letter from Dr. Orly Taitz [DE-19], the Court's November 13,

2009 Order to Show Cause [DE-21], and Plaintiffs' Notice of Filing Affidavits in Response to

Third Order to Show Cause [DE-22], in the above-captioned cause are hereby **REFERRED** to

United States Magistrate Judge Lurana S. Snow for appropriate disposition or report and

recommendation to determine whether the imposition of sanctions is warranted.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

17th day of November, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Snow

Marsha G. Rivernider, *pro se*
9246 Delemar Court
Wellington, FL 33414

Robert H. Rivernider, *pro se*
9246 Delemar Court
Wellington, FL 33414

Charles Edward Lincoln, *pro se*
603 Elmwood Place, Suite 6
Austin, TX 78705

U.S. Bank National Association
c/o Lauren Ann Cascino, Esq.
Butler & Hosch, P.A.
3185 South Conway Road, Suite E
Orlando, FL 32812

Dr. Orly Taitz, Esq.
Orly Taitz Law Offices
29839 Santa Margarita Parkway
Rancho Santa Margarita, CA 926888