# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of __Orange__

On __November 24, 2009__ before me, __Daniel R Perez, Notary Public_____,
(Here insert name and title of the officer)

personally appeared _____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

(Notary Seal)

DANIEL R. PEREZ
Commission # 1785548
Notary Public - California
Orange County
My Comm. Expires Jan 10, 2012

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

__Response to Order to Show__
(Title or description of attached document)

__Cause__
(Title or description of attached document continued)

Number of Pages __2__   Document Date __N/A__

_____
(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
- ☒ Individual (s)
- ☐ Corporate Officer
  _____ (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM
*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

DR. ORLY TAITZ, ESQ
29839 S.MARGARITA PKWY
RANCHO SANTA MARGARITA CA, 92688

| | |
|---|---|
| MARSHA G. RIVERNIDER; | Case No.: 09-81255-civ-DIMITROULEAS |
| ROBERT H. RIVERNIDER; AND | RESPONSE TO ORDER TO SHOW CAUSE |
| CHARLES EDWARD LINCOLN, III, | |
| Plaintiffs, | |
| Vs. | |
| US BANK NATIONAL ASSOCIATION, As Trustee for the C-bass Mortgage Loan Asset-Backed Certificates, series 2006-CBS, and all JOHN & Jane DOES 1-10, | |
| Defendants | |

Affidavit of DR. Orly Taitz, ESQ

1. I, Orly Taitz, is a resident of Orange County, California. I am over 18 years old, in sound mind, don't suffer of any mental impairment and can testify to following under the penalty of perjury.
2. I have submitted only one pleading in the above captioned case. This pleading was a request for substitute of counsel, submitted on 10.21.09.
3. Per request of the plaintiff Charles Lincoln I have sent it to Florida, to the residence of Kathy

Garcia-Lawson, where Mr. Lincoln resides while in Florida. (Fed Ex receipt is attached)

4. I used Federal Express affiliate, located near my office in rancho Santa Margarita, CA.
5. The pleadings were received on 10.22.09 and the plaintiffs have filed them with court on the same day.
6. After the request was denied by the court on 10.23.09. I did not submit any more pleadings to court.
7. I was not aware of the pleadings being sent to court using my name and license.
8. The signature on the pleadings submitted after 10.22.09. is a forgery.
9. Fraud was perpetrated upon this court.

Affiant says further not.

Signed

DR. ORLY TAITZ, ESQ
29839 S.MARGARITA PKWY
RANCHO SANTA MARGARITA CA, 92688

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARSHA G. RIVERNIDER; ) Case No.: 09-81255-civ-
) DIMITROULEAS
ROBERT H. RIVERNIDER; AND ) RESPONSE TO ORDER TO SHOW
) CAUSE
CHARLES EDWARD LINCOLN,III, )
)
Plaintiffs, )
)
Vs. )

US BANK NATIONAL

ASSOCIATION,

As Trustee for the C-bass

Mortgage Loan Asset-Backed

Certificates, series 2006-

CBS, and all JOHN & Jane

DOES 1-10,

Defendants

## RESPONSE TO ORDER TO SHOW CAUSE

Here comes Dr. Orly Taitz ESQ, not a party to the above captioned action and not a counsel to any of the parties, responding to the order to show cause.

Your Honor,

As I have stated in my prior letter to you, I did not submit any pleadings to this court after 10.22.09. The pleadings submitted on 10.30.09. were submitted without my consent or even knowledge and my signature

RESPONSE TO ORDER TO SHOW CAUSE DR. ORLY TAITZ ESQ      1

was forged. I would urge your Honor to compare the signature on the pleadings that I signed, and in my letter to the signature on the subsequent pleadings. One doesn't need to be a forensic expert to see, that the signatures are different.

When I submitted the pleadings on 10.21.09. I have followed Mr. Lincoln's request, and sent them to the residence of Kathy Garcia-Lawson, at 2620 Nature's Way, Palm Beach Gardens, FL 33410, where Mr. Lincoln resides while in Florida. Please see an exhibit, the Fed Ex receipt. The package was received by either Ms. Garcia-Lawson or Mr. Lincoln and I believe it was delivered to court by Mr. Rivernider. All three parties had access to my initial pleadings. I believe subsequent pleadings were prepared by Mr. Lincoln, as he is the only one among the three with legal education, however I cannot state with any certainty, who forged my signature. I suspect that it could have been Mr. Lincoln, as he was disbarred in three states, including Florida, and was incarcerated several times, however I cannot state with any certainty, that it was him.

In regards to your question whether further sanctions beyond striking the forged pleading should be assessed against the plaintiffs for forgery and fraud perpetrated upon this court, and whether their case should be dismissed, I believe that the best cause of

action, would be to forward this matter to appropriate law enforcement in Florida. I ask Your Honor to forward this matter to the law enforcement, so it can be ascertained which party forged my signature, and whether the other parties were aware of forgery and whether they colluded to defraud this court. I believe that sanctions should be applied against the guilty party, however I believe that the innocent party should not be penalized. See: *Thomson v. Lincoln*, 2009 U.S. Dist. LEXIS 32741, (WD Texas 2009); *US v. Lincoln,* 2008 U.S. Dist. LEXIS 13577 (SD Texas 2008); *In re Lincoln*, 2009 Bankr. LEXIS 540, (BR Dist. Mass. 2009).

Dated this 11.23.09

Dr. Orly Taitz ESQ
29839 S. Margarita pkwy, ste 100
Rancho Santa Margarita
CA 92688

Copies furnished to:

Marsha and Robert Rivernider

9246 Delmar Court

Wellington, FL 33414

Charles Edward Lincoln

603 Elmwood place, suite 6
Austin, TX 78705

US Bank National Association
c/o Lauren Ann Cascino, ESQ
Butler and Hosch, P.A.
3185 South Conway Rd. suite E
Orlando, FL 32812

**FedEx Express** US Airbill

FedEx Tracking Number 8704 5523 5175

0200

**1 From** Please print and press hard.

Date 10/21/09 Sender's FedEx Account Number

Sender's Name ORLY TAITZ Phone (949 6835411

Company Orly Taitz ESQ.

Address 29839 Santa Margarita Pkwy Dept./Floor/Suite/Room

City RSM State CA ZIP 92688

**2 Your Internal Billing Reference** First 24 characters will appear on invoice.

**3 To** Recipient's Name Kathy Lawson Phone (512 9682500

Company

HOLD Weekday — Print FedEx location address below. NOT available for FedEx First Overnight.

HOLD Saturday — Print FedEx location address below. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

Address 2620 Nature's Way Dept./Floor/Suite/Room

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address — Print FedEx location address here if a HOLD option is selected.

City Palm Beach Gardens State FL ZIP 33410

**Store your addresses at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service** * To most locations. *Packages up to 150 lbs.*

- [ ] FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.
- [x] FedEx First Overnight — Earliest next business morning delivery to select locations.* Saturday Delivery NOT available.
- [ ] FedEx 2Day — Second business day.* Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

**4b Express Freight Service** ** To most locations. *Packages over 150 lbs.*

- [ ] ~~FedEx 1Day Freight~~ — Next business day.** Friday shipments will be delivered on Monday unless SATURDAY Delivery is selected. FedEx 1Day Freight Booking No.
- [ ] ~~FedEx 2Day Freight~~ — Second business day.** Thursday shipments will be delivered on Monday unless SATURDAY Delivery is selected.
- [ ] FedEx 3Day Freight — Third business day.** Saturday Delivery NOT available.

**5 Packaging** * Declared value limit $500.

- [x] FedEx Envelope*
- [ ] FedEx Pak* — Includes FedEx Small Pak, FedEx Large Pak, and FedEx Sturdy Pak.
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options**

- [ ] ~~SATURDAY Delivery~~ — NOT available for FedEx Standard Overnight, FedEx First Overnight, FedEx Express Saver, or FedEx 3Day Freight.
- [ ] No Signature Required — Package may be left without obtaining a signature for delivery.
- [x] Direct Signature — Someone at recipient's address may sign for delivery. Fee applies.
- [ ] Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. Fee applies.

**Does this shipment contain dangerous goods?** One box must be checked.

- [x] No
- [ ] Yes — As per attached Shipper's Declaration.
- [ ] Yes — Shipper's Declaration not required.
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ______ x ______ kg

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging or placed in a FedEx Express Drop Box.

- [ ] Cargo Aircraft Only

**7 Payment** *Bill to:*

- [x] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Enter FedEx Acct. No. or Credit Card No. below.

FedEx Acct. No. Credit Card No. Exp. Date

Total Packages 1 Total Weight 1 lbs. Total Declared Value† $ .00

†Our liability is limited to $100 unless you declare a higher value. See back for details. By using this Airbill you agree to the service conditions on the back of this Airbill and in the current FedEx Service Guide, including terms that limit our liability.

554

Rev. Date 2/08•Part #158281•©1994–2008 FedEx•PRINTED IN U.S.A. SRY

RETAIN THIS COPY FOR YOUR RECORDS.