U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (WEST PALM BEACH)
CASE NO.: 9:09-cv-81255-WPD

**MARSHA G. RIVERNIDER,**
**ROBERT H. RIVERNIDER,**
**CHARLES EDWARD LINCOLN, III,**

    Plaintiff,

v.

**U.S. BANK NATIONAL ASSOCIATION,**
**AS TRUSTEE FOR THE C-BASS**
**MORTGAGE LOAN ASSET-BACKED**
**CERTIFICATES, SERIES 2006-CBS,**
**and all JOHN & JANE DOES 1-50,**

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL

**PLEASE TAKE NOTICE** that William P. Heller and Benjamin K. McComas of the law firm of Akerman Senterfitt hereby enter their appearance on behalf of U.S. Bank National Association, As Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2006-CBS, and request that they be copied on all filings relative to this lawsuit.

Respectfully submitted this 3rd day of December, 2009.

                                          s/ Benjamin K. McComas
                                          William P. Heller
                                          Florida Bar No. 987263
                                          e-mail: william.heller@akerman.com
                                          Benjamin K. McComas
                                          Florida Bar No. 63997
                                          e-mail: benjamin.mccomas@akerman.com
                                          **AKERMAN SENTERFITT**
                                          350 East Las Olas Blvd., Suite 1600
                                          Fort Lauderdale, Florida  33301
                                          954-759-8945(ph)/954-463-2224 (fax)
                                          *Counsel for U.S. Bank National Association*

{FT634387;1}

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court on December 3, 2009, by using the CM/ECF system. I also served a true and correct copy of the foregoing by first-class mail on December 3, 2009 on all counsel or parties of record on the attached service list.

                                                                  s/ Benjamin K. McComas  
                                                                  Benjamin K. McComas

## SERVICE LIST

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA – PALM BEACH**
**CASE NO.: 9:09-cv-81255-WPD**

Marsha G. Rivernider
9246 Delemar Court
Wellington, Florida 33414
*Pro Se*

Robert H. Rivernider
9246 Delemar Court
Wellington, Florida 33414
*Pro Se*

Charles Edward Lincoln, III
603 Elmwood Place
Suite 6
Austin, TX 78705
*Pro Se*

Beth Ann Norrow, Esq.
Butler & Hosch, P.A.
3185 S. Conway Road
Orlando, Florida 32812
*Co-Counsel*