UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81255-CIV-DIMITROULEAS

MARSHA G. RIVERNIDER;
ROBERT H. RIVERNIDER; and
CHARLES EDWARD LINCOLN, III,

    Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION,
as Trustee for the C-Bass Mortgage Loan Asset-Backed
Certificates, Series 2006-CBS, and all JOHN & JANE
DOES 1-10,

    Defendants.
_____/

## ORDER GRANTING IN PART MOTION TO ENLARGE

THIS CAUSE is before the Court upon Plaintiffs' Motion to Enlarge Self-Imposed Deadline to File First Amended Complaint [DE-30], filed herein on December 15, 2009.  The Court has carefully considered the Motion and is otherwise fully advised in the premises. Plaintiffs request a sixty (60) extension of time until February 15, 2009, to file their First Amended Complaint.

Accordingly, finding that Plaintiffs have not shown good cause for such a broad extension, it is **ORDERED AND ADJUDGED** that Plaintiffs' Motion to Enlarge Self-Imposed Deadline to File First Amended Complaint [DE-30] is hereby **GRANTED in part**.  Plaintiffs shall have up to and including December 29, 2009, to file its First Amended Complaint

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 16th day of December, 2009.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Marsha G. Rivernider, *pro se*
9246 Delemar Court
Wellington, FL 33414

Robert H. Rivernider, *pro se*
9246 Delemar Court
Wellington, FL 33414

Charles Edward Lincoln, *pro se*
603 Elmwood Place, Suite 6
Austin, TX 78705

U.S. Bank National Association
c/o Lauren Ann Cascino, Esq.
Butler & Hosch, P.A.
3185 South Conway Road, Suite E
Orlando, FL 32812

Dr. Orly Taitz, Esq.
Orly Taitz Law Offices
29839 Santa Margarita Parkway
Rancho Santa Margarita, CA 92688