DR. ORLY TAITZ, ESQ
29839 S.MARGARITA PKWY
RANCHO SANTA MARGARITA CA, 92688

| | |
|---|---|
| MARSHA G. RIVERNIDER; <br><br>ROBERT H. RIVERNIDER; AND<br><br>CHARLES EDWARD LINCOLN,III,<br><br>Plaintiffs,<br><br>Vs.<br><br>US BANK NATIONAL<br>ASSOCIATION,<br>As Trustee for the C-bass<br>Mortgage Loan Asset-Backed<br>Certificates, series 2006-<br>CBS, and all JOHN & Jane<br>DOES 1-10,<br>Defendants | Case No.: 09-81255-civ-DIMITROULEAS<br>MAGISTRATE LURANA S. SNOW<br><br>ADDITIONAL INFORMATION TO RESPONSE TO ORDER TO SHOW CAUSE |

**ADDITIONAL INFORMATION TO ORDER TO SHOW CAUSE**

Here comes DR. Orly Taitz, ESQ, not a party in the above action and not representing any party in the above action with supplemental information, essential for this case. Undersigned is providing a copy of the court record from the Nueces County 94th District Court, Texas. The exhibit shows the intervention by the licensed attorney Andrea Atalay, in a legal action for damages on part of both Andrea Atalay ESQ and David Sibley ESQ against Charles Lincoln. Ms Atalay describes behavior of Charles Lincoln and the way he defrauded

her, which is consistent and very similar to what happened to the undersigned counsel in this case, when Mr. Lincoln has submitted to this Honorable court pleadings under this counsel's name without her consent or knowledge and with forged signature. There is a clear pattern and clear modus operandi used by Mr. Lincoln to defraud both undersigned counsel, Ms. Atalay and the courts. Ms. Atalay states that

1. Mr. Lincoln defrauded her by filing pleadings on her behalf and using a stamp of her signature.
2. Ms. Atalay has suffered anguish, intentional infliction of emotional distress.
3. Mr. Lincoln slandered and libeled her impugning her competence and integrity.
4. Ms. Atalay was seeking actual damages, exemplary damages, interest and costs.

There appear to be a pattern of criminal behavior by Mr. Lincoln and the undersigned counsel requests this honorable court to forward this information to the proper authorities for further investigation and prosecution.

December 14.09.
/s/ Orly Taitz
Dr. Orly Taitz, ESQ
29839 Santa Margarita pkwy, ste 100
Rancho Santa Margarita CA 92688

## Declaration by Orly Taitz

I, Orly Taitz, swear under penalty of perjury the following

1. I am a resident of Orange County California.
2. I am over 18 years old and don't suffer from any mental disease or impairment.
3. I have retained a licensed investigator Mr. Don Altmann to investigate the matter of forgery of my signature.
4. Mr. Altmann has obtained from the Nueces county court Certified Intervention by Andrea Atalay.
5. On 12.14.09. Mr. Altmann has e-mailed me the copy of the intervention and mailed it by certified mail.
6. Upon receipt of the actual document I can forward it to court if the court requests it.

Further declarant sayeth naught.

Signed, declared under penalty of perjury, and executed in Santa Margarita, CA on December 14, 2009.

/s/ Orly Taitz

29839 Santa Margarita Pkwy, ste 100

Rancho Santa Margarita CA 92688

| No. 07-2615-C | |
|---|---|
| David Sibley | District Court |
| v. | 94th District |
| Charles Lincoln | Nueces County, Texas |

## Intervention by Andrea Atalay

TO THE HONORABLE COURT:

Andrea Atalay respectfully files this Intevention.

1. Charles Lincoln defrauded Andrea Atalay. Specifically, he represented that he would work with her as a paralegal following her instructions and acting ethically. He instead commenced a highly fraudulent scheme. Among other things, he accepted money from "clients" without telling her know. He kept the money. He could not represent them (he is disbarred). Yet, he filed pleadings on their behalf using a stamp of her signature. He filed pleadings claiming she represented him in a criminal case without her knowledge or agreement. This has occurred roughly 12 times that she knows about. "Clients" and her practice were both harmed. He never intended to keep his promises. She never would have worked with him but for his false promises. She has suffered damages due to reliance on his falses promises including damage to her law practice and reputation and mental anguish.

2. Charles Lincoln committed the tort of "intentional infliction of emotional distress." He acted outrageously including attempting to coerce her to sign a perjurious affidavit, threatening her, etc.

3. Charles Lincoln slandered and libeled her impugning her competence, integrity, etc.

4. She has suffered actual damages. Sufficient culpability exists for exemplary damages. Thus, the Court should grant Andrea Atalay judgment against Charles Lincoln for actual damages, exemplary damages, prejudgment interest, postjudgment interest, and court costs. **Andrea Atalay expressly limits her demands in this suit to a total amount that is less than $75,000**.



1

340901

Respectfully Submitted,

*[signature: David A. Sibley]*

David A. Sibley
Attorney At Law
P.O. Box 9610
719 N. Upper Broadway (78401)
Corpus Christi, Texas 78469-9610
(361) 882-2377 -- Telephone
(888) 231-0146 -- Telecopier
ds@davidsibley.com
davidsibley.com - Home Page
State Bar No. 18337600
Federal I.D. 10053
Attorney-in-Charge for Andrea Atalay

### Certificate of Service

On Tuesday, June 12, 2007, I served this as follows:

**Via Telecopier**
Charles Lincoln
Attorney At Law

*[signature: David A. Sibley]*

David A. Sibley

2

STATE OF TEXAS
..... ES

....T CLERK OF NUECES COUNTY
....e f.r :going is a
....nal record now
.....on, as appears

06-12-07 in my office.

.....: hand and seal of office, this

12-08-07

PATSY PEREZ, DISTRICT CLERK
Nueces County, Texas
By Sharon Head Deputy