UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-81255-Civ-DIMITROULEAS/SNOW

MARSHA G. RIVERNIDER, ROBERT H. RIVERNIDER,
and CHARLES EDWARD LINCOLN, III,

    Plaintiffs,

    v.

U.S. BANK NATIONAL ASSOCIATION, as Trustee
for the C-Bass Mortgage Loan Asset-Backed
Certificates, Series 2006-CBS, and all
John & Jane Does, 1-10,

    Defendants.
_____/

**ORDER SETTING HEARING**

THIS CAUSE is before the Court sua sponte on the Plaintiffs' Response to Order to Show Cause (Docket Entry 20) the Notice of Receipt of Letter from Dr. Orly Taitz (Docket Entry 19), the November 13, 2009, Order to Show Cause (Docket Entry 21) and the subsequent responses to that Order, which were referred to United States Magistrate Judge Lurana S. Snow.  The Court has directed the undersigned to determine whether sanctions should be imposed on any party or attorney related to the filing of the First Amended Motion to Substitute Counsel for Pro Se Litigants.  With the Court being advised, it is hereby

ORDERED AND ADJUDGED as follows:

1.  This matter is set for an evidentiary hearing on January 12, 2010, at 1:00 p.m. in Courtroom 203D, 299 East Broward

1

Boulevard, Fort Lauderdale, Florida. If necessary, the hearing will continue on January 13, 2010, at 1:00 p.m.

    2. The Court requires the attendance at this hearing by (1) plaintiffs Marsha G. Rivernider, Robert H. Rivernider and Charles Edward Lincoln, III; (2) counsel for the defendant, and (3) Dr. Orly Taitz, Esq.

    DONE AND ORDERED at Fort Lauderdale, Florida, this 29th day of December, 2009.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Marsha G. Rivernider, pro se (P)
Robert H. Rivernider, pro se (P)
Charles Edward Lincoln, III, pro se (P)
Benjamin Kyle McComas, Esq. (D)
Beth Ann Norrow, Esq. (D)

By U.S. mail
and by certified mail 7008 1300 0002 3609 7558 to:

Dr. Orly Taitz, Esq.
Orly Taitz Law Offices
29839 Santa Margarita Parkway
Rancho Santa Margarita, CA 92688