UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA---PALM BEACH



FILED by _____ D.C.

DEC 29 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

MARSHA G. RIVERNIDER, §
ROBERT H. RIVERNIDER, §
CHARLES EDWARD LINCOLN, III, §
   Plaintiffs, §
§
§
v. § Case No.: 09-81255-civ-Dimitrouleas
§
U.S. BANK NATIONAL ASSOCIATION, §
AS TRUSTEE FOR THE C-BASS §
MORTGAGE LOAN ASSET-BACKED §
CERTIFICATES, SERIES 2006-CBS, §
And all JOHN & JANE DOES 1-50 §
Defendants. §
§
§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)

    No Answer or Motion for Summary Judgment has been served in this case as of Decemer 29, 2009. Plaintiffs find themselves unable to comply with the Court's order to file their First Amended Complaint on this date for a wide variety of reasons personal to each Plaintiff, aggravated by FedEx' failure to deliver US Airbill 8713 0054 0949 addressed to Robert H. Rivernider by Charles Edward Lincoln III, which contained Lincoln's signature pages for the First Amended Complaint (See FedEx status printout, Exhibit A). Plaintiffs accordingly seek to exercise their right under Rule 41(a) to voluntarily dismiss their Complaint without prejudice.

    Furthermore, however, Plaintiffs feel that the setting of a potentially two-day evidentiary hearing by Magistrate Judge Lurana S. Snow on January 12-13, 2009, is unduly prejudicial. Plaintiff Robert H. Rivernider in particular simply has no time to prepare for or attend such a hearing, and notes that the Court did not set an evidentiary hearing on Plaintiffs' request for a Temporary Restraining Order/Preliminary Injunction in August, 2009, when this case was filed.

    The Court has indicated in all its orders that the maximum sanction sought against these Plaintiffs for any alleged misconduct in relation to Plaintiff Charles Edward Lincoln's submission of Orly Taitz' signature in a First Amended Motion for Enlargement of Time and to waive local rules relating to obtaining local counsel, which Orly Taitz denied authorizing, even though she admits to having personally signed the original (and almost identical) version of the

Motion submitted one week earlier. The bottom line is that the court seems more interested in investigating facts tangential to the Plaintiffs' case than to the Plaintiffs' case itself. It seems apparent that the key issues in the Plaintiffs' case against U.S. Bank have been and are going to be continually and unduly clouded by the conflict between Lincoln and Taitz, to which Robert H. Rivernider and Marsha Rivernider are not parties and in which they have no imaginable interest.

Plaintiff Charles Edward Lincoln remains willing and able to appear on January 12-13, 2010 to discuss his "issues" with Dr. Orly Taitz, if Ordered so to appear by the Court, but he requests leave of court to examine witnesses by deposition prior to that date, and requests leave of Court to examine Dr. Orly Taitz in particular by subpoena if necessary issued to her for a deposition to be held in California.

WHEREFORE, the Court has indicated that Dismissal is the Maximum sanction which the Court might seek against these Plaintiffs, all three plaintiffs hereby file this Notice of Voluntary Dismissal and request that their Complaint be dismissed without prejudice pursuant to Rule 41(a), which states:

> Rule 41. Dismissal of Actions
> (a) Voluntary Dismissal.
>  (1) *By the Plaintiff.*
>   (A) **Without a Court Order.** Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
>    (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
>    (ii) a stipulation of dismissal signed by all parties who have appeared.
>   (B) Effect. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

As noted, Defendant has filed no answer, counterclaim, or motion for summary judgment in this case. The Court should accordingly allow Plaintiffs to dismiss voluntarily and without prejudice subject only to the recall of Charles Edward Lincoln who will appear if required by Court Order on January 12-13, 2010, before Judge Snow so long as Orly Taitz is also compelled to appear, and subject to Lincoln's request to depose his former attorney prior to this hearing.

Respectfully submitted,

Tuesday, December 29, 2009
By: _____
Robert H. Rivernider, Plaintiff, *in propia persona*
9246 Delemar Court, Wellington FL 33414
Telephone: (561) 315-2487


And By: _____
MARSHA G. RIVERNIDER, Plaintiff, *pro se*
9246 Delemar Court, Wellington, FL 33414


And By: _____
Charles Edward Lincoln, III
c/o Peyton Yates Freiman
Tierra Limpia/Deo Vindice
603 Elmwood Place, Suite #6
Austin, Texas 78705

Facsimile: *(561) 691-1423*


Telephone: (512) 968-2500;
FAX: (561) 691-1423
E-Mail: charles.lincoln@rocketmail.com

## CERTIFICATE OF SERVICE

    Plaintiffs served a true and correct copy of this above-and-foregoing First Amended Petition for Declaratory Judgment and Complaint for Damages by Facsimile Transmission and/or First Class U.S. Mail to the several attorneys of record for Defendant US BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET_BACK CERTIFICATES, SERIES 2006-CBS, whose actions and standing are herein complained of, to wit Case No. CA-08-036061-AW, in the Circuit Court in and for Palm Beach County, Florida, to wit:

LAUREN ANN CASCINO, Esquire
BETH A. NORROW, Esquire
Butler & Hosch, P.A.
3185 South Conway Road, Suite E
Orlando, Florida 32812
Facsimile: (407) 381-5577

BENJAMIN K. McCOMAS, Esquire
AKERMAN SNTERFITT
Las Olas Center II
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, Florida 33301-22229
FACSIMILE: (954) 463-2224

Dr. Orly Taitz
Law Offices of Orly Taitz
29839 Santa Margarita Parkway, Suite 100
Rancho Santa Margarita, California 92672
FACSIMILE: (949) 766-7036

By: _____
Robert H. Rivernider, Plaintiff, *in propia persona*
9246 Delemar Court, Wellington FL 33414
Telephone: (561) 315-2487

And By: _____
MARSHA G. RIVERNIDER, Plaintiff, *pro se*
9246 Delemar Court, Wellington, FL 33414

*Exhibit A: FedEx Failure to Deliver Package from Charles E. Lincoln*



Bangladesh Home | Customer Service | Site Index    Search        Go!

International Shipping

Ship ▸    Track ▸    Manage My Account ▸    Customs Tools ▸

## Detailed Results

Printable Version    Help

Enter tracking number    Track

Notifications

Tracking no.: 871300540949    ✉ E-mail notifications

**In transit**

Initiated → Picked up → In transit → Delivered
Delivery exception
LAKE WORTH, FL
Destination

**Shipment Dates**
Ship date  Dec 28, 2009

### Shipment Facts    Help

| Service type | Priority Envelope |
|---|---|

### Shipment Travel History    Help

Select time zone: Select    Select time format: 12H | 24H

All shipment travel activity is displayed in local time for the location

| Date/Time | Activity | Location | Details |
|---|---|---|---|
| Dec 29, 2009 12:55 PM | Delivery exception | LAKE WORTH, FL | Incorrect address - Street name/number |
| Dec 29, 2009 8:43 AM | On FedEx vehicle for delivery | LAKE WORTH, FL | |
| Dec 29, 2009 8:22 AM | At local FedEx facility | LAKE WORTH, FL | |
| Dec 29, 2009 7:34 AM | At dest sort facility | WEST PALM BEACH, FL | |
| Dec 29, 2009 4:43 AM | Departed FedEx location | MEMPHIS, TN | |
| Dec 29, 2009 12:33 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Dec 28, 2009 9:30 PM | Left FedEx origin facility | IRVINE, CA | |
| Dec 28, 2009 5:05 PM | Picked up | SAN CLEMENTE, CA | Tendered at FedEx Kinko's, now FedEx Office |

Global Home | Service Info | About FedEx | Careers at FedEx | Write to FedEx | fedex.com Terms of Use | Privacy Policy |
This site is protected by copyright and trademark laws under US and International law. All rights reserved.© 1995-20092009 FedEx