U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (WEST PALM BEACH)
CASE NO.: 9-09-cv-81255-WPD

**MARSHA G. RIVERNIDER,**
**ROBERT H. RIVERNIDER,**
**CHARLES EDWARD LINCOLN, III,**

    Plaintiff,

v.

**U.S BANK NATIONAL ASSOCIATION,**
**AS TRUSTEE FOR THE C-BASS**
**MORTGAGE LOAN ASSET-BACKED**
**CERTIFICATES, SERIES 2006-CBS,**
**And all JOHN & JANE DOES 1-50,**

    Defendants.

_____/

## LIMITED NOTICE OF APPEARANCE AS COUNSEL

**PLEASE TAKE NOTICE** that Bradford M. Cohen of the law firm Bradford Cohen hereby enters their appearance on behalf of Dr. Orly Taitz, Esq. for the purposes of the order to show cause hearing only.

Respectfully submitted this January 12, 2010.

s/ Bradford M. Cohen
Bradford Cohen Law
1132 SE 3rd Ave
Fort Lauderdale, FL 33301
Telephone: 954-523-7774
Facsimile: 954-523-2656
Florida Bar. 118176
e-mail: lawronin@aol.com

**CERTIFICATE OF SERVICE**

  **I herby certify** that a true and correct copy of the foregoing was electronically filed with the Clerk of Court on January 12, 2010, by using the CM/ECF system. I also served a true and correct copy of the foregoing by hand delivery on the day of the hearing on all counsel or parties of record on the attached service list.

                         s/ Bradford M. Cohen.
                          Bradford M. Cohen

**SERVICE LIST**

**U.S DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA- PALM BEACH**
**CASE NO.: 9:09-cv-81255-WPD**

Marsha G. Rivernider
9246 Delemar Court
Wellington, Florida 33414
Pro Se

Robert H. Rivernider
9246 Delemar Court
Wellington, Florida 33414
Pro Se

Charles Edward Lincoln, III
603 Elmwood Place
Suite 6
Austin, Texas 78705
Pro Se

Beth Ann Norrow, Esq.
Butler & Hosch, P.A
3185 S. Conway Road
Orlando, Florida 32812
Co-Counsel