UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-81255-Civ-DIMITROULEAS / SNOW

MARSHA G. RIVERNIDER,
ROBERT H. RIVERNIDER, and
CHARLES EDWARD LINCOLN, III,

    Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION,
As Trustee for the C-Bass Mortgage Loan
Asset-Backed Certificates, Series 2006-CBS,
and all John & Jane Does, 1-10,

    Defendants.

### NOTICE OF LIMITED APPEARANCE FOR PLAINTIFF, CHARLES EDWARD LINCOLN, III

  Comes now Inger Garcia, Esquire, and hereby enters her limited appearance for the Order to Show Cause Hearing set for January 12, 2010 on behalf of the Plaintiff, Charles Edward Lincoln, III, to appear as the *Pro Hac Vice* Sponsoring Attorney for counsel, Philip J. Berg, Esquire.

Dated: January 12, 2010

               Respectfully submitted,

               Inger Garcia, Esquire
               Florida Bar No. 106917
               Email: attorney@ingergarcia.com
               Law Offices of Inger Garcia
               P.O. Box 11933
               Fort Lauderdale, Florida 33339-1933
               Telephone: (954) 894-9962
               Facsimile: (954) 446-1635

               *Attorney for Plaintiff,*
               *Charles Edward Lincoln, III*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-81255-Civ-DIMITROULEAS / SNOW

MARSHA G. RIVERNIDER,
ROBERT H. RIVERNIDER, and
CHARLES EDWARD LINCOLN, III,

              Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION,
As Trustee for the C-Bass Mortgage Loan
Asset-Backed Certificates, Series 2006-CBS,
and all John & Jane Does, 1-10,

              Defendants.

**CERTIFICATE OF SERVICE**

    I, Inger Garcia, hereby certify that a copy of the foregoing was served this 12th day of January 2010 electronically upon the following:

Benjamin Kyle McComas
Akerman Senterfitt & Eidson
350 E. Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301
Email: Benjamin mccomas@akerman.com

Beth Ann Norrow
Butler & Hosch
3185 S. Conway Road, Suite E
Orlandlo, FL 32812
Email: BethN@butlerandhosch.com

Orly Taitz, et al.
31912 Monarch Crest
Laguna Niguel, CA 92677
Email: dr_taitz@yahoo.com

2

And, by hand delivery upon the following:

>Marsha G. Rivernider
>9246 Delemar Court
>Wellington, FL 33414
>Plaintiff in *Pro Se*

>Robert H. Rivernider
>9246 Delemar Court
>Wellington, FL 33414
>Plaintiff in *Pro Se*

>Inger Garcia, Esquire
>Florida Bar No. 106917
>Email: attorney@ingergarcia.com
>Law Offices of Inger Garcia
>P.O. Box 11933
>Fort Lauderdale, Florida 33339-1933
>Telephone:  (954) 894-9962
>Facsimile:  (954) 446-1635
>
>*Attorney for Plaintiff,*
>*Charles Edward Lincoln, III*

3