UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-81255-Civ-DIMITROULEAS / SNOW

MARSHA G. RIVERNIDER,
ROBERT H. RIVERNIDER, and
CHARLES EDWARD LINCOLN, III,

     Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION,
As Trustee for the C-Bass Mortgage Loan
Asset-Backed Certificates, Series 2006-CBS,
and all John & Jane Does, 1-10,

     Defendants.

## NOTICE OF LIMITED APPEARANCE FOR
## PLAINTIFF, CHARLES EDWARD LINCOLN, III

Comes now Philip J. Berg, Esquire, and hereby enters his limited appearance for the Order to Show Cause Hearing set for January 12, 2010 on behalf of the Plaintiff, Charles Edward Lincoln, III, to appear as Counsel upon this Court's approval for him to appear *Pro Hac Vice*.

     Respectfully submitted,

Dated: January 12, 2010

     Philip J. Berg, Esquire
     PA Identification No. 09867
     Email: philjberg@gmail.com
     555 Andorra Glen Court, Suite 12
     Lafayette Hill, PA 19444-2531
     Telephone: (610) 825-3134
     Facsimile: (610) 834-7659

     *Attorney for Plaintiff,*
     *Charles Edward Lincoln, III*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-81255-Civ-DIMITROULEAS / SNOW

MARSHA G. RIVERNIDER,
ROBERT H. RIVERNIDER, and
CHARLES EDWARD LINCOLN, III,

      Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION,
As Trustee for the C-Bass Mortgage Loan
Asset-Backed Certificates, Series 2006-CBS,
and all John & Jane Does, 1-10,

      Defendants.

## CERTIFICATE OF SERVICE

I, Philip J. Berg, hereby certify that a copy of the foregoing was served this 12th day of January 2010 electronically upon the following:

Benjamin Kyle McComas
Akerman Senterfitt & Eidson
350 E. Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301
Email: Benjamin mccomas@akerman.com

Beth Ann Norrow
Butler & Hosch
3185 S. Conway Road, Suite E
Orlandlo, FL 32812
Email: BethN@butlerandhosch.com

Orly Taitz, et al.
31912 Monarch Crest
Laguna Niguel, CA 92677
Email: dr_taitz@yahoo.com

2

And, by hand delivery upon the following:

                    Marsha G. Rivernider
                    9246 Delemar Court
                    Wellington, FL 33414
                    Plaintiff in *Pro Se*

                    Robert H. Rivernider
                    9246 Delemar Court
                    Wellington, FL 33414
                    Plaintiff in *Pro Se*

/s/ Philip J. Berg

Philip J. Berg, Esquire
PA Identification No. 09867
Email: philjberg@gmail.com
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:    (610) 825-3134
Facsimile:    (610) 834-7659

*Attorney for Plaintiff,*
*Charles Edward Lincoln, III*

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-81255-Civ-DIMITROULEAS / SNOW

MARSHA G. RIVERNIDER,
ROBERT H. RIVERNIDER, and
CHARLES EDWARD LINCOLN, III,

     Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION,
As Trustee for the C-Bass Mortgage Loan
Asset-Backed Certificates, Series 2006-CBS,
and all John & Jane Does, 1-10,

     Defendants.

## CERTIFICATION OF PHILIP J. BERG, ESQUIRE

Philip J. Berg, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Pennsylvania Bar and the United States District Court for the Eastern District of Pennsylvania.

                Respectfully submitted,

Dated: January 12, 2010

                Philip J. Berg, Esquire
                PA Identification No. 09867
                Email: philjberg@gmail.com
                555 Andorra Glen Court, Suite 12
                Lafayette Hill, PA 19444-2531
                Telephone: (610) 825-3134
                Facsimile: (610) 834-7659

                *Attorney for Plaintiff,*
                *Charles Edward Lincoln, III*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-81255-Civ-DIMITROULEAS / SNOW

MARSHA G. RIVERNIDER,
ROBERT H. RIVERNIDER, and
CHARLES EDWARD LINCOLN, III,

                Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION,
As Trustee for the C-Bass Mortgage Loan
Asset-Backed Certificates, Series 2006-CBS,
and all John & Jane Does, 1-10,

                Defendants.

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served this 12th day of January 2010 electronically upon the following:

Benjamin Kyle McComas
Akerman Senterfitt & Eidson
350 E. Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301
Email: Benjamin mccomas@akerman.com

Beth Ann Norrow
Butler & Hosch
3185 S. Conway Road, Suite E
Orlandlo, FL 32812
Email: BethN@butlerandhosch.com

Orly Taitz, et al.
31912 Monarch Crest
Laguna Niguel, CA 92677
Email: dr_taitz@yahoo.com

5

And by hand delivery upon the following:

>Marsha G. Rivernider
>9246 Delemar Court
>Wellington, FL 33414
>Plaintiff in *Pro Se*

>Robert H. Rivernider
>9246 Delemar Court
>Wellington, FL 33414
>Plaintiff in *Pro Se*

>/s/ Inger Garcia
>Inger Garcia, Esquire
>Florida Bar No. 106917
>Email: attorney@ingergarcia.com
>Law Offices of Inger Garcia
>P.O. Box 11933
>Fort Lauderdale, Florida 33339-1933
>Telephone:   (954) 894-9962
>Facsimile:   (954) 446-1635

>*Attorney for Plaintiff,*
>*Charles Edward Lincoln, III*