UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81255-CIV-DIMITROULEAS

MARSHA G. RIVERNIDER;
ROBERT H. RIVERNIDER; and
CHARLES EDWARD LINCOLN, III,

    Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION,
as Trustee for the C-Bass Mortgage Loan Asset-Backed
Certificates, Series 2006-CBS, and all JOHN & JANE
DOES 1-10,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONIC FILINGS

THIS CAUSE is before the Court upon the Motion for Limited Appearance of Philip J. Berg, and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Philip J. Berg in this matter and request to electronically receive notices of electronic filings. [DE-40]. This Court having considered the motion and all other relevant factors, it is hereby

    **ORDERED and ADJUDGED** that:

The Motion for Limited Appearance *Pro Hac Vice*, Consent to Designation and Request to Electronic Filings [DE-40] is hereby **GRANTED**. Philip J. Berg is granted to appear and participate in this action on behalf of Plaintiff Charles Edward Lincoln, III. The Clerk shall provide electronic notification of all electronic filings to Philip J. Berg at philjberg@gmail.com.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 13th day of January, 2010.

/s/ William P. Dimitrouleas
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Marsha G. Rivernider, *pro se*
9246 Delemar Court
Wellington, FL 33414

Robert H. Rivernider, *pro se*
9246 Delemar Court
Wellington, FL 33414

Charles Edward Lincoln, *pro se*
603 Elmwood Place, Suite 6
Austin, TX 78705

U.S. Bank National Association
c/o Lauren Ann Cascino, Esq.
Butler & Hosch, P.A.
3185 South Conway Road, Suite E
Orlando, FL 32812

Dr. Orly Taitz, Esq.
Orly Taitz Law Offices
29839 Santa Margarita Parkway
Rancho Santa Margarita, CA 92688

Magistrate Judge Snow