Dr. Orly Taitz ESQ

29839 Santa Margarita CA 92677

Rancho Santa Margarita, CA 92677

Ph. 949-683-5411 fax 949-766-7603

01.16.09.

Att. Honorable Judge Dimitroleas, Honorable Magistrate Lurana Snow,

As I am not a party to the case of Rivernider et al v US bank, I am providing following additional information in a form of a letter, as a witness who testified in front of Magistrate Snow on 01.12.10.

In an order to show cause Charles Lincoln originally denied submitting pleadings under my name and forging my signature. He went to an extend of accusing me of perjury, defaming me and my husband all over the Internet, trying to endanger my law license, as he claimed that I signed the document and later lied about it, using this as a theory to cover up forgery, uttering and fraud on the court.

On 01.12.10 hearing before Magistrate Snow, while confronted with an expert document examiner report and his own e-mail, sent on 10.28.09. where he acknowledged knowing that I will not be filing any more pleadings in this case, Charles Lincoln has admitted on the stand that he signed my name, and he came up with a new theory, claiming that I allowed him to sign my name, and not just by writing Charles Lincoln, law clerk for Dr. Taitz, but actually mimicking my signature, he de facto stated that I allowed him to forge my signature. He stated that I allowed him to do so previously, when I had to go out of the country for vacation in August prior to August 7 hearing in Philadelphia.

I am providing evidence to show that this is not true and constitutes yet another count of perjury and fraud on the court by Charles Lincoln.   I have signed the response to the motion in the Philadelphia case on July 31 and the last document to be signed was my affidavit, which I signed on August 1st prior to going on vacation on August 2nd. Please see the attached affidavit. It shows both my signature and a signature of a notary public in CA.  This clearly refutes Lincoln's preposterous and outrageous claims.

As I presented evidence previously, this is not the first instance of forgery, uttering, fraud on the court and unauthorized practice of law. My investigators have located attorney Andrea Atalay in TX, where in similar modus operandi Lincoln retained "clients", signed her name and later to cover up his crimes, he defamed Ms. Atalay all over the internet, destroyed her law practice, liens were placed on her house, and ultimately she lost her house, which caused severe emotional distress to her, her husband and her children.

1

I am hopeful that I caught Lincoln's illegal activities early on and will not suffer the extend of damages, suffered by Ms. Atalay. I hope there are no more "clients" where Lincoln has submitted pleadings or other documents forging my signature. I ask your Honors to see the seriousness of this matter. Clearly some three months spent in prison in Atalay case were not a sufficient deterrent for Lincoln. He is currently advertising on the Internet all over the nation his services as a real estate consultant and trustee. His activities represent danger to other attorneys, courts and public at large. I am asking your honors to forward this matter to the US attorney or Broward county district attorney for criminal prosecution. Lincoln should be forbidden from advertising his services to the public and should be prosecuted for crimes already committed. I am also asking for sanctions against Lincoln in paying my costs and lost income, as I had to miss three days of work, fly across the country to Florida to the hearing, retain a forensic expert, in order to show that the signature on the 10.30.09 pleading wasn't mine, had to get legal representation and had to employ investigators to show modus operandi of repeated acts of forgery, uttering, unauthorized practice of law and fraud upon courts by Charles Lincoln.

Respectfully submitted,

Dr. Orly Taitz, ESQ

2

Affidavit of Orly Taitz, August 1, 2009

I, Orly Taitz attest to following

1. My name is Orly Taitz. I am over the age of 18 and am an attorney licensed to practice law in the State of California and before the United States Supreme Court.
2. I have never been convicted of any felony, nor any crime of moral turpitude, and have never been diagnosed with or treated for any psychiatric disease or psychological disorder of any kind.
3. I make all the statements in this affidavit upon my own personal knowledge and observations or on my own belief after diligent investigation and inquiry.
4. First, in relation to the grounds alleged by the Plaintiffs in support of their Application for TRO, I have never threatened Phil Berg, Lisa Liberi and /or any other plaintiff or possible witness in this action with anything other than legal sanctions as authorized by law subject to approval by this court.
5. All allegations as to treats or witness intimidation contained in the Plaintiffs' request for TRO are completely false and I categorically and unequivocally deny each and every one of them;
6. If, as Plaintiffs appear to allege in their new Application for TRO, certain unnamed attorneys have advised certain unnamed witnesses not to appear voluntarily in this case to discuss certain unnamed and undescribed events on behalf of the Plaintiffs, I do not see how that is my fault or attributable to me or anyone associated with me.
7. I never knowingly or intentionally provided any untrue information about Liberi, Berg or any other plaintiffs in this action. I have concerns which I consider legitimate, and I discuss them on my blog, and sometimes I make reports to relevant law enforcement authorities, as is my First, Fifth, and Ninth Amendment right.
8. To the best of my knowledge and well-informed belief, formed after diligent inquiry, all of the information and statements I have disseminated on, by and through my blog and public appearances concerning Liberi and/or Berg is and are truthful and obtained from public records.

*Affidavit of Dr. Orly Taitz, Esq., in support of her Response to Application for TRO*  1

9. All allegations to the contrary, as stated above, contained in the Plaintiffs' most recent request for TRO appear to me to be completely false, frivolous and/or malicious, for example:
10. I never offered Liberi a job or any opportunity to work for me.
11. There was never any discussion nor any reason for me to hire her.
12. I was present at the June 25, 2009, hearing in Liberi et al v Taitz et al.
13. Plaintiffs knowingly and intentionally misrepresented and misquoted what was stated at that hearing.
14. The plaintiffs appear to claim or imply that your honor had stated from the bench that I was somehow already enjoined from publishing private information concerning Lisa Liberi.
15. As I understood the order as announced by your honor, the Court strongly recommended that I not further publish the full social security number of Liberi in future, but your honor recognized and stated that there is nothing that can be done in relation to what was posted in the past and particularly stressed that no restrictions can be placed on publishing any other information, such as dates of birth, place of birth, names of parents as it would be an impermissible restriction on freedom of speech, absent some showing of clear and present danger to the public at large.
16. In any event, I now here again declare and affirm under oath that I have not published Liberi's full social security number and did not violate this Court, guidelines as recommended by your honor on June 25 and in the subsequent order.
17. On April 17, before this case was even filed, when I noticed that a full social security number was published, (later found not to be Liberi's), I edited the information and created a new dossier #6I redacted this mistake and sent this updated dossier to the law enforcement. See my attachment/dossier excerpt exhibit to this affidavit.
18. Lisa Liberi again misstated the facts knowingly, intentionally, and materially, in her affidavit, claiming that I update the posts or somehow "refresh" the website as a whole every 3 hours.
19. In reality, I don't routinely refresh or update the posts on my blog at all, last time dossier #6 was updated, was April 17.

20. There was an autosave due to power failure on June the 3rd, See attachment update record of dossier #6. I have thousands of posts and comments on my blog, and as your honor correctly stated, I cannot go back and correct what was done months ago.
21. The only reason for this request for TRO, is trying to obfuscate the fact that Liberi is using two social security numbers simultaneously: 462-45-xxxx, as stated in her Declaration in Support of motion to recuse the Office of the District of County of San Bernardino and in her current affidavit to this honorable court, where she claims to have a different number 622-19-xxxx.
22. Liberi's real motivation is to avoid investigation by the social security administration, IRS and avoid going back to prison to serve out the remainder of her eight year prison term and to grant her Application for TRO is accordingly devoid of public interest or public policy implications, and in essence has nothing whatsoever to do with "equity".
23. At June 25 hearing attorney for the plaintiffs Philip Berg was questioned by your honor on what basis did he file this action against me in the eastern district of Pennsylvania, what is the basis for the personal jurisdiction against me.
24. Berg has consistently misstated facts to this honorable court, which he could not possibly believe to be true, such as when he stated on the record that Orly Taitz has filed a lawsuit against Pennsylvania Senator Arlen Spector and represented other clients in this state.
25. I protested out loud in court that none of these factual statements were true.
26. Your honor ordered Berg to provide evidence in the form of facts and affidavits, showing personal jurisdiction over me.
27. Berg knew that he lied, that I never filed any lawsuits in Pennsylvania and I believe and submit he had an ethical duty to dismiss his genuinely frivolous action. Instead he came up with 77 pages of misleading or downright false distractions and evasions, utilizing what can only be manufactured facts and twisted facts in his renewed Application for TRO, none of which show any connection between the undersigned Defendant, her foundation, or

any agent of hers in or with the state of Pennsylvania prior to her court appearance on or about June 25, 2009.

28. Berg's most serious allegation, that certain witnesses are being intimidated, is at best utterly unsubstantiated and, if it is addressed to me, or anyone who did anything within my knowledge, it is perfectly false.

29. If Berg had been telling the truth, about my having practiced law in Pennsylvania in any capacity, he should not need any witnesses, he simply could download from the public records all the information on legal actions, which he claims I filed in his home state.

30. The sole reason he could not obtain such records, is not because some unnamed witnesses were intimidated by people acting on my behalf, but because Berg shamelessly prevaricated, since he knows that I never filed any lawsuits in Pennsylvania, had never even previously visited Pennsylvania before and I submit in good faith that the courts of Pennsylvania have absolutely no personal jurisdiction over me.

31. Moreover, Berg's May 2009 complaint failed to outline, raise, or even suggest any substantial federal questions giving rise to any right to legal or equitable relief.

32. And as discussed on June 25, 2009, this Federal Court had no diversity jurisdiction in the case as Ostella and Sundquist were both from the state of NJ and Liberi, while currently residing in NM, according to my research into the question may still be under the continuing jurisdiction of California, as probationer.

33. While Liberi claims to be in danger, I am the one who is constantly receiving threats. Prior to June 25 hearing I received threats to "kill me and burn my body for the world to see".

34. After that there appeared to be some inexplicable problems suggesting or indicative of tampering with my car, where a clamp was removed and fumes emissions hose was disconnected, which caused a dangerous condition where the engine could catch fire and the combustible fumes could've exploded, endangering my life and lives of my 3 children.

*Affidavit of Dr. Orly Taitz, Esq., in support of her Response to Application for TRO*　　　　4

35. At the same time, preparing for the June 25 hearing in this honorable court, I read the transcripts from Liberi's August 4, 2004 bail hearing before Judge Pacheco in California Superior Court. See transcripts pp115-116.
36. The state of California put investigator Liebrich on the stand, where he testified that Liberi's sister Cheryl Richardson has revealed to the police Liberi's prior 19 charges.
37. Investigator Liebrich testified that in a recorded phone conversation in jail Liberi told her husband that she will have her sister arrested and then spread through the jail system rumor that she was quote unquote "a rat" and she told her husband Brent, "you know what they do to rats in jail".
38. Investigator Liebrich explained that if an inmate is a snitch, there is " a contract, a green light" on him, he is attacked and killed in jail.
39. These matters sound exotic, but unfortunately, there is substantial evidence that such crimes in the California prison system are relatively routine and commonplace, so that Lisa Liberi's threats suggest both sophisticated and well-informed criminal knowledge and intent.
40. Less then a year after this conversation Liberi's sister was dead. The official cause of death was drug overdose. Please see attached Liberi's declaration from May 6 2006, where under penalty of perjury she states that her sister passed away July 24, 2005 (page 7, line 27).
41. I was concerned that if Liberi could envision and possibly mastermind a "contract," "a green light" on her own sister, she could mastermind a contract, a green light on me and my children.
42. After June 25 hearing I have asked Attorney Berg to talk to me and presented all this information to him. I advised Berg that his continued carring of this lawsuit endangers me and my whole family.
43. I have asked Berg to stop carrying on with this pattern of consistent prevarication and manufactured charges and cooperate with the police and FBI in investigating these serious matters.
44. He refused, however at that point, at the latest, I submit that he was on notice that I was very concerned about my own safety and security, and his response, apparently, was to make a bad situation worse.

*Affidavit of Dr. Orly Taitz, Esq., in support of her Response to Application for TRO*   5

45. Your honor, regarding the August 7, 2009, hearing set in this case: I am seeking a continuance as I will not be able to attend the hearing, as I will be in Kischinev (Moldova, a part of the Former Soviet Union ).

46. My aged parents, are celebrating their 50th wedding anniversary and I have promised my parents and children that I would take them back to visit the old country and I promised my father that we will make this trip to visit the grave of his father. Forcing me to cancel this trip would injure three generations of my family for a trip carefully planned for many years. This is a unique and once in a lifetime opportunity for three generations of my family to come together "in the old country".

FURTHER THIS AFFIANT SAITH NAUGHT.

Signed, done, and executed before a Notary Public in Orange County, California, on Saturday, August 1, 2009.

Orly Taitz, Esq
Attorney & Counselor at Law
26302 La Paz, Suite 211
Mission Viejo Ca 92691
ph. 949-683-5411
fax 949-586-2082
California Bar ID No. 223433

by ORLY TAITZ
personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

**NOTARY'S JURAT**

The affiant Orly Taitz appeared in person before me on this Saturday, August 1, 2009, and having been administered her oath by me, she did depose herself and stated that she acknowledged, verified, and affirmed under oath the truth of each and every statement made in her affidavit above.

I am an officer authorized to administer oaths in the State of California.

VINCENT LU
COMM...1850837
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Term Exp. May 24, 2013

Notary Public, Orange County, California
Notary's Seal and Expiration Date above:

*Affidavit of Dr. Orly Taitz, Esq., in support of her Response to Application for TRO*   6