# Affidavit of Lisa Ostella

**EXHIBIT "1"**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-81255-Civ-DIMITROULEAS / SNOW

MARSHA G. RIVERNIDER,
ROBERT H. RIVERNIDER, and
CHARLES EDWARD LINCOLN, III,

      Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION,
As Trustee for the C-Bass Mortgage Loan
Asset-Backed Certificates, Series 2006-CBS,
and all John & Jane Does, 1-10,

      Defendants.

### AFFIDAVIT OF LISA OSTELLA

 I, Lisa Ostella am over the age of eighteen (18) and not a party to the within action. I have personal knowledge of the facts stated herein and if called to do so, I could and would competently testify under oath.

 I declare the following:

 1. I, Lisa Ostella, was assistant webmaster for Dr. Orly Taitz from November 2008 to January 2009. Head webmaster for Dr. Orly Taitz from January 2009 to April 2009. And Administrative Assistant to Dr. Orly Taitz from December 2008 to March 2009. It is important to note, although I have experience as an Administrative Assistant, I had never worked for an Attorney or Law Firm prior to Dr. Taitz.

 2. In these roles, I performed various functions from website functions, booking media appearances, contacting politicians, sending out correspondences, updating case

1

filings, creating and serving subpoenas, sending out mailings, taking dictation, transcribing and any other various requests or needs Dr. Taitz asked of me.

3. In or about January 2009, Dr. Taitz filed a case in the United States District Court, Central District of California, Southern Division, which was assigned to Judge David O. Carter, *Keyes, et al v. Obama, et al*, Case No. SACV-09-00082-DOC (Anx).

4. During the filing of the *Keyes* case, I was the main person responsible for creating the subpoenas, signing Dr. Taitz's name to the subpoenas as instructed by Dr. Taitz and coordinating the serving of the documents including the case pleadings. These subpoenas included, but were not limited to, serving the CIA, Social Security, FBI, ICE, Secretary of State, Department of Energy, Department of Interior, US Department of State, IRS, FactCheck, Department of Defense, Office of Personnel Management, Department of Health and Human Services, Secret Service Office of Government and Public Affairs, Department of Justice as well as President Obama.

5. Dr. Taitz contacted me and directed me to prepare all the subpoenas referred to above, and instructed me to sign her (Orly Taitz) name to each of the subpoenas, which I complied with. All of the above referenced subpoenas were prepared by me, Dr. Taitz's name was signed by me and they were sent from my home in New Jersey.

6. Since I did not have any experience working in the legal field, I asked Dr. Taitz if the subpoenas were valid since she was asking me to sign her name to the documents being served. Dr. Taitz assured me that they were valid and I was to sign her name without placing my initials following her signature.

7. The subpoenas were created by me, and Dr. Taitz name was signed by me at her direction. The subpoenas were served by volunteers whom I sent them to and coordinated

2

with starting on January 28th through February 10th, 2009. All the subpoenas were dated January 19, 2009, as per Dr. Taitz's instructions. See copies of the subpoenas which I created and signed Dr. Taitz name to at her direction attached hereto and incorporated in by reference as **EXHIBIT "A"**.

8.  In addition to preparing and signing the subpoenas on behalf of Dr. Taitz, I co-authored letters to the FBI and at the direction of Dr. Taitz also signing Dr. Taitz's name to said letters. I created 95% of the subpoenas, signing Dr. Taitz's name on her behalf in the *Keyes* case and had them served. All was done under Dr. Taitz's authorization. I performed these duties as Dr. Taitz's assistant.

9.  I stopped providing services to Dr. Taitz in or about April 2009 as a result of Dr. Taitz demanding I falsify information to the Federal Bureau of Investigations and other enforcement agencies. On or about April 2, 2009, Dr. Taitz sent letters to the U.S. Supreme Court Justices, Clerks and others notifying them that she actually filed official reports of "hacking" and cyber crimes involving websites I was in charge of, as her webmaster. I started investigating her claims and was unable to find any substantiation to Dr. Taitz's "hacking" and cyber crime allegations. After numerous conversations with Dr. Taitz's regarding the falsified claims of "hacking" and cyber crimes, I refused to falsify any information in order to substantiate her allegations.

10.  As a result of my refusal to substantiate Dr. Taitz's false claims of "hacking" and cyber crimes, she became hostile and vindictive, now accusing me of "hacking", fraud and theft. Dr. Taitz even went as far as making these statements on radio interviews and stated, as an Officer of the Court, she had reported me for investigation.

3

11. Dr. Taitz reported me to various departments of the State of New Jersey, local and federal police, the Senate Judiciary Committee, the U.S. Supreme Court, Federal Bureau of Investigations, the Orange County Sheriff's Department and other locations with falsified allegations that I had committed crimes, including but not limited to forgery, stealing money from her (Dr. Taitz) foundation and "hacking" of her (Dr. Taitz) website and paypal accounts. Dr. Taitz did this as an "Officer of the Court", the entire time knowing her allegations were completely false. Fortunately, Dr. Taitz's false reports were found to be completely unsubstantiated by the law enforcement authorities.

12. After Dr. Taitz filed her false law enforcement reports against me, Dr. Taitz posted on her website that my husband was involved in taking monies from her foundation. My husband is a Physician and has never had anything to do with Dr. Taitz, her foundation and/or her websites.

13. I later learned that Dr. Taitz's husband, Yosef Taitz has an extensive computer background and in fact learned Mr. Taitz's received his initial computer training in the Israeli military. In addition, Mr. Taitz's owns multiple companies that write and supply computer scripting and programs which is located on 97% of the world's computers. Mr. Taitz's also rents rack servers that host vast amounts of websites and databases. See the book "The Info Mesa" by Ed Regis pages 122-126, 130, 157, 159, 166, 199 and 213, ISBN #0-393-02123-8.

14. This was not the first time that Dr. Taitz asked me to lie for her. On or about December 21, 2008, Dr. Taitz sent an email to me and Bob Stevens, Dr. Taitz's head webmaster at that time. Dr. Taitz stated in her email that "Obama thugs" took down her dental website, drtaitz.com. Dr. Taitz wanted the announcement posted to her website at drorly.blogspot.com.

4

15. I obtained Dr. Taitz's dental website domain information and investigated what had actually happened to her dental website. Dr. Taitz had switched her own domain to point off of her site. I also discovered that Dr. Taitz's husband, Yosef Taitz, was listed as the administrator of Dr. Taitz's dental website. *See* **EXHIBIT "B"** attached hereto and incorporated in by reference.

16. I am a Plaintiff in the case of *Liberi, et al v. Taitz, et al*, U.S. District Court of Pennsylvania, Case No. 09-cv-01898-ECR. During litigation of this case, which is ongoing, May 31, 2009 Dr. Taitz posted on her website at http://www.orlytaitzesq.com/blog1/?p=1843 emails in my name and my email address, which she claimed I sent. The emails Dr. Taitz posted were forged and altered emails. These forged and altered emails posted by Dr. Taitz, as well as the actual emails I sent, are on file with the U.S. District Court, Eastern District of Pennsylvania in the *Liberi, et al* Case.

I declare under the Penalty of Perjury of the Laws of the United States that the foregoing is true and correct. Executed this 14th day of January 2010 in the State of New Jersey.

_____
Lisa Ostella, Affiant

5

# NOTARY ACKNOWLEDGMENT

State of New Jersey            )
                               §
County of __MORRIS__           )

On this __14th__ day of January, I the year of 2010, before me __Madeleine R. Vasquez__
                                                                   Notary Public Name

A notary public, personally appeared Lisa Osetlla, and proved on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument, and acknowledged she executed the same. Witness my hand and official seal.

_____
NOTARY PUBLIC

MADELEINE R. VASQUEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires July 17, 2013

SEAL

My commission expires: __7-17-2013__

6

# EXHIBIT "A"

7

**SUBP-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq. 223433<br>Orly Taitz, Esq.<br>26302 La Paz, STE 211 Mission Viejo, CA 92691<br>TELEPHONE NO: 949-683-5411  FAX NO. (Optional): 949-586-8110<br>E-MAIL ADDRESS (Optional): dr_taitz@yahoo.com<br>ATTORNEY FOR (Name): | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson
DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER:<br>34-2008-80000096-CU-WM-GDS |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

Robert S. Mueller, III Director - US Immigrations and Customs Enforcement
500 12th St. SW, Washington, DC 20535-0001

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**
   To (name of deposition officer): Orly Taitz, Esq.
   On (date): 02/20/2009  At (time): 10:00AM
   Location (address): 26302 La Paz STE 211 Mission Viejo, CA 92691
   **Do not release the requested records to the deposition officer prior to the date and time stated above.**

   a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1

   b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

   c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:
   Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
   [X] Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued: January 19, 2009

Dr. Orly Taitz, Esq.
(TYPE OR PRINT NAME)

(Proof of service on reverse)

Form Adopted for Mandatory Use
Judicial Council of California

**DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**

www.LawCA.com
Law Publishers

Code of Civil Procedure,
§§ 2020.410–2020.440

SUBP-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Orly Taitz, Esq. 223433
Orly Taitz, Esq.
26302 La Paz, STE 211 Mission Viejo, CA 92691
TELEPHONE NO.: 949-683-5411   FAX NO. (Optional): 949-586-8110
E-MAIL ADDRESS (Optional): dr_taitz@yahoo.com
ATTORNEY FOR (Name):

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson
DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

**DEPOSITION SUBPOENA**
**FOR PRODUCTION OF BUSINESS RECORDS**

CASE NUMBER: 34-2008-80000096-CU-WM-GDS

**THE PEOPLE OF THE STATE OF CALIFORNIA, TO** (name, address, and telephone number of deponent, if known):

Central Intelligence Agency
Office of Public Affairs, Washington, DC 20505

**1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS** described in item 3, as follows:

To (name of deposition officer): Orly Taitz, Esq.
On (date): 02/20/2009   At (time): 10:00AM
Location (address): 26302 La Paz STE 211 Mission Viejo, CA 92691

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:

Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
[X] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: January 19, 2009

Dr. Orly Taitz, Esq.
(TYPE OR PRINT NAME)

(Proof of service on reverse)   (TITLE)

Form Adopted for Mandatory Use
Judicial Council of California

**DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**

Electronic form © 2005
www.LawsCA.com
Law Publishers

Code of Civil Procedure
§§ 2020.410–2020.440

**SUBP-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq. 223433 <br> Orly Taitz, Esq. <br> 26302 La Paz, STE 211 Mission Viejo, CA 92691 <br> TELEPHONE NO.: 949-683-5411  FAX NO. (Optional): 949-586-8110 <br> E-MAIL ADDRESS (Optional): dr_taitz@yahoo.com <br> ATTORNEY FOR (Name): | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson
DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA <br> FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: <br> 34-2008-80000096-CU-WM-GDS |
|---|---|

**THE PEOPLE OF THE STATE OF CALIFORNIA, TO** (name, address, and telephone number of deponent, if known):

Mike Hayden - Central Intelligence Agency
Office of Public Affairs, Washington, DC 20505

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**

   To (name of deposition officer): Orly Taitz, Esq.
   On (date): 02/20/2009     At (time): 10:00AM
   Location (address): 26302 La Paz STE 211 Mission Viejo, CA 92691

   Do not release the requested records to the deposition officer prior to the date and time stated above.

   a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.
   b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).
   c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:

   Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
   [X] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued: January 19, 2009

Dr. Orly Taitz, Esq.
(TYPE OR PRINT NAME)

▶ _[signature]_

(Proof of service on reverse)    (TITLE)

Form Adopted for Mandatory Use
Judicial Council of California

**DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**

www.LawCA.com
Law Publishers

Code of Civil Procedure,
§§ 2020.410-2020.440;

**SUBP-010**

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Orly Taitz, Esq. 223433
Orly Taitz, Esq.
26302 La Paz, STE 211 Mission Viejo, CA 92691
TELEPHONE NO: 949-683-5411   FAX NO. (Optional): 949-586-8110
E-MAIL ADDRESS (Optional): dr_taitz@yahoo.com
ATTORNEY FOR (Name):

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson
DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

**DEPOSITION SUBPOENA**
**FOR PRODUCTION OF BUSINESS RECORDS**

CASE NUMBER: 34-2008-80000096-CU-WM-GDS

**THE PEOPLE OF THE STATE OF CALIFORNIA, TO** (name, address, and telephone number of deponent, if known):

Micheal W. Hager - Office of Personnel Management
1900 E. Street NW, Washington, DC 20415

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS** described in item 3, as follows:

   To (name of deposition officer): Orly Taitz, Esq.
   On (date): 02/20/2009                                                  At (time): 10:00AM
   Location (address): 26302 La Paz STE 211 Mission Viejo, CA 92691

   Do not release the requested records to the deposition officer prior to the date and time stated above.

   a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.
   b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).
   c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:
   Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
   [X] Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: January 19, 2009

Dr. Orly Taitz, Esq.
(TYPE OR PRINT NAME)

(Proof of service on reverse) (TITLE)

Form Adopted for Mandatory Use
Judicial Council of California
**DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**
www.LawCA.com
Law Publishers
Code of Civil Procedure, §§ 2020.410-2020.440

SUBP-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Orly Taitz, Esq. 223433
Orly Taitz, Esq.
26302 La Paz, STE 211 Mission Viejo, CA 92691
TELEPHONE NO.: 949-683-5411   FAX NO. (Optional): 949-586-8110
E-MAIL ADDRESS (Optional): dr_taitz@yahoo.com
ATTORNEY FOR (Name):

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson
DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

**DEPOSITION SUBPOENA**
**FOR PRODUCTION OF BUSINESS RECORDS**

CASE NUMBER: 34-2008-80000096-CU-WM-GDS

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

Margaret Spellings - Department of Education
400 Maryland Avenue SW, Washington, DC 20202

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS** described in item 3, as follows:
   To (name of deposition officer): Orly Taitz, Esq.
   On (date): 02/20/2009     At (time): 10:00AM
   Location (address): 26302 La Paz STE 211 Mission Viejo, CA 92691
   Do not release the requested records to the deposition officer prior to the date and time stated above.

   a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.
   b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).
   c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:
   Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
   [X] Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued: January 19, 2009



Dr. Orly Taitz, Esq.
(TYPE OR PRINT NAME)

(Proof of service on reverse)   (TITLE)

Form Adopted for Mandatory Use
Judicial Council of California

**DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**

www.LawCA.com
Law Publishers

Code of Civil Procedure,
§§ 2020.410–2020.440

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq 223433<br>Orly Taitz, Esq<br>26302 La Paz, STE 211 Mission Viejo, CA 92691<br>TELEPHONE NO.:  FAX NO. (Optional): 949-586-8110<br>E-MAIL ADDRESS (Optional): dr_taitz@yahoo.com<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson
DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

**DEPOSITION SUBPOENA**
**FOR PRODUCTION OF BUSINESS RECORDS**

CASE NUMBER:

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):
US Attorney, 219 S. Dearborn St. 5th Floor  Honorable Patrick Fitzgerald
Chicago, IL 60604

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS** described in item 3, as follows:
   To (name of deposition officer): Orly Taitz, Esq.
   On (date): 02/20/09                                    At (time): 10:00am
   Location (address): 26302 La Paz STE 211 Mission Viejo, CA 92691
   Do not release the requested records to the deposition officer prior to the date and time stated above.

   a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.
   b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).
   c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:
   Per Executive Order from January 6, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency.
   [X] Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued: January 19, 2009

_____
Dr. Orly Taitz, Esq
(TYPE OR PRINT NAME)

(Proof of service on reverse)

Form Adopted for Mandatory Use
Judicial Council of California

**DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**

Code of Civil Procedure
§§ 2020.410-2020.440

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq 223433<br>Orly Taitz, Esq<br>26302 La Paz, STE 211 Mission Viejo, CA 92691<br>TELEPHONE NO.: FAX NO. (Optional): 949-586-8110<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): dr_taitz@yahoo.com | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson
DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

**DEPOSITION SUBPOENA**
**FOR PRODUCTION OF BUSINESS RECORDS**

CASE NUMBER:

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

US Attorney, 219 S. Dearborn St. 5th Floor
Chicago, IL 60604

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS** described in item 3, as follows:
   To (name of deposition officer): Orly Taitz, Esq.
   On (date): 02/20/09   At (time): 10:00am
   Location (address): 26302 La Paz STE 211 Mission Viejo, CA 92691
   Do not release the requested records to the deposition officer prior to the date and time stated above.

   a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

   b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

   c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:
   Per Executive Order from January 5, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency.
   [X] Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued: January 19, 2009

Dr. Orly Taitz, Esq
(TYPE OR PRINT NAME)

_____ (signature)
(Proof of service on reverse)    (TITLE)

Form Adopted for Mandatory Use
Judicial Council of California
**DEPOSITION SUBPOENA FOR PRODUCTION**
Code of Civil Procedure
§§ 2020.410–2020.440

# EXHIBIT "B"

# Drtaitz.com on 2001-09-22 - Domain History

Enter a domain name to get its history

**Domain Name:**

Next »

| | |
|---|---|
| **Domain:** | DrTaitz.com - Domain History |
| **Cache Date:** | 2001-09-22 |
| **Registrar:** | NETWORK SOLUTIONS, INC. |
| **Registrant Search:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: isaac@95net.com rnavock@yahoo.com |

```
Registrant:
Dr. Orly Taitz
    26302 La Paz,
Suite 211
    Mission Viejo,
CA 92691
    US

    Domain Name:
DRTAITZ.COM

    Administrative
Contact:
         Taitz, Yosi
isaac@95NEC.COM
         26302 La
Paz, Suite 211
         Mission
Viejo , CA 92691
         XXX-XXXX
    Technical
Contact:
         Navock,
Richard
rnavock@YAHOO.COM
         OCBN, INC.
         20 Edgestone
         Irvine, CA
92606
         US
         949-786-5028
949-786-5028

    Record last
updated on 22-Sep-
2001
    Record expires
on 24-Sep-2003
    Record created
on 24-Sep-1999
    Database last
updated on 11-Jan-
2002 15:00:24 EST

    Domain servers
in listed order:

    NS1.OCBNINC.COM
64.172.68.74
    NS2.OCBNINC.COM
64.172.68.75
```

Memberships | Support | Registrant Search | Whois | Desktop Tools | Stock Ticker | Blog | Site Map

© 2010 DomainTools, LLC All rights reserved.