```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

              CASE NO. 09-81255-CIV-DIMITROULEAS/Snow
```

MARSHA G. RIVERNIDER, et al.,

    Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION,

    Defendant.

_____/

## **O R D E R**

THIS CAUSE is before the Court on counsel Philip Berg's Motion for Limited Appearance (DE 45) at the Order to Show Cause Hearing and for all purposes relating to the that hearing. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Philip Berg, Esquire, is hereby permitted to enter a limited appearance for purposes of representing plaintiff, Charles Edward Lincoln, III, in this cause; Inger Garcia, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 20th day of January, 2010, *nunc pro tunc* January 12, 2010.

                                        /s/ Lurana S. Snow
                                  LURANA S. SNOW
                                UNITED STATES MAGISTRATE JUDGE

Copies to:

Marsha Rivernider, Pro Se (P)
Robert Rivernider, Pro Se (P)
Philip Berg, Esq. (P-Lincoln)
Inger Garcia, Esq. (P-Lincoln and Local Counsel for Berg)
Benjamin McComas, Esq.
Beth Norrow, Esq.

Ms. Catherine Wade (MIA)
   Executive Service Administrator