*09-81255CIVWPD)*

Dr. Orly Taitz, ESQ

29839 Santa Margarita PKWY, ste 100

Rancho Santa Margarita  CA 92688

Phone 949-683-5411  dr_taitz@yahoo.com

01.18.10.

Via Federal Express

Urgent and Extremely important

Attention: Honorable Judge Dimitroleas

          Honorable Magistrate Snow

Your Honors, today I have received an e-mail from one of my supporters, Mr. Henry Tisdale, from Florida. It contained an attachment, an e-mail from Charles Lincoln, sent to a web chat group and an attachment, an affidavit supposedly submitted by Charles Lincoln to this Honorable court in the case of Rivernider et al v US Bank. This affidavit and attachments are currently circulating on the Internet. This affidavit has not been posted on pacer yet by your clerk, I do not know, if indeed it was submitted to you, however in case it was indeed submitted to your Honors, I feel that it is my duty as an attorney and officer of the court to respond, as it contains

January 18 2010 letter by Orly Taitz  1

seven more instances of forgery of my signature, perjury and fraud upon this court. The affidavit is from one Lisa Ostella.

Lisa Ostella was a volunteer web master, who contacted me in and around the time of 2008 presidential election, just like Charles Lincoln and Kathy Garcia -Lawson have contacted me later on. Ms. Ostella stated that she heard about legal actions I have filed and offered to help me. She volunteered to help me in my pro bono legal actions aimed to unseal vital records of Barack Obama, which are currently sealed and unavailable to the public. She presented herself as my supporter, experienced web master, computer expert, who has worked for congressman Dunken and has helped as a volunteer in several campaigns of conservative politicians. As a web master she created a web site/blog for my foundation, which had a pay pal account to help fund my legal actions and my travel around the country to promote constitutional law issues. **She was never authorized to sign my name anywhere. I signed each and every document submitted by me**. Ostella only typed names and addresses on the forms, I signed all the forms. Please see exhibits "1"- 20 copies of the subpoenas signed by me. You can see that what Ostella has submitted to this court is a clear forgery. Please see

Exhibit "A" that shows the Subpoenas in the case 34-2008-80000096 Superior Court of CA, Keyes et al v Bowen et al. My signatures look slightly different from document to document as I was signing each document separately and my signature stays within the lines provided in the document. Exhibit "B" shows affidavit and forged exhibits. Forgery submitted by Ostella is obvious: **it is a computer image of one signature, cut from another document and pasted seven times. You can see that it is much larger than the space provided, and you can see interrupted lines, where Ostella erased my original signature and pasted her forgery**.

In April of 2009 when I suddenly stopped getting donations for my foundation through paypal, I noticed that someone has changed the e-mail address connected to my paypal account on my web site. I reported this to FBI and later to police. See Exhibit "E" Letter to police. Ostella demanded that I withdraw my complaint, or otherwise I cannot use her server and her services as a webmaster. She claimed that my complaint gives her as a web master a bad name. I refused to withdraw my complaint and requested that she transfer the domain for my foundation to a new webmaster. She did not do so, but rather changed the pass codes for the web site/blog of my

January 18 2010 letter by Orly Taitz  3

foundation, locked me out and continued soliciting donations on behalf of my foundation Exhibit "D". I reported to the police and FBI a complaint for fraud and embezzlement. She is currently under investigation by the police and FBI.

Ostella has colluded with Philip Berg and Lisa Liberi to further harass me and defraud me and my foundation. Recently Charles Lincoln has joined them.

Philip Berg is an attorney, who was sanctioned twice by the PA bar. Liberi is Berg's assistant and a convicted criminal with 10 convictions for forgery of documents and grand theft. Berg and Liberi were the first ones to come forward with affidavits from Kenya, stating that Barack Obama was born there. In and around April 2009 I got a phone call from one, Linda Belcher, who stated that she used to be a volunteer for Philip Berg and she believed that he was similarly defrauded by his assistant by name Lisa Liberi. She reported to me that Liberi is a convicted criminal with 10 convictions of forgery and grand theft. I did my due diligence and verified through an investigator Neil Sankey, that indeed she has multiple convictions, and I also talked to her arresting officer and District Attorney James Secord. I sent an e-mail to Philip Berg and stated to him that I have

similar legal cases as he does and I referred to his affidavits in my cases. I related to him that I just found out about a criminal record of his assistant, and since she was convicted of forgery before, there is a high probability of forgery in those affidavits regarding Barack Obama. I felt that the case needs to be decided based on release of real evidence from HI, not affidavits that were prepared or handled by a convicted forger. I asked Berg to either check the documents with a forensic expert or, if he cannot do it, to let me check the documents with a forensic document expert, to make sure there is no forgery. I also forwarded to him a printout from the San Bernardino, CA Superior Court that shows that Liberi is not allowed to handle other people's credit cards, and advised him that he should distance himself and his fund raising efforts from her.

Berg never responded and never granted me a permission to see the original affidavits from Kenya. I felt that this is an important issue and posted the report from investigator Sankey on my website as I felt that the public should be warned about the above events. The report contained an official court printout of Liberi's criminal convictions and findings by Investigator Sankey that she used multiple social security numbers. While all the numbers were partial redacted numbers,

inadvertently one full number was posted. When I was alerted to this mistake, I redacted the number, however later I found an affidavit signed by Liberi, stating that she has a different SS number, so no harm was ever done to her regardless of the mistake.

I believe that Berg, Liberi and Ostella were afraid of criminal indictments and decided to silence me and others who stood up against their fraud, and filed a frivolous law suit in PA where they slandered me and my husband, as well as investigator Sankey, his firm, talk show host ED Hale, his wife Karen Hale, their radio station, volunteer Linda Belcher, Christian Publisher Mr. Sunquist. They claimed defamation and invasion of privacy, because SS number was inadvertently published once, even though later it was found that it was not her social security number. They were seeking millions of dollars in damages and TRO. It was clearly a form of harassment aimed at silencing me and others about their criminal activity. Judge Robreno in PA has denied their TRO and issued an order to show cause why the case should not be dismissed due to lack of jurisdiction. I expect their frivolous and malicious law suit to be dismissed shortly.

As an attorney dealing with issues of Constitutional law and as a president of Defend Our Freedoms Foundation, I constantly expose criminals. When caught by me, and facing criminal charges and long prison terms, such criminals try to fight back, they stick together and try to help each other by trying to undermine me and my work. Currently, Charles Lincoln, whom I exposed as committing forgery of my signature in this court, is working with Berg, Liberi and Ostella. Lincoln has written a perjured affidavit to help Berg, Liberi and Ostella. Ostella has written a perjured affidavit to help Lincoln. There is also a pattern of Lincoln and Liberi being deemed vexatious plaintiffs and, while faced with criminal prosecution, they filed frivolous law suits against different members of judiciary or law enforcement. I hope your Honors can see through this pattern and forward this matter to the US attorney and local district attorney. If indeed Lincoln and Ostella have filed with this court the above affidavit and attachments, they have submitted forged documents, and Ostella needs to be prosecuted for seven counts of forgery of my signature, uttering, fraud and perjury and for aiding and abetting Lincoln in his commission of forgery, uttering, fraud, perjury and unlicensed practice of law. These people are committing crimes,

defaming me and trying to undermine my law license and undermine my legal actions. I believe they might have been acting in unison from the beginning. They have to be stopped and prosecuted.

Respectfully submitted

Dr. Orly Taitz, ESQ

Attachments:


## EXHIBIT "A"

Copies of the subpoenas actually signed by me

### EXHIBIT "B"

Affidavit by Lisa Ostella currently circulating on the Internet, that includes forgeries of my signature done by Lisa Ostella

### EXHIBIT "C"

Declaration of Orly Taitz

### Exhibit "D"

Evidence of theft by false pretenses committed by Lisa Ostella. After Ostella locked me out of the web site for my foundation "Defend Our Freedoms", she continued advertising and soliciting donations from unsuspecting donors under the name "Defend Our Freedoms". The

page features a picture of a jar and a sign "Help Offset The Costs of Defend Our Freedoms. Donate to support this site. Can't donate? Raise Money! Run an auction. Earn money for yourself while raising money for DOFF" (DOFF stands for Defend Our Freedom Foundation, where I am a president, and Ostella was never authorized to raise any funds or appropriate any funds),

## EXHIBIT E

Copy of the letter sent to FBI and police and receipt from Deputy O. Mendoza #2303, Mission Viejo Police Department, Orange County, California with the case number 09-068339

Dr. Orly Taitz ESQ

EXHIBIT "A"

Copies of the subpoenas actually signed by me

982(a)(15.2)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq 223433<br>Orly Taitz, Esq<br>26302 La Paz, ste 211<br><br>Mission Viejo, Ca 92691<br>TELEPHONE NO.:          FAX NO. (Optional):  949-586-8110<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): dr_taitz@yahoo.com | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento
STREET ADDRESS: 720 Ninth str.
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, ca 95814
BRANCH NAME:

PLAINTIFF/ PETITIONER: Ambassador Dr. Alan Keyes; Wiley S. Drake; and Markham Robinson
DEFENDANT/ RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):
Patrick Fitzgerald, US Attorney, 219 S. Dearborn St., 5th floor
Chicago, Illinois 60604

**1.  YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**

To (name of deposition officer):  Orly Taitz, ESQ
On (date): 02.20.09.               At (time):  10:a.m.
Location (address):  26302 La Paz ste 211 Mission viejo CA 92691

**Do not release the requested records to the deposition officer prior to the date and time stated above.**

a. [+] by delivering a true, legible, and durable **copy** of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it.  The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable **copy** of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the **original** business records described in item 3 available for inspection at your business address by the attorney's representative and permitting **copying** at your business address under reasonable conditions during normal business hours.

2. *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later).  Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b).  The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3. **The records to be produced are described as follows:** per executive order from 01.16.2009, any and all documents relating to "fitness determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Fed. age
[+] Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT.  YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued:  01.18.09
Dr. Orly Taitz, ESQ
              (TYPE OR PRINT NAME)

▶                              (SIGNATURE OF PERSON ISSUING SUBPOENA)

                    Attorney for Plaintiffs
                              (TITLE)

(Proof of service on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
982(a)(15.2) [Rev. July 1, 2005]

**DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**

Legal
Solutions
Plus

Code of Civil Procedure, §§ 2020.410–2020.440;
Civil Code, § 15(a)(e);
Government Code § 68097.1

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq  223433 | |

Orly Taitz, Esq

26302 La Paz, STE 211 Mission Viejo, CA  92691

TELEPHONE NO.:          FAX NO. (Optional):   949-586-8110

E-MAIL ADDRESS (Optional):

ATTORNEY FOR (Name): dr_taitz@yahoo.com

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA  95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowan, Obama, Biden et al

| DEPOSITION SUBPOENA
FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

Michael J. Astrue  Social Security Administration

Office of Public Inquiries  Windsor Park Bldg  6401 Security Blvd, Baltimore, MD  21235

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS** described in item 3, as follows:

To (name of deposition officer): Orly Taitz, Esq.

On (date): 02/20/09                                          At (time): 10:00am

Location (address): 26302 La Paz STE 211 Mission Viejo, CA  92691

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:

Per Executive Order from January 6, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency.

[X] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued: January 19, 2009

Dr. Orly Taitz, Esq
(TYPE OR PRINT NAME)

▶                                          _____
(SIGNATURE OF PERSON ISSUING SUBPOENA)

(Proof of service on reverse)                 (TITLE)

| Form Adopted for Mandatory Use
Judicial Council of California | **DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS** | Code of Civil Procedure,
§§ 2020.410–2020.440; |

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Orly Taitz, Esq  223433<br>Orly Taitz, Esq<br>26302 La Paz, STE 211 Mission Viejo, CA  92691<br>TELEPHONE NO.:  FAX NO. *(Optional)*:  949-586-8110<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: dr_taitz@yahoo.com | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA  95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known)*:

Robert S. Mueller, III Director  c/o  US Immigrations and Customs Enforcement
500 12th Street SW, Washington, DC 20535-0001

1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:

To *(name of deposition officer)*: Orly Taitz, Esq.
On *(date)*: 02/20/09  At *(time)*: 10:00am
Location *(address)*: 26302 La Paz  STE 211 Mission Viejo, CA  92691
Do not release the requested records to the deposition officer prior to the date and time stated above.

  a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

  b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

  c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:

Per Executive Order from January 6, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency.

[X] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date Issued: January 19, 2009

Dr. Orly Taitz, Esq
(TYPE OR PRINT NAME)  (SIGNATURE OF PERSON ISSUING SUBPOENA)
                        (TITLE)

(Proof of service on reverse)

| Form Adopted for Mandatory Use<br>Judicial Council of California | DEPOSITION SUBPOENA FOR PRODUCTION<br>OF BUSINESS RECORDS | Code of Civil Procedure,<br>§§ 2020.410–2020.440 |
|---|---|---|

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Orly Taitz, Esq 223433
Orly Taitz, Esq
26302 La Paz, STE 211 Mission Viejo, CA  92691
TELEPHONE NO.:                    FAX NO. *(Optional)*:  949-586-8110
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): dr_taitz@yahoo.com

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowan, Obama, Biden et al

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*

Social Security Administration
Office of Public Inquiries  Windsor Park Bldg  6401 Security Blvd, Baltimore, MD 21235

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS** described in item 3, as follows:

To (name of deposition officer):  Orly Taitz, Esq.          At (time):   10:00am
On (date):  02/20/09
Location (address):  26302 La Paz, STE 211 Mission Viejo, CA  92691

Do not release the requested records to the deposition officer prior to the date and time stated above.

  a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

  b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

  c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying if your representative at your business address during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. **The records to be produced are described as follows:**

Per Executive Order from January 6, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency.

[X] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OR CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued:  January 19, 2009

Dr. Orly Taitz, Esq
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PERSON ISSUING SUBPOENA)
                                                        (TITLE)

(Proof of service on reverse)

Form Adopted for Mandatory Use         **DEPOSITION SUBPOENA FOR PRODUCTION**        Code of Civil Procedure,
Judicial Council of California               **OF BUSINESS RECORDS**                 §§ 2020.410–2020.440

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq 223433<br>Orly Taitz, Esq<br>26302 La Paz, STE 211 Mission Viejo, CA  92691<br>TELEPHONE NO:              FAX NO. (Optional):  949-586-8110<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): dr_taitz@yahoo.com | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

Margaret Spellings  Department of Education
400 Maryland Avenue SW, Washington, DC  20202

1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:

To (name of deposition officer):  Orly Taitz, Esq.
On (date):  02/20/09                                           At (time):   10:00am
Location (address):  26302 La Paz, STE 211 Mission Viejo, CA  92691

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:

Per Executive Order from January 6, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency.

[X]  Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: January 19, 2009

Dr. Orly Taitz, Esq
(TYPE OR PRINT NAME)                                                  (SIGNATURE OF PERSON ISSUING SUBPOENA)

(TITLE)

(Proof of service on reverse)

Form Adopted for Mandatory Use
Judicial Council of California

DEPOSITION SUBPOENA FOR PRODUCTION
OF BUSINESS RECORDS

Code of Civil Procedure
§§ 2020.410-2020.440,
Civil Code § 1985.3

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq 223433 <br> Orly Taitz, Esq <br> 26302 La Paz, STE 211 Mission Viejo, CA 92691 <br> TELEPHONE NO.: FAX NO. (Optional): 949-586-8110 <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): dr_taitz@yahoo.com | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowan, Obama, Biden et al

| DEPOSITION SUBPOENA <br> FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

US Secret Service Office of Government and Public Affairs
245 Murray Dr. Bldg. 410 Washington, DC 20223

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**

   To (name of deposition officer): Orly Taitz, Esq.
   On (date): 02/20/09    At (time): 10:00am
   Location (address): 26302 La Paz STE 211 Mission Viejo, CA 92691

   Do not release the requested records to the deposition officer prior to the date and time stated above.

   a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

   b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

   c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:

   Per Executive Order from January 6, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency.

   [X] Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: January 19, 2009

Dr. Orly Taitz, Esq
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PERSON ISSUING SUBPOENA)

_____
(TITLE)

(Proof of service on reverse)

| Form Adopted for Mandatory Use <br> Judicial Council of California | DEPOSITION SUBPOENA FOR PRODUCTION <br> OF BUSINESS RECORDS | Code of Civil Procedure, <br> §§ 2020.410–2020.440 |

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:

Orly Taitz, Esq  223433

Orly Taitz, Esq
26302 La Paz, STE 211 Mission Viejo, CA 92691

TELEPHONE NO.:                     FAX NO. *(Optional)*:  949-586-8110

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*: dr_taitz@yahoo.com

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacremento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

CASE NUMBER:

### DEPOSITION SUBPOENA
### FOR PRODUCTION OF BUSINESS RECORDS

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known)*:

Condeleeza Rice  US Department of State
2201 C Street NW, Washington, DC 20520

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**

   To *(name of deposition officer)*:  Orly Taitz, Esq.

   On *(date)* :  02/20/09                     At *(time)*:   10:00am

   Location *(address)*:  26302 La Paz, STE 211 Mission Viejo, CA 92691

   Do not release the requested records to the deposition officer prior to the date and time stated above.

   a.  ☒  by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1

   b.  ☐  by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b)

   c.  ☐  by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2.  *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3.  **The records to be produced are described as follows:**

   Per Executive Order from January 6, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency.

   ☒  Continued on Attachment 3.

4.  **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS**

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued: January 19, 2009

Dr. Orly Taitz, Esq                              _____
*(TYPE OR PRINT NAME)*                              (SIGNATURE OF PERSON ISSUING SUBPOENA)

(Proof of service on reverse)                     (TITLE)

Form Adopted for Mandatory Use             **DEPOSITION SUBPOENA FOR PRODUCTION**          Code of Civil Procedure
Judicial Council of California                          **OF BUSINESS RECORDS**                    §§ 2020.410-2020.440;

**SUBP-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq 223433 | |
| Orly Taitz, Esq | |
| 26302 La Paz, STE 211 Mission Viejo, CA 92691 | |
| TELEPHONE NO.: FAX NO. *(Optional):* 949-586-8110 | |
| E-MAIL ADDRESS *(Optional):* | |
| ATTORNEY FOR *(Name):* dr_taitz@yahoo.com | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento
  STREET ADDRESS: 720 Ninth Street
  MAILING ADDRESS:
  CITY AND ZIP CODE: Sacramento, CA 95815
  BRANCH NAME:

PLAINTIFF/PETITIONER: Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowan, Obama, Biden et al

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*

Dirk Kempthorne  Department of Interior
1849 C Street NW, Washington, DC 20240

**1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**

| To *(name of deposition officer):* Orly Taitz, Esq. | | |
|---|---|---|
| On *(date):* 02/20/09 | | At *(time):* 10:00am |
| Location *(address):* 26302 La Paz  STE 211 Mission Viejo, CA 92691 | | |

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:

Per Executive Order from January 6, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency.

[X] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY

Date issued: January 19, 2009

Dr. Orly Taitz, Esq
  *(TYPE OR PRINT NAME)*                                          *(SIGNATURE OF PERSON ISSUING SUBPOENA)*

*(Proof of service on reverse)*                                                    *(TITLE)*

| Form Adopted for Mandatory Use<br>Judicial Council of California | **DEPOSITION SUBPOENA FOR PRODUCTION**<br>OF BUSINESS RECORDS | Code of Civil Procedure<br>§§ 2020.410–2020.440, |
|---|---|---|

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq 223433<br>Orly Taitz, Esq<br>26302 La Paz, STE 211 Mission Viejo, CA 92691<br>TELEPHONE NO: FAX NO. (Optional): 949-586-8110<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): dr_taitz@yahoo.com | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| | CASE NUMBER: |
|---|---|
| **DEPOSITION SUBPOENA**<br>**FOR PRODUCTION OF BUSINESS RECORDS** | |

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

Charles E. Johnson US Department of Health and Human Services
200 Independence Avenue SW, Washington, DC 20201

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**

| To (name of deposition officer): Orly Taitz, Esq. | At (time): 10:00am |
|---|---|

On (date): 02/20/09
Location (address): 26302 La Paz STE 211 Mission Viejo, CA 92691

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records are to be produced are described as follows:

Per Executive Order from January 6, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency.

[X] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: January 19, 2009

Dr. Orly Taitz, Esq _____
(TYPE OR PRINT NAME) (SIGNATURE OF PERSON ISSUING SUBPOENA)

_____
(TITLE)

(Proof of service on reverse)

| Form Adopted for Mandatory Use<br>Judicial Council of California | **DEPOSITION SUBPOENA FOR PRODUCTION**<br>**OF BUSINESS RECORDS** | Martin form 1, 2004<br>WWW.LawCA.com/<br>Law Publishers | Code of Civil Procedure,<br>§§ 2020.410–2020.440 |
|---|---|---|---|

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq 223433 | |

Orly Taitz, Esq
26302 La Paz, STE 211 Mission Viejo, CA 92691
TELEPHONE NO.:          FAX NO. *(Optional):*  949-586-8110
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* dr_taitz@yahoo.com

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER:  Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowan, Obama, Biden et al

| DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*

US Immigrations and Customs Enforcement
500 12th Street SW, Washington, DC 20024

1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:

To *(name of deposition officer):* Orly Taitz, Esq.
On *(date):* 02/20/09                                    At *(time):*  10:00am
Location *(address):* 26302 La Paz STE 211 Mission Viejo, CA  92691

Do not release the requested records to the deposition officer prior to the date and time stated above.

  a. ☐ by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

  b. ☐ by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

  c. ☐ by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:

Per Executive Order from January 6, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency.
  ☒ Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: January 19, 2009

Dr. Orly Taitz, Esq                              ▶
(TYPE OR PRINT NAME)                                   (SIGNATURE OF PERSON ISSUING SUBPOENA)

(Proof of service on reverse)                          (TITLE)

| Form Adopted for Mandatory Use Judicial Council of California | DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS | | Code of Civil Procedure, §§ 2020.410-2020.440; |
|---|---|---|---|

SUBP-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br><br>Orly Taitz, Esq 223433<br>Orly Taitz, Esq<br>26302 La Paz, STE 211 Mission Viejo, CA  92691<br>TELEPHONE NO :                   FAX NO. (Optional)  949-586-8110<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): dr_taitz@yahoo.com | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| | |
|---|---|
| **DEPOSITION SUBPOENA**<br>**FOR PRODUCTION OF BUSINESS RECORDS** | CASE NUMBER: |

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*

US Department of Health and Human Services
200 Independence Avenue SW, Washington, DC  20201

1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:

To *(name of deposition officer):* Orly Taitz, Esq.                     At *(time):*  10:00am
On *(date) :*  02/20/10
Location *(address):*  26302 La Paz  STE 211 Mission Viejo, CA  92691

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3. The records to be produced are described as follows:

Per Executive Order from January 6, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency.
[X]  Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: January 19, 2009

Dr. Orly Taitz, Esq
(TYPE OR PRINT NAME)                                                    (SIGNATURE OF PERSON ISSUING SUBPOENA)

(Proof of service on reverse)                              (TITLE)

Form Adopted for Mandatory Use                    **DEPOSITION SUBPOENA FOR PRODUCTION**                    Code of Civil Procedure
Judicial Council of California                                    OF BUSINESS RECORDS                              §§ 2020.410–2020.440;

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq  223433 | |

Orly Taitz, Esq
26302 La Paz, STE 211 Mission Viejo, CA 92691
   TELEPHONE NO.:                  FAX NO. *(Optional):*  949-586-8110
E-MAIL ADDRESS *(Optional):*
   ATTORNEY FOR *(Name):* dr_taitz@yahoo.com

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
   STREET ADDRESS: 720 Ninth Street
   MAILING ADDRESS:
   CITY AND ZIP CODE: Sacramento, CA 95815
   BRANCH NAME:

PLAINTIFF/PETITIONER:  Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowan, Obama, Biden et al

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*

Mike Hayden  Central Intelligence Agency
Office of Public Affairs, Washington, DC 20505
1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS** described in item 3, as follows:

| To *(name of deposition officer):* Orly Taitz, Esq. | | |
|---|---|---|
| On *(date):* 02/20/09 | | At *(time):* 10:00am |
| Location *(address):* 26302 La Paz STE 211 Mission Viejo, CA  92691 | | |

Do not release the requested records to the deposition officer prior to the date and time stated above.

  a. ☒ by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner
     wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner
     wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the
     address in item 1.
  b. ☐ by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the
     witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined
     under Evidence Code section 1563(b).
  c. ☐ by making the original business records described in item 3 available for inspection at your business address by the
     attorney's representative and permitting copying at your business address under reasonable conditions during normal
     business hours.

2. *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the
   deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available
   or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be
   accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3. **The records to be produced are described as follows:**

Per Executive Order from January 6, 2009, any and all documents relating to "fitness and determination" in regards to level of
character and conduct necessary to perform work for or on behalf of a Federal Agency.
  ☒ Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER**
   CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN
   SERVED ON YOU, A WRITTEN ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE
   AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE
FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued:  January 19, 2009

| Dr. Orly Taitz, Esq | ▶ | |
|---|---|---|
| (TYPE OR PRINT NAME) | | (SIGNATURE OF PERSON ISSUING SUBPOENA) |

| | (Proof of service on reverse) | | (TITLE) |
|---|---|---|---|

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq 223433 | |

Orly Taitz, Esq
26302 La Paz, STE 211 Mission Viejo, CA 92691
TELEPHONE NO.: FAX NO. (Optional): 949-586-8110
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): dr_taitz@yahoo.com

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacremento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowan, Obama, Biden et al

| | CASE NUMBER: |
|---|---|
| **DEPOSITION SUBPOENA**<br>**FOR PRODUCTION OF BUSINESS RECORDS** | |

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

Michael W. Hager Office of Personnel Management
1900 E. Street NW, Washington, DC 20415

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in Item 3, as follows:**

To (name of deposition officer): Orly Taitz, Esq.
On (date): 02/20/09     At (time): 10:00am
Location (address): 26302 La Paz STE 211 Mission Viejo, CA 92691

**Do not release the requested records to the deposition officer prior to the date and time stated above.**

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3. The records to be produced are described as follows:

Per Executive Order from January 6, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency.

[X] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: January 19, 2009

▶

Dr. Orly Taitz, Esq
(TYPE OR PRINT NAME)       (SIGNATURE OF PERSON ISSUING SUBPOENA)

(Proof of service on reverse)     (TITLE)

Form Adopted for Mandatory Use
Judicial Council of California     **DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**     Code of Civil Procedure,
§§ 2020.410–2020.440;
Law Publishers

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Orly Taitz, Esq 223433

Orly Taitz, Esq
26302 La Paz, STE 211 Mission Viejo, CA 92691
TELEPHONE NO.: FAX NO. *(Optional):* 949-586-8110
E-MAIL ADDRESS (Optional):
ATTORNEY FOR *(Name):* dr_taitz@yahoo.com

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*

Robert M. Gates Department of Defense
1400 Defense Pentagon, Washington, DC 20301-1400
1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:

To *(name of deposition officer):* Orly Taitz, Esq.
On *(date):* 02/20/09 At *(time):* 10:00am
Location *(address):* 26302 La Paz STE 211 Mission Viejo, CA 92691

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:

Per Executive Order from January 6, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency.
[X] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: January 19, 2009

Dr. Orly Taitz, Esq
(TYPE OR PRINT NAME) (SIGNATURE OF PERSON ISSUING SUBPOENA)

(Proof of service on reverse) (TITLE)

Form Adopted for Mandatory Use
Judicial Council of California
DEPOSITION SUBPOENA FOR PRODUCTION
OF BUSINESS RECORDS
Code of Civil Procedure,
§§ 2020.410-2020.440;

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq  223433<br>Orly Taitz, Esq<br>26302 La Paz, STE 211 Mission Viejo, CA  92691<br>TELEPHONE NO.:                                   FAX NO. (Optional):  949-586-8110<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): dr_taitz@yahoo.com | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA  95815
BRANCH NAME:

PLAINTIFF/PETITIONER:  Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

Federal Bureau of Investigation  J. Edgar Hoover Bldg.
Washington, DC  20535-0001

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**

   To (name of deposition officer): Orly Taitz, Esq.
   On (date) : 02/20/09                                    At (time):    10:00am
   Location (address):  26302 La Paz  STE 211 Mission Viejo, CA  92691

   Do not release the requested records to the deposition officer prior to the date and time stated above.

   a. [X]  by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner
           wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner
           wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the
           address in item 1.

   b. [ ]  by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the
           witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined
           under Evidence Code section 1563(b).

   c. [ ]  by making the original business records described in item 3 available for inspection at your business address by the
           attorney's representative and permitting copying at your business address under reasonable conditions during normal
           business hours.

2. *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the
   deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available
   or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be
   accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3. **The records to be produced are described as follows:**

   Per Executive Order from January 6, 2009, any and all documents relating to "fitness and determination" in regards to level of
   character and conduct necessary to perform work for or on behalf of a Federal Agency.
   [X] Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER
   CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN
   SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE
   AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

   **DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE
   FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued: January 19, 2009

_____                              _____
           Dr. Orly Taitz, Esq                                      (SIGNATURE OF PERSON ISSUING SUBPOENA)
           (TYPE OR PRINT NAME)

                                                             _____
                        (Proof of service on reverse)                      (TITLE)

| Form Adopted for Mandatory Use<br>Judicial Council of California | DEPOSITION SUBPOENA FOR PRODUCTION<br>OF BUSINESS RECORDS | Code of Civil Procedure,<br>§§ 2020.410-2020.440, |
|---|---|---|

Form Adopted for Mandatory Use
Judicial Council of California

SUBP-010

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Orly Taitz, Esq 223433
Orly Taitz, Esq
26302 La Paz, STE 211 Mission Viejo, CA 92691
TELEPHONE NO.:          FAX NO. *(Optional)*: 949-586-8110
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: dr_taitz@yahoo.com

**FOR COURT USE ONLY**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowan, Obama, Biden et al

| | | |
|---|---|---|
| **DEPOSITION SUBPOENA**<br>**FOR PRODUCTION OF BUSINESS RECORDS** | CASE NUMBER: | |

**THE PEOPLE OF THE STATE OF CALIFORNIA, TO** *(name, address, and telephone number of deponent, if known):*

Mark W Everson  Internal Revenue Service
1111 Constitution Avenue NW, Washington, DC 20044

**1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**

| | | |
|---|---|---|
| To *(name of deposition officer)*: Orly Taitz, Esq. | | At *(time)*: 10:00am |
| On *(date)*: 02/20/09 | | |
| Location *(address)*: 26302 La Paz STE 211 Mission Viejo, CA 92691 | | |

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3. **The records to be produced are described as follows:**

Per Executive Order from January 6, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency.

[X] Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued: January 19, 2009

_____
Dr. Orly Taitz, Esq
(TYPE OR PRINT NAME)

▶

_____
(SIGNATURE OF PERSON ISSUING SUBPOENA)
(TITLE)

(Proof of service on reverse)

Form Adopted for Mandatory Use
Judicial Council of California

**DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**

Code of Civil Procedure,
§§ 2020.410–2020.440;
Law Publishers

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq 223433<br>Orly Taitz, Esq<br>26302 La Paz, STE 211 Mission Viejo, CA 92691<br>TELEPHONE NO.:    FAX NO. *(Optional):*  949-586-8110<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* dr_taitz@yahoo.com | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacremento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowan, Obama, Biden et al

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known):*

Department of Education
400 Maryland Avenue SW, Washington, DC 20202

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS** described in item 3, as follows:

To *(name of deposition officer):*  Orly Taitz, Esq.
On *(date):* 02/20/09                                      At *(time):*  10:00am
Location *(address):*  26302 La Paz  STE 211 Mission Viejo, CA 92691

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X]  by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ]  by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ]  by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3. **The records to be produced are described as follows:**

Per Executive Order from January 6, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency.
[X]  Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, *AND* CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued: January 19, 2009

_____                    ►                    _____
Dr. Orly Taitz, Esq
(TYPE OR PRINT NAME)                                              (SIGNATURE OF PERSON ISSUING SUBPOENA)

(Proof of service on reverse)                    (TITLE)

| Form Adopted for Mandatory Use<br>Judicial Council of California | DEPOSITION SUBPOENA FOR PRODUCTION<br>OF BUSINESS RECORDS | Law Publishers | Code of Civil Procedure,<br>§§ 2020.410-2020.440; |
|---|---|---|---|

EXHIBIT "B"

Affidavit by Lisa Ostella currently circulating on the Internet, that includes forgeries of my signature done by Lisa Ostella

From: Henry Tisdale <silver.meteor@gmail.com>
Subject: Fwd: WG: Lisa Ostella 1/14/09 Affidavit re: Orly Taitz
To: "Orly Taitz" <dr_taitz@yahoo.com>
Date: Monday, January 18, 2010, 5:16 PM

Orly go to Charles' text. Relatively, it is directly above this, and scroll down b
his own text til you see the little pdf flag followed by "DOWNLOAD" under the
Ostella 1/13/10 pdf link. If this does not work, find any section which shows
Charles Lincoln in Red (rust color) - Henry

---------- Forwarded message ----------
From: **Charles Lincoln** <charles.lincoln@rocketmail.com>
Date: Mon, Jan 18, 2010 at 5:13 AM
Subject: WG: WG: Lisa Ostella 1/14/09 Affidavit re: Orly Taitz
To: Take-A-Stand@togetherworks.com

Lisa Ostella, another former ally/victim/refugee fleeing
the world of Orly Taitz....What is really real and how do
know?  Orly had me convinced that all these people su
her were completely evil, until I got to know them and t
side of the story, and how all of them were fighting aga
Obama and only wanted to forward the cause of justic
and constitutional government....
Consider the parable of the Cave in Book VII of Plato's
Republic....the light flickering from torches along the w
does not make the prisoner's view any clearer, but only
serves to confuse him....Lisa Ostella's story with Orly i
anythng, MUCH stranger than mine...

*Deo Vindice*
*"May the Lord God be with you,*
*and with thy spirit!"*
*Charles E. Lincoln, III*
   *Spiritual Patriot*
   *Tierra Limpia*
*Tel: 512.968.2500*

_____

Do You Yahoo!?
Sie sind Spam leid? Yahoo! Mail verfügt über einen herausragenden Schutz
Massenmails.
http://mail.yahoo.com

--

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 09-81255-Civ-DIMITROULEAS / SNOW

MARSHA G. RIVERNIDER,                      :
ROBERT H. RIVERNIDER, and                  :
CHARLES EDWARD LINCOLN, III,               :
                                        :
                                        :
          Plaintiffs,   :
                                        :
                                        :
   vs.                        :
                                        :
U.S. BANK NATIONAL ASSOCIATION,            :
As Trustee for the C-Bass Mortgage Loan    :
Asset-Backed Certificates, Series 2006-CBS, :
and all John & Jane Does, 1-10,            :
                                        :
          Defendants.   :

### AFFIDAVIT OF LISA OSTELLA

      I, Lisa Ostella am over the age of eighteen (18) and not a party to the within action. I have personal knowledge of the facts stated herein and if called to do so, I could and would competently testify under oath.

      I declare the following:

      1.    I, Lisa Ostella, was assistant webmaster for Dr. Orly Taitz from November 2008 to January 2009. Head webmaster for Dr. Orly Taitz from January 2009 to April 2009. And Administrative Assistant to Dr. Orly Taitz from December 2008 to March 2009. It is important to note, although I have experience as an Administrative Assistant, I had never worked for an Attorney or Law Firm prior to Dr. Taitz.

      2.    In these roles, I performed various functions from website functions, booking media appearances, contacting politicians, sending out correspondences, updating case

1

filings, creating and serving subpoenas, sending out mailings, taking dictation, transcribing and any other various requests or needs Dr. Taitz asked of me.

3.      In or about January 2009, Dr. Taitz filed a case in the United States District Court, Central District of California, Southern Division, which was assigned to Judge David O. Carter, *Keyes, et al v. Obama, et al*, Case No. SACV-09-00082-DOC (Anx).

4.      During the filing of the *Keyes* case, I was the main person responsible for creating the subpoenas, signing Dr. Taitz's name to the subpoenas as instructed by Dr. Taitz and coordinating the serving of the documents including the case pleadings.   These subpoenas included, but were not limited to,  serving the CIA, Social Security, FBI, ICE, Secretary of State, Department of Energy, Department of Interior, US Department of State, IRS, FactCheck, Department of Defense, Office of Personnel Management, Department of Health and Human Services, Secret Service Office of Government and Public Affairs, Department of Justice as well as President Obama.

5.      Dr. Taitz contacted me and directed me to prepare all the subpoenas referred to above, and instructed me to sign her (Orly Taitz) name to each of the subpoenas, which I complied with.   All of the above referenced subpoenas were prepared by me, Dr. Taitz's name was signed by me and they were sent from my home in New Jersey.

6.      Since I did not have any experience working in the legal field, I asked Dr. Taitz if the subpoenas were valid since she was asking me to sign her name to the documents being served. Dr. Taitz assured me that they were valid and I was to sign her name without placing my initials following her signature.

7.      The subpoenas were created by me, and Dr. Taitz name was signed by me at her direction. The subpoenas were served by volunteers whom I sent them to and coordinated

2

with starting on January 28th through February 10th, 2009. All the subpoenas were dated January 19, 2009, as per Dr. Taitz's instructions. See copies of the subpoenas which I created and signed Dr. Taitz name to at her direction attached hereto and incorporated in by reference as **EXHIBIT "A"** .

8.      In addition to preparing and signing the subpoenas on behalf of Dr. Taitz, I co-authored letters to the FBI and at the direction of Dr. Taitz also signing Dr. Taitz's name to said letters. I created 95% of the subpoenas, signing Dr. Taitz's name on her behalf in the *Keyes* case and had them served. All was done under Dr. Taitz's authorization. I performed these duties as Dr. Taitz's assistant.

9.      I stopped providing services to Dr. Taitz in or about April 2009 as a result of Dr. Taitz demanding I falsify information to the Federal Bureau of Investigations and other enforcement agencies. On or about April 2, 2009, Dr. Taitz sent letters to the U.S. Supreme Court Justices, Clerks and others notifying them that she actually filed official reports of "hacking" and cyber crimes involving websites I was in charge of, as her webmaster. I started investigating her claims and was unable to find any substantiation to Dr. Taitz's "hacking" and cyber crime allegations. After numerous conversations with Dr. Taitz's regarding the falsified claims of "hacking" and cyber crimes, I refused to falsify any information in order to substantiate her allegations.

10.     As a result of my refusal to substantiate Dr. Taitz's false claims of "hacking" and cyber crimes, she became hostile and vindictive, now accusing me of "hacking", fraud and theft. Dr. Taitz even went as far as making these statements on radio interviews and stated, as an Officer of the Court, she had reported me for investigation.

3

11.    Dr. Taitz reported me to various departments of the State of New Jersey, local and federal police, the Senate Judiciary Committee, the U.S. Supreme Court, Federal Bureau of Investigations, the Orange County Sheriff's Department and other locations with falsified allegations that I had committed crimes, including but not limited to forgery, stealing money from her (Dr. Taitz) foundation and "hacking" of her (Dr. Taitz) website and paypal accounts. Dr. Taitz did this as an "Officer of the Court", the entire time knowing her allegations were completely false. Fortunately, Dr. Taitz's false reports were found to be completely unsubstantiated by the law enforcement authorities.

12.    After Dr. Taitz filed her false law enforcement reports against me, Dr. Taitz posted on her website that my husband was involved in taking monies from her foundation. My husband is a Physician and has never had anything to do with Dr. Taitz, her foundation and/or her websites.

13.    I later learned that Dr. Taitz's husband, Yosef Taitz has an extensive computer background and in fact learned Mr. Taitz's received his initial computer training in the Israeli military. In addition, Mr. Taitz's owns multiple companies that write and supply computer scripting and programs which is located on 97% of the world's computers. Mr. Taitz's also rents rack servers that host vast amounts of websites and databases. See the book "The Info Mesa" by Ed Regis pages 122-126, 130, 157, 159, 166, 199 and 213, ISBN #0-393-02123-8.

14.    This was not the first time that Dr. Taitz asked me to lie for her. On or about December 21, 2008, Dr. Taitz sent an email to me and Bob Stevens, Dr. Taitz's head webmaster at that time. Dr. Taitz stated in her email that "Obama thugs" took down her dental website, drtaitz.com. Dr. Taitz wanted the announcement posted to her website at drorly.blogspot.com.

4

15.     I obtained Dr. Taitz's dental website domain information and investigated what had actually happened to her dental website. Dr. Taitz had switched her own domain to point off of her site. I also discovered that Dr. Taitz's husband, Yosef Taitz, was listed as the administrator of Dr. Taitz's dental website. *See* **EXHIBIT "B"** attached hereto and incorporated in by reference.

16.     I am a Plaintiff in the case of *Liberi, et al v. Taitz, et al*, U.S. District Court of Pennsylvania, Case No. 09-cv-01898-ECR. During litigation of this case, which is ongoing, May 31, 2009 Dr. Taitz posted on her website at http://www.orlytaitzesq.com/blog1/?p=1843 emails in my name and my email address, which she claimed I sent. The emails Dr. Taitz posted were forged and altered emails. These forged and altered emails posted by Dr. Taitz, as well as the actual emails I sent, are on file with the U.S. District Court, Eastern District of Pennsylvania in the *Liberi, et al* Case.

I declare under the Penalty of Perjury of the Laws of the United States that the foregoing is true and correct. Executed this 14th day of January 2010 in the State of New Jersey.

Lisa Ostella, Affiant

5

# NOTARY ACKNOWLEDGMENT

State of New Jersey                           )
                                             §
County of ___Morris___                       )

On this __14th__ day of January, I the year of 2010, before me ___Madeleine R Vasquez___
                                                                  Notary Public Name

A notary public, personally appeared Lisa Osetlla, and proved on the basis of satisfactory

evidence to be the person whose name is subscribed to this instrument, and acknowledged

she executed the same.  Witness my hand and official seal.


_____
NOTARY PUBLIC

MADELEINE R. VASQUEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires July 17, 2013

SEAL

My commission expires: ___7-17-2013___

6

# EXHIBIT "A"

7

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq. 223433 Orly Taitz, Esq. 26302 La Paz, STE 211 Mission Viejo, CA 92691 TELEPHONE NO: 949-683-5411   FAX NO. (Optional): 949-586-8110 E-MAIL ADDRESS (Optional): dr_taitz@yahoo.com ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: 34-2008-80000096-CU-WM-GDS |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

Robert S. Mueller, III Director - US Immigrations and Customs Enforcement
500 12th St. SW, Washington, DC 20535-0001

**1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**

| To (name of deposition officer):  Orly Taitz, Esq. | |
|---|---|
| On (date): 02/20/2009 | At (time): 10:00AM |
| Location (address):  26302 La Paz STE 211 Mission Viejo, CA 92691 | |

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3. **The records to be produced are described as follows:**

Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
[X] Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: January 19, 2009

_____
Dr. Orly Taitz, Esq.
(TYPE OR PRINT NAME)

(Proof of service on reverse)

| Form Adopted for Mandatory Use Judicial Council of California | DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS | | Code of Civil Procedure, §§ 2020.410–2020.440; |
|---|---|---|---|

1/28/2009 23:44 7328462875

EXCEL GLOBAL INC COPY FOR COURT ONLY

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Orly Taitz, Esq. 223433
Orly Taitz, Esq.
26302 La Paz, STE 211 Mission Viejo, CA 92691
TELEPHONE NO: 949-683-5411
FAX NO. (Optional): 949-586-8110
E-MAIL ADDRESS (Optional): dr_taitz@yahoo.com
ATTORNEY FOR (Name):

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson et al
DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

CASE NUMBER:
34-2008-80000096-CU-WM-GDS

# DEPOSITION SUBPOENA
## FOR PRODUCTION OF BUSINESS RECORDS

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):
Central Intelligence Agency
Office of Public Affairs, Washington, DC 20505

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**
To (name of deposition officer): Orly Taitz, Esq.
On (date): 02/20/2009      At (time): 1:00AM
Location (address): 26302 La Paz STE 211 Mission Viejo, CA 92691

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. ☒ by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena only written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. ☐ by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. ☐ by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:
Per Executive Order from January 16, 2009, any and all documents relating to "fitness determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency to Barack Hussein Obama.
☒ Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE. YOU WILL ALSO BE LIABLE FOR YOUR FAILURE TO OBEY.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: January 19, 2009

Dr. Orly Taitz, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE OF PERSON ISSUING SUBPOENA)
(TITLE)

(Proof of service on reverse)

**DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**

Form Adopted for Mandatory Use
Judicial Council of California

Code of Civil Procedure,
§§ 2020.410-2020.440;
Government Code, § 68097.1

01/20/2009 01:27 7328462875     GOEXCELGLOBAL INC

SUBP-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Orly Taitz, Esq 223433<br>Orly Taitz, Esq<br>26302 La Paz, STE 211 Mission Viejo, CA 92691<br>TELEPHONE NO.:    FAX NO. (Optional): 949-586-8110<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): dr_taitz@yahoo.com | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

CASE NUMBER:

**DEPOSITION SUBPOENA**
**FOR PRODUCTION OF BUSINESS RECORDS**

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

US Attorney, 219 S. Dearborn St. 5th Floor    Honorable Patrick Fitzgerald
Chicago, IL 60604

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS** described in item 3, as follows:

To (name of deposition officer): Orly Taitz, Esq.
On (date): 02/20/09      At (time): 10:00am
Location (address): 26302 La Paz, STE 211 Mission Viejo, CA 92691

Do not release the requested records to the deposition officer prior to the date and time stated above.

   a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

   b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

   c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:

Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency.
   [X] Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date Issued: January 19, 2009

Dr. Orly Taitz, Esq
(TYPE OR PRINT NAME)

(Proof of service on reverse)

Form Adopted for Mandatory Use
Judicial Council of California

**DEPOSITION SUBPOENA FOR PRODUCTION**

Code of Civil Procedure
§§ 2020.410–2020.440; Gov. Code § 6160

Case 8:09-cv-82557-WB-12875 Document 50 Entered on FLSD Docket 01/21/2010 Page 40 of 54

PAGE 02
GOEXCELGLOBAL INC
PAGE 03
GOEXCEL.GLOBAL INC

01/20/2009 01:27 7328462875

SUBP-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq 223433 | |

Orly Taitz, Esq
26302 La Paz, STE 211 Mission Viejo, CA 92691

TELEPHONE NO.:      FAX NO. (Optional):   949-586-8110
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): dr_taitz@yahoo.com

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Ambassador Dr. Alan Keyes; Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA<br>FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

US Attorney, 219 S. Dearborn St. 5th Floor
Chicago, IL 60604

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS** described in item 3, as follows:

| To (name of deposition officer): Orly Taitz, Esq. | |
|---|---|
| On (date): 02/20/09 | At (time): 10:00am |
| Location (address): 26302 La Paz STE 211 Mission Viejo, CA 92691 | |

    Do not release the requested records to the deposition officer prior to the date and time stated above.

   a. ☒ by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

   b. ☐ by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

   c. ☐ by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3. *The records to be produced are described as follows:*

   Per Executive Order from January/6, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency.

   ☒ Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

| DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY. |
|---|

Date issued: January 19, 2009

Dr. Orly Taitz, Esq
(TYPE OR PRINT NAME)

(Proof of service on reverse)

| Form Adopted for Mandatory Use<br>Judicial Council of California | **DEPOSITION SUBPOENA FOR PRODUCTION**<br>OF BUSINESS RECORDS | Code of Civil Procedure,<br>§§ 2020.410 |
|---|---|---|

**SUBP-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq. 223433 Orly Taitz, Esq. 26302 La Paz, STE 211 Mission Viejo, CA 92691 TELEPHONE NO. 949-683-5411    FAX NO. *(Optional)*: 949-586-8110 E-MAIL ADDRESS *(Optional)*: dr_taitz@yahoo.com ATTORNEY FOR *(Name)*: | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: 34-2008-80000096-CU-WM-GDS |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO *(name, address, and telephone number of deponent, if known)*:

Mike Hayden - Central Intelligence Agency
Office of Public Affairs, Washington, DC  20505

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**

| To *(name of deposition officer)*: Orly Taitz, Esq. | |
|---|---|
| On *(date)*: 02/20/2009 | At *(time)*: 10:00AM |
| Location *(address)*: 26302 La Paz STE 211 Mission Viejo, CA 92691 | |

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:

Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
[X] Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

**DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.**

Date issued: January 19, 2009

Dr. Orly Taitz, Esq.
(TYPE OR PRINT NAME)

(TITLE)

(Proof of service on reverse)

Form Adopted for Mandatory Use
Judicial Council of California

DEPOSITION SUBPOENA FOR PRODUCTION
OF BUSINESS RECORDS

Code of Civil Procedure,
§§ 2020.410-2020.440;

**SUBP-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Orly Taitz, Esq. 223433 | |

Orly Taitz, Esq.
26302 La Paz, STE 211 Mission Viejo, CA 92691
TELEPHONE NO: 949-683-5411   FAX NO. (Optional): 949-586-8110
E-MAIL ADDRESS (Optional): dr_taitz@yahoo.com
ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

| DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS | CASE NUMBER: 34-2008-80000096-CU-WM-GDS |
|---|---|

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

Micheal W. Hager - Office of Personnel Management
1900 E. Street NW, Washington, DC 20415

1. **YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:**

| To (name of deposition officer): Orly Taitz, Esq. | |
|---|---|
| On (date): 02/20/2009 | At (time): 10:00AM |
| Location (address): 26302 La Paz STE 211 Mission Viejo, CA 92691 | |

Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X] by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ] by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ] by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. *The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.*

3. **The records to be produced are described as follows:**

Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.

[X] Continued on Attachment 3.

4. **IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.**

| DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY. |
|---|

Date issued: January 19, 2009

_____
Dr. Orly Taitz, Esq.
(TYPE OR PRINT NAME)

(TITLE)

(Proof of service on reverse)

**DEPOSITION SUBPOENA FOR PRODUCTION OF BUSINESS RECORDS**

Form Adopted for Mandatory Use
Judicial Council of California
Martin Dean's
Essential Forms
Law Publishers
Code of Civil Procedure,
§§ 2020.410-2020.440;
Civil Code, § 1985.3

'01/28/2009  23:44   7328482878   GOEXCEL GLOBAL INC   PAGE  05

SUBP-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Orly Taitz, Esq.  223433
Orly Taitz, Esq.
26302 La Paz, STE 211 Mission Viejo, CA 92691
TELEPHONE NO: 949-683-5411      FAX NO. (Optional):  949-586-8110
E-MAIL ADDRESS (Optional): dr_taitz@yahoo.com
ATTORNEY FOR (Name):

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Sacramento
STREET ADDRESS: 720 Ninth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA  95815
BRANCH NAME:

PLAINTIFF/PETITIONER: Amb. Dr. Alan Keyes, Wiley S. Drake and Markham Robinson

DEFENDANT/RESPONDENT: Bowen, Obama, Biden et al

**DEPOSITION SUBPOENA
FOR PRODUCTION OF BUSINESS RECORDS**

CASE NUMBER:
34-2008-80000096-CU-WM-GDS

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of deponent, if known):

Margaret Spellings - Department of Education
400 Maryland Avenue SW, Washington, DC 20202

1. YOU ARE ORDERED TO PRODUCE THE BUSINESS RECORDS described in item 3, as follows:

To (name of deposition officer):  Orly Taitz, Esq.                     At (time):   10:00AM
On (date):  02/20/2009
Location (address):  26302 La Paz STE 211 Mission Viejo, CA  92691

   Do not release the requested records to the deposition officer prior to the date and time stated above.

a. [X]  by delivering a true, legible, and durable copy of the business records described in item 3, enclosed in a sealed inner wrapper with the title and number of the action, name of witness, and date of subpoena clearly written on it. The inner wrapper shall then be enclosed in an outer envelope or wrapper, sealed, and mailed to the deposition officer at the address in item 1.

b. [ ]  by delivering a true, legible, and durable copy of the business records described in item 3 to the deposition officer at the witness's address, on receipt of payment in cash or by check of the reasonable costs of preparing the copy, as determined under Evidence Code section 1563(b).

c. [ ]  by making the original business records described in item 3 available for inspection at your business address by the attorney's representative and permitting copying at your business address under reasonable conditions during normal business hours.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the deposition subpoena, or 15 days after service, whichever date is later). Reasonable costs of locating records, making them available or copying them, and postage, if any, are recoverable as set forth in Evidence Code section 1563(b). The records shall be accompanied by an affidavit of the custodian or other qualified witness pursuant to Evidence Code section 1561.

3. The records to be produced are described as follows:
Per Executive Order from January 16, 2009, any and all documents relating to "fitness and determination" in regards to level of character and conduct necessary to perform work for or on behalf of a Federal Agency in regards to Barack Hussein Obama.
   [X]  Continued on Attachment 3.

4. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: January 19, 2009

Dr. Orly Taitz, Esq.
(TYPE OR PRINT NAME)                                                (TITLE)

(Proof of service on reverse)

**DEPOSITION SUBPOENA FOR PRODUCTION
OF BUSINESS RECORDS**

Form Adopted for Mandatory Use
Judicial Council of California

Code of Civil Procedure,
§§ 2020.410-2020.440;
Related code section

American LegalNet, Inc.
www.LawForms.com
Law Publishers

# EXHIBIT "B"

8

# Drtaitz.com on 2001-09-22 - Domain History

Enter a domain name to get its history

**Domain Name:**

Next »

**Domain:**            **DrTaitz.com** - Domain History

**Cache Date:**        2001-09-22

**Registrar:**         **NETWORK SOLUTIONS, INC.**

**Registrant Search:**  Click on an email address we found in this whois record
to see which other domains the registrant is associated with:
isaac@95net.com  rnavock@yahoo.com

```
Registrant:
Dr. Orly Taitz
     26302 La Paz,
Suite 211
     Mission Viejo,
CA 92691
     US

     Domain Name:
DRTAITZ.COM

     Administrative
Contact:
          Taitz, Yosi
isaac@95NET.COM
          26302 La
Paz, Suite 211
          Mission
Viejo , CA 92691
          XXX-XXXX
     Technical
Contact:
          Navock,
Richard
rnavock@YAHOO.COM
          OCBN, INC.
          20 Edgestone
          Irvine, CA
92606
          US
          949-786-5028
949-786-5028

     Record last
updated on 22-Sep-
2001
     Record expires
on 24-Sep-2003
     Record created
on 24-Sep-1999
     Database last
updated on 11-Jan-
2002 15:00:24 EST

     Domain servers
in listed order:

     NS1.OCBNINC.COM
64.172.68.74
     NS2.OCBNINC.COM
64.172.68.75
```

Memberships | Support | Registrant Search | Whois | Desktop Tools | Stock Ticker | Blog | Site Map

© 2010 DomainTools, LLC All rights reserved.

Case 9:09-cv-81255-WPD    Document 50    Entered on FLSD Docket 01/21/2010    Page 47 of 54

"Those who do not remember the past are doomed to repeat it."

Delete    Reply      Forward     Move...

Previous | Next | Back to Messages      Select Message Encoding

Check Mail    **New**                     Mail Search

Copyright © 1994-2010 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy - About Our Ads.

EXHIBIT "C"

Declaration of Orly Taitz

My Name is Orly Taitz, I am a resident of California, I am over 18 years old, of sound mind, never suffered of any mental disease or impairment and was never convicted of any crime of moral turpitude.

I have personal knowledge of the following facts and swear under penalty of perjury:

1. I never allowed Charles Lincoln to sign my name on any document .

2. I never allowed Lisa Ostella to sign my name on any document

3. I never allowed anybody to sign my name anywhere.

4. If anyone signed my name purporting to be me, it is a criminal act of forgery and needs to be criminally prosecuted as such to the full extent of the law.

Signed

January 18 2010 letter by Orly Taitz  10

01. 18. 2010

Exhibit "D"

Evidence of theft by false pretenses committed by Lisa Ostella. After Ostella locked me out of the web site for my foundation "Defend Our Freedoms", she continued advertising and soliciting donations from unsuspecting donors under the name "Defend Our Freedoms". The page features a picture of a jar and a sign "Help Offset The Costs of Defend Our Freedoms. Donate to support this site. Can't donate? Raise Money! Run an auction. Earn money for yourself while raising money for DOFF (DOFF stands for Defend Our Freedom Foundation, where I am a president, and Ostella was never authorized to raise funds). From around April 11 until recently Ostella has fraudulently raised money from unsuspecting donors, believing that those funds go to support my foundation and my legal actions, while Ostella

January 18 2010 letter by Orly Taitz  13

pocketed this money and I had to pay out of my own pocket for costs
and expenses.

January 18 2010 letter by Orly Taitz  14

# DEFEND OUR FREEDOMS
**where we're loyal to liberty and faith gives reason for citizen action - amb. alan keyes 2009**



ED HALE AT PLAINS RADIO AND HIS GUEST RALPH - PAYPALGATE

BACK TO MAIN PAGE

## DEFEND OUR FREEDOMS
## COMMUNITY NETWORK

## LOGIN

## QUICK SEARCH

Search only in titles

**Search**

## HELP OFFSET THE COSTS OF DEFEND
## OUR FREEDOMS



Donate to Support this Site

## CAN'T DONATE? RAISE MONEY!

Earn money for yourself while raising money for DOFF!

## DEFEND OUR FREEDOMS GRAND
## JURIES



## DEFEND OUR FREEDOMS NETWORK



EXHIBIT E

Copy of the letter sent to FBI and police and receipt from Deputy O.
Mendoza #2303, Mission Viejo Police Department, Orange County,
California with the case number 09-068339

Defend Our Freedoms Foundation

Dr. Orly Taitz ESQ

26302 La Paz ste 211

Mission Viejo CA 92691

04.15.09.

Dear sir/mdm

This is a complaint in regards to following suspected crimes

1. Embezzlement
2. Identity theft
3. Fraud
4. Defamation of character
5. Charitable organization fraud
6. Credit card fraud

I am a president of a non-profit foundation Defend Our Freedoms. Ms. Lisa Ostella was a volunteer for the foundation and a web master. I received a number of complaints from donors in regards to irregularities with the pay-pal account. When I mentioned this to Ms. Ostella, and raised concerns that the account might be hacked and that I need to report this to the authorities, she stated that she doesn't believed that there was hacking, she blamed another volunteer by name Fran and stated that she locked Fran from the blog (web site, that has pay pal) and this should take care of the problem. I stated that I am planning to report this to the authorities and have them sort it out. Ms. Ostella stated that such report would look bad for her as a web master and if I proceed with the report, she will not host my foundation on her server any more. When I found a new web master, Ms. Ostella started acting irrationally. Instead if doing a seamless transfer, she locked me out from my own foundation site, has written an extremely defamatory statement about me and had some people (maybe herself) write defamatory comments. Moreover a comment was posted supposedly from me, making me look bad, even though I was locked out from the account and could not respond.

Thereafter I got receipts from donors showing that donations went to her, instead of foundation. Originally I thought that maybe her e-mail account was posted on those receipts, since she was a web master, however when I checked the roster, I saw that indeed those donations were not received by the foundation.

Sincerely,

Dr. Orly taitz, Esq

**SHERIFF-CORONER DEPARTMENT**
**COUNTY OF ORANGE**

P.O. Box 449 Santa Ana, CA 92702

Laguna Hills Courses, Aliso Viejo, CA 92656

Should additional information develop concerning your losses, please send this information in writing, to the address indicated above. Please include your name, address and this Case CP-CCA-557 to assist us in recovering your property, please submit a detailed description to include the following information: item, quantity, serial and make numbers, color, special identifying marks or characteristics and the value. _____ (___) 425-1960

SANDRA B. LG HENS SHERIFF-CORONER

By _____