UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-81255-Civ-DIMITROULEAS / SNOW

MARSHA G. RIVERNIDER,
ROBERT H. RIVERNIDER and
CHARLES EDWARD LINCOLN, III,

           Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION,
As Trustee for the C-Bass Mortgage Loan
Asset-Backed Certificates, Series 2006-CBS,
and all John & Jane Does, 1-10,

           Defendants.

### PLAINTIFF, CHARLES EDWARD LINCOLN, III's SUPPLEMENTAL CERTIFICATE OF CONFERENCE REGARDING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME

      Plaintiff, Charles Edward Lincoln, III, by and through his undersigned counsel hereby submits this Supplemental Certificate of Conference pertaining to Plaintiffs' Motion for an Extension of Time of One [1] Day. Counsel for Plaintiff attempted to confer by telephone and email with opposing counsel and counsel for Dr. Taitz asking their position on Plaintiffs Motion for the Extension of Time prior to the filing. At the time of filing Plaintiffs Motion, the undersigned had not heard from Defendant, U.S. Bank's Attorneys. Since the filing of Plaintiffs

Motion, Counsel for the Defendant, U.S. Bank, sent an email to counsel's office stating "Defendant U.S. Bank has no objection". See **EXHIBIT "A"**.

Respectfully submitted,

Dated:  Wednesday, January 20, 2010

s/ Inger Garcia
_____
Inger Garcia, Esquire
Florida Bar No. 106917
Email: attorney@ingergarcia.com
Law Offices of Inger Garcia
P.O. Box 11933
Fort Lauderdale, Florida 33339-1933
Telephone:  (954) 894-9962
Facsimile:   (954) 446-1635

*Local Counsel for Plaintiff,*
*Charles Edward Lincoln, III*

Dated:  Wednesday, January 20, 2010

s/ Philip J. Berg
_____
Philip J. Berg, Esquire
PA Identification No. 09867
Email:  philjberg@gmail.com
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Telephone:  (610) 825-3134
Facsimile:   (610) 834-7659

*Attorney admitted Pro Hac Vice for Plaintiff,*
*Charles Edward Lincoln, III*

# EXHIBIT "A"

*Plaintiff's Supplemental Certificate of Conference* 3

From: <kimberly.leary@akerman.com>
Date: Wed, Jan 20, 2010 at 5:21 PM
Subject: RE: Rivernider, et al v. U.S. Bank, Case No. 09-81255-Civ-DIMITROULEAS / SNOW
To: lisaliberi@gmail.com
Cc: bethn@butlerandhosch.com, lawronin@aol.com, inger13@aol.com

Ms. Liberi,

Defendant U.S. Bank has no objection. As Mr. McComas has left our firm, could you please forward all correspondence to me at the below address. Thanks for your assistance.

Kim

Kimberly A. Leary
Akerman Senterfitt
Las Olas Centre II, Suite 1600
350 E. Las Olas Blvd.
Fort Lauderdale, FL 33301
(954) 759-8935 direct
(954) 463-2224 fax
kimberly.leary@akerman.com



www.akerman.com | Bio | V Card

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential information, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

CIRCULAR 230 NOTICE: To comply with U.S. Treasury Department and IRS regulations, we are required to advise you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

*Plaintiff's Supplemental Certificate of Conference*                    4

**From:** Beth Norrow [mailto:bethn@butlerandhosch.com]
**Sent:** Wednesday, January 20, 2010 4:23 PM
**To:** Leary, Kimberly (Assoc-Ftl)
**Subject:** FW: Rivernider, et al v. U.S. Bank, Case No. 09-81255-Civ-DIMITROULEAS / SNOW


**From:** Lisa Liberi [mailto:lisaliberi@gmail.com]
**Sent:** Wednesday, January 20, 2010 3:54 PM
**To:** lawronin@aol.com; benjamin.mccomas@akerman.com; Beth Norrow
**Cc:** inger13@aol.com; Phil
**Subject:** Rivernider, et al v. U.S. Bank, Case No. 09-81255-Civ-DIMITROULEAS / SNOW


January, 20, 2010

**Benjamin Kyle McComas**
Akerman Senterfitt & Eidson
350 E Las Olas Boulevard
Suite 1600
Fort Lauderdale, FL 33301
Email: benjamin.mccomas@akerman.com
*Counsel for U.S. Bank*

**Beth Ann Norrow**
Butler & Hosch
3185 S Conway Road, Suite E
Orlando, FL 32812
Email: BethN@butlerandhosch.com
*Counsel for U.S. Bank*

**Bradford Cohen**
1132 SE 3rd Ave
Fort Lauderdale, FL 33301
e-mail: lawronin@aol.com
*Counsel for Orly Taitz*

Re:  *Rivernider, et al v. U.S. Bank*, Case No.  09-81255-Civ-DIMITROULEAS / SNOW

Dear Counsel,

During the Order to Show Cause hearing January 12, 2010 before Magistrate Judge Snow, Judge Snow gave Mr. Lincoln seven (7) days to file a Brief and other supporting documentation. Unfortunately, Local Counsel, Inger Garcia, Esquire was having computer difficulties and was unable to access any documents and/or electronically file any documents.  As a result, Mr. Lincoln's documents were filed today.  We are filing a Motion with the Court seeking a One (1) Day Continuance.  I attempted to reach you by telephone to learn your position on our request

for a one (1) day extension, but was unable.  I did leave messages.  If you could please let us know your position on our request for a one (1) day extension so we can file our Motion for the Continuance.

Thank you for your assistance.  Please do not hesitate contacting our office should you have any questions or comments.


Respectfully,

Lisa Liberi
Assistant to Philip J. Berg
LAW OFFICES OF PHILIP J. BERG
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531
Ph:  (610) 825-3134
Fx:  (610) 834-7659
Email:  Philjberg@gmail.com

And for:

Inger Garcia, Esquire
Law Offices of Inger Garcia
P.O. Box 11933
Fort Lauderdale, Florida 33339-1933
Telephone: (954) 894-9962
Facsimile:  (954) 446-1635
Email: attorney@ingergarcia.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-81255-Civ-DIMITROULEAS / SNOW

| | |
|---|---|
| MARSHA G. RIVERNIDER, ROBERT H. RIVERNIDER, and CHARLES EDWARD LINCOLN, III,<br><br>     Plaintiffs,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, As Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2006-CBS, and all John & Jane Does, 1-10,<br><br>     Defendants. | : : : : : : : : : : : : : : |

**CERTIFICATE OF SERVICE**

  I, Inger Garcia, hereby certify that a copy of the foregoing was served this 20th day of January 2010 electronically upon the following:

Benjamin Kyle McComas
Akerman Senterfitt & Eidson
350 E. Las Olas Blvd., Suite 1600
Fort Lauderdale, FL 33301
Email:  Benjamin mccomas@akerman.com
*Counsel for Defendant*


Beth Ann Norrow
Butler & Hosch
3185 S. Conway Road, Suite E
Orlandlo, FL 32812
Email:  BethN@butlerandhosch.com
*Counsel for Defendant*

Bradford Cohen
1132 SE 3rd Ave
Fort Lauderdale, FL 33301
e-mail: lawronin@aol.com
*Counsel for Orly Taitz*

And, by regular mail with postage fully prepaid upon the following:

Marsha G. Rivernider
9246 Delemar Court
Wellington, FL 33414
Plaintiff in *Pro Se*

Robert H. Rivernider
9246 Delemar Court
Wellington, FL 33414
Plaintiff in *Pro Se*

 s/ Inger Garcia
_____
Inger Garcia, Esquire
Florida Bar  No. 106917
Email: attorney@ingergarcia.com
Law Offices of Inger Garcia
P.O. Box 11933
Fort Lauderdale, Florida 33339-1933
Telephone:     (954) 894-9962
Facsimile:     (954) 446-1635

*Attorney for Plaintiff,*
*Charles Edward Lincoln, III*