UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-81255-Civ-DIMITROULEAS/SNOW

MARSHA G. RIVERNIDER, ROBERT H. RIVERNIDER,
and CHARLES EDWARD LINCOLN, III,

  Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION, as Trustee
for the C-Bass Mortgage Loan Asset-Backed
Certificates, Series 2006-CBS, and all
John & Jane Does, 1-10,

  Defendants.
_____/

**ORDER**

  THIS CAUSE is before the Court on Plaintiff, Charles Edward Lincoln, III's Motion for One-Day Extension of Time or to Accept Late Filing (Docket Entry 49), which was referred to United States Magistrate Judge Lurana S. Snow.  With the Court being advised, it is hereby

  ORDERED AND ADJUDGED that the motion is GRANTED, without ruling on the relevance of the materials submitted.  The Brief filed January 20, 2010, is deemed timely.

  DONE AND ORDERED at Fort Lauderdale, Florida, this 25th day of January, 2010.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

Marsha G. Rivernider, pro se (P)
Robert H. Rivernider, pro se (P)
Philip J. Berg, Esq. (P Lincoln)
Inger Garcia, Esq. (P Lincoln)
Benjamin Kyle McComas, Esq. (D)
Beth Ann Norrow, Esq. (D)
Bradford Cohen, Esq. (W- Taitz)