# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No.: 09-81255-Civ-DIMITROULEAS / SNOW

| | |
|---|---|
| MARSHA G. RIVERNIDER,<br>ROBERT H. RIVERNIDER, and<br>CHARLES EDWARD LINCOLN, III,<br><br>                      Plaintiffs,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION,<br>As Trustee for the C-Bass Mortgage Loan<br>Asset-Backed Certificates, Series 2006-CBS,<br>and all John & Jane Does, 1-10,<br><br>                      Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## AFFIDAVIT OF EVELYN ADAMS

     I, Evelyn Adams am over the age of eighteen (18) and not a party to the within action. I have personal knowledge of the facts herein and if called to do so, I could and would competently testify under oath.

     I declare as follows:

     1.    I have read Ms. Taitz's January 21, 2010 filing in the above referenced case. Ms.. Taitz has been completely dishonest and outright lied to this Court. Ms. Taitz states that Lisa Ostella forged her name. Ms. Taitz further states Lisa Ostella only prepared the subpoenas and then removed Ms. Taitz's signature and replaced it with her (Lisa Ostella) forgery, which were served in the matter of <u>Keyes, et al v. Bowens, et al</u>, this is a complete **falsity**.

     2.    On or about Jan. 15, 2009 I spoke with Lisa Ostella on the phone. Lisa was busy preparing hundreds of Subpoenas to be served by numerous volunteers before Obama's

Inauguration on Jan 20, 2009. I asked why Orly Taitz wasn't making the Subpoenas. Lisa Ostella told me that Orly had told her to do it. I asked her if Orly had sent the Subpoenas to her with all of the information for her to type them up.

3. Lisa Ostella said Orly told her to go get the Subpoenas, type them all up, find people that were willing to serve them for her (Orly Taitz) and get the Subpoenas to them, so they could be served Jan 20, 2009 before Obama was sworn in at 2:00 Eastern time.

4. I asked Lisa Ostella if Orly Taitz was there or if she was flying in to sign them. Lisa Ostella told me no, that Orly Taitz had told her to sign her name to them. Lisa Ostella was concerned and asked me if that was legal, even though she was Orly Taitz's Assistant. I told Lisa Ostella that if Orly Taitz had authorized her (Lisa Ostella) as her Assistant to sign her (Orly Taitz's) name, then it should be all right. I know that Lisa Ostella finished the Subpoenas and faxed some of them to Fred Smart on Jan. 19, 2009 in Chicago for him to serve. These Subpoenas were faxed and emailed to the people donating their time to serve them, from Lisa Ostella's home in New Jersey and not from Orly Taitz, who was in her home State of California.

5. Ms. Taitz's also states in her January 21, 2010 filing that she only "**accidentally**" published Lisa Liberi's full social security number once and when it was brought to her (Dr. Taitz's) attention she immediately removed it. I have personal knowledge of this issue and again Ms. Taitz has outright lied to this Court.

6. On or about April 17, 2009, not only did I receive this document Ms. Taitz's calls dossier #6, directly from Ms. Taitz, which contained Lisa Liberi's full social security number, date of birth, and other very private personal information, but one of my co-host, Matt Harris also received this dossier #6 directly from Orly Taitz. In fact, I contacted Lisa

Liberi and informed her of this dossier #6 and that Ms. Taitz published her (Lisa Liberi's) full social security number, date of birth and other very private and personal information.

7. Ms. Taitz has sent out many dossier #6's under different file names; with different website addresses, which are all Mrs. Taitz's websites, but she has mailed this dossier #6 to numerous people, had her "followers" send out this dossier #6. Ms. Taitz has created approximately eight different dossier #6's all of which containing Lisa Liberi's full social security number, date of birth and other very private and personal information. By Ms. Taitz's own admission, she has sent this dossier #6 out to over 140,000 individuals and businesses, including International. This 140,000 number was as of the end of April 2009. Since that time, Ms. Taitz has reposted, republished and re-emailed this dossier #6 with Lisa Liberi's full social security, date of birth and other personal information in excess of approximately 275,000 times (this includes Ms. Taitz's RSS feeds, Twitter, and Facebook set up on her website at www.orlytaitzesq.com.

8. Orly Taitz has even filed her dossier #6 with Mrs. Liberi's social security number, date of birth, and other very private and confidential information in the Federal Courts in California and Pennsylvania. The Court in both locations had to seal Ms. Taitz's dossier #6 because it contained Mrs. Liberi's social security number, date of birth and other very private information.

9. I have seen Lisa Liberi's social security card, the envelope from the Social Security Administration in Maryland which her social security card came (Mrs. Liberi keeps her social security card in the envelope in her safe at home)
identification cards. Orly Taitz told this court in her January 21, 2010 filing that the social security number she published was not even Lisa Liberi's social security number. This is

another outright lie by Orly Taitz. The full social security number published by Orly Taitz is in fact that of Lisa Liberi.

10. In fact, in Ms. Taitz's dossier #6, she states "***Lisa Renee Liberi, Bn xx-xx-xxxx, xxx-xx-xxxx, xxx-xx-xxxx***". Mrs. Liberi's middle name is **NOT** Renee, and again I have seen her social security card from the social security administration with her full legal name.

11. Due to the fact that Lisa Liberi and her child are victims of serious crimes, Lisa Liberi was placed in the "safe at home" program. This is a program that provides a confidential address for victims of serious crimes. Lisa Liberi was also furnished a new social security number to ensure her and her family's safety. With what Ms. Taitz's has done, she has seriously endangered Mrs. Liberi and her family.

12. How this started was Ms. Taitz threatened to take Mr. Berg down and to do so Ms. Taitz stated she was going to destroy his paralegal, Lisa Liberi. Ms. Taitz teamed with a private investigator, Neil Sankey and without any type of permissible purpose, Mr. Sankey gave Mrs. Liberi's full social security number, date of birth, mother's maiden name, place of birth and other very private and sensitive information to Orly Taitz.

13. Orly Taitz immediately published the information on her own websites and all over the internet, sent it out in mass emailing on more than four (4) occasions that I know of, sent it to other blogs and asked them to post the information, sent it out by regular mail, and told all her "followers" and "supporters" to send it out. Included in this information was a "supposed" criminal record of Mrs. Liberi and statements that Mrs. Liberi had a criminal record going back to the 1990's.

14. Shortly after Ms. Taitz released this dossier #6. I was aware that Mr. Sankey had made statements to other individuals that he did not verify that the criminal information in

fact belonged to Lisa Liberi, Mr. Berg's paralegal. I called and spoke to Mr. Sankey and Mr. Sankey confirmed this information that none of the criminal information he had was verified, that it was not verified it was Mr. Berg's paralegal and that he (Mr. Sankey) told Orly Taitz not to send out the information. The facts still remain, Mr. Sankey nor Ms. Taitz had any type of permissible purpose to obtain Mrs. Liberi's confidential information.

15. Ms. Taitz next states to this Court in her January 21, 2010 letter which was filed, that she filed law enforcement reports against Lisa Ostella and that Lisa Ostella was under investigation with her local police department and the FBI. This is not fully true. The police report 09-068339 Ms. Taitz tells this Court is against Lisa Ostella is actually against Lisa Liberi. In fact, Ms. Taitz posted the following on her website at http://www.orlytaitzesq.com/?p=2585 June 27, 2009:

> "*According to detective Teresa Standiford from Orange County economic crimes unit, my report and the whole file was transferred to Santa Fe, as Lisa Liberi lives there. I tried to find out the status, but it is very hard to reach anybody in the police department there. The phone number of detective Teresa Standford in CA 714-647-7486, 714-647-7038. Case # 09-068339...*"

16. It should be noted, Lisa Liberi spoke to Orly Taitz one time on the telephone. Lisa Liberi did not want anything to do with Ms. Taitz and had refused to work with her. Mr. Berg also refused to work with Ms. Taitz. Lisa Liberi has **never even** met Ms. Taitz, nothing.

17. Orly Taitz even spread all over the internet, by mass emailing, postal mailings and had posted on her websites and other websites that Lisa Liberi and her husband were stealing money from Philip J. Berg, Esquire's foundation. Mr. Berg went on a radio show live and stated no one had stolen money from him and that he does **not** have a foundation.

18. Ms. Taitz has done so many cruel, vindictive, hateful, dangerous, and nasty things against and to Lisa Ostella and Lisa Liberi it is truly frightening and for absolutely no reason. Unfortunately, they are not the only two (2). Ms. Taitz's has quite the history of harming people over the internet, going after people who do not agree with her, etc.

19. Ms. Taitz's continues saying Lisa Liberi was doing the fundraising for Mr. Berg, which is completely false. I was the one that did the Fund raising for Phil Berg not Lisa Liberi. I put up challenges from people that I am connected with, where they would match donations up to a certain dollar. They were to make the donation starting the day the challenge was posted and send the receipts to me, where I would keep a running total and when the amount of the challenge was met, I would close it and the people backing the challenge would then donate the matching funds, send me the receipt and I would post it for all of the donators to see.

20. Orly Taitz also accused me of receiving and making money off of her Defend Our Freedoms site, as well as David Levine. I have never received a single penny or made a single penny off of her and neither did David Levine. Mr. Levine and I both had radio shows at that time and Lisa Ostella's website gave free blog rolls to people which were hurt by Ms. Taitz's to return the Internet traffic to them, as did numerous other web sites. Lisa Ostella owns defendourfreedoms.net, defendourfreedoms.us, defendourfreedoms.com and defendourfreedoms.info. A blog roll is not a paid advertisement. Mr. Levine does not have a show that I am aware of at this time, but I still do 6 radio shows for other radio show owners, as well as 2 shows of my own.

*21.* Judge Land in the U.S. District Court, Middle District of Georgia I believe said it the best. He stated in his October 13, 2009 Ruling sanctioning Ms. Taitz "***The Court***

*concludes from this conduct that counsel did have intent to injure anyone associated with the litigation who did not agree with her*". Unfortunately, Judge Clay D. Land was also one of Orly Taitz's victims as she incited violence against Judge Land, other individuals in Law Enforcement; she has called for "Armed Revolt" and even called for the political "purging", which means death, of President Obama and his supporters. I was deemed one of President Obama's supporters by Orly Taitz.

I declare under the penalty of Perjury of the laws of the United States that the foregoing is true and correct. Executed this 25th day of January 2010

EVELYN ADAMS, Affiant

### OKLAHOMA ACKOWLEDGMENT OF INDIVIDUAL

STATE OF OKLAHOMA

COUNTY OF __Garvin__    ss.

This instrument was acknowledged before me on January 25, 2010 by Evelyn Adams.

_____
NOTARY PUBLIC

Print Name: __Debbie Adams__

My Commission Expires: __1-14-14__

SEAL



DEBBIE ADAMS
Notary Public in and for
State of Oklahoma
Comm. # 02000540   Exp. 01/14/14