UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-81255-Civ-DIMITROULEAS / SNOW

MARSHA G. RIVERNIDER,
ROBERT H. RIVERNIDER, and
CHARLES EDWARD LINCOLN, III,

                Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION,
As Trustee for the C-Bass Mortgage Loan
Asset-Backed Certificates, Series 2006-CBS,
and all John & Jane Does, 1-10,

                Defendants.

## AFFIDAVIT OF K. STREBEL

I, K. Strebel am over the age of eighteen (18) and not a party to the within action. I have personal knowledge of the facts herein and if called to do so, I could and would competently testify under oath.

I declare as follows:

1. I have read Ms. Taitz January 20, 2010 filing in the above referenced case. Ms. Taitz has falsified information to this court and **blatantly lied**. For instance, in Ms. Taitz's filing she states she only "accidentally" published Lisa Liberi's full social security number once. I have personal knowledge of this issue and again Ms. Taitz has **blatantly LIED** to this Court.

2. Lisa Liberi showed me her social security card, the envelope from the Social Security Administration in Maryland which her social security card came in and her "safe at

home" identification cards when I was in Pennsylvania testifying in the <u>Liberi, et al v. Taitz, et al</u> case. Orly Taitz told this court in her January 20, 2010 filing that the social security number she published was not even Lisa Liberi's social security number.  This is another flat out **<u>LIE</u>** by Orly Taitz.  The full social security number published by Orly Taitz is in fact that of Lisa Liberi and Ms. Taitz is fully aware of it.  In fact, in Ms. Taitz's dossier #6, she states "*Lisa Renee Liberi, Bn xx-xx-xxxx, xxx-xx-xxxx, xxx-xx-xxxx*".  Mrs. Liberi's middle name is **<u>NOT</u>** Renee, and again I have seen her social security card from the social security administration with her full legal name.

3.   Ms. Taitz statement to this Court that she "**inadvertently**" **published Mrs. Liberi's social security number** "**once**", is a complete **<u>LIE</u>**.  Mrs. Taitz has republished Mrs. Liberi's full social security number, date of birth, mother's maiden name, place of birth and other private confidential information of Mrs. Liberi and her family repeatedly from April 2009 through approximately November/December 2009.  Mrs. Taitz published her dossier #6 and other posts which contained all this information under different names, including but not limited to:

http://www.orlytaitzesq.com/blog1/?p=8;
http://www.orlytaitzesq.com/blog1/?m=20090417;
http://orlytaitzesq.com/dossier-006.htm;
http://orlytaitzesq.com/drorlytaitzesq/documentation/Dossier6new2.doc;
http://www.orlytaitzesq.com/blog1/?cat=29;
http://www.orlytaitzesq.com/blog1/?cat=3&paged=2
http://www.oilforimmigration.org/facts/?p=1478
http://69.84.25.250/blogger/post/Dossie6.aspx

and continued emailing it, sending it through the Internet, by mass mailings to every Governmental Agency you can imagine, and having other websites post it.   In essence, Ms. Taitz has published Mrs. Liberi's full social security number, date of birth, mother's maiden

name, place of birth and other private confidential information in excess of 250,000 times, including sending it internationally.

4. The "safe at home" cards were furnished to Mrs. Liberi her child and husband as she and her child are the victims of violent serious crimes. The "safe at home" program gives a confidential address for the victims, in this case, Mrs. Liberi and her family. In addition, at the same time Mrs. Liberi was furnished a confidential address and placed in the "safe at home" program, the Social Security Administration also furnished her a new social security number. As you can see above, the first social security number represented by (x's) was her old number and the second social security number following it gave Mrs. Liberi's new social security number.

5. Ms. Taitz and Mr. Sankey purposely went after Lisa Liberi as Ms. Taitz had threatened to take Philip J. Berg and his law firm "down" and to do so she was going to destroy Lisa Liberi and get rid of her. After Mr. Berg and Lisa Liberi severed ties with Linda Belcher, she joined forces with Ed Hale, Caren Hale, Orly Taitz and Neil Sankey to destroy Mr. Berg and his legal cases involving President Obama. Mrs. Taitz, nor Mr. Sankey or the other individuals had any permissible purpose to illegally obtain Lisa Liberi's full social security number, date of birth, place of birth, mother's maiden name and the other private personal information of Mrs. Liberi's. Lisa Liberi has never met Orly Taitz, never worked for Orly Taitz and to my knowledge has never had any dealings with Orly Taitz. It should also be noted that Mr. Sankey was on Ed Hale's radio program May 28, 2009 wherein Mr. Hale stated Mrs. Liberi had just taken out a loan. Mr. Sankey confirmed the statement. Mrs. Liberi had just taken a loan out to pay for her son's college. The only way Mr. Hale

and/or Mr. Sankey would have known this is if they fraudulently and illegally obtained Mrs. Liberi's credit report or applied for a second loan in her name.

6.     On April 8th 2009 Orly Taitz created dossier # 6 and published it on her website located at www.orlytaitzesq.com and www.repubix.com on April 17th.  Ms. Taitz also sent this Dossier to over 26,000 news outlets including internationally on four different occasions and also sent it to an undisclosed amount of private individuals believed to be in excess of 100,000 by Orly Taitz own statements, including internationally.  Dossier #6 is about Lisa Liberi, Paralegal and Assistant to Philip J. Berg, Esq. and was created very maliciously.  Ms. Taitz and Neil Sankey placed Lisa Liberi's full social security and date of birth, again, all of which appears to be vindictive and malicious.  In addition, Orly Taitz states in this Dossier that Lisa Liberi has a criminal record going back to the 1990's.  In reviewing this Dossier #6, I found that Neil Sankey copied an article from the internet and altered the article by adding "**She has an extensive criminal record going back to the 90's**." to appear that Mrs. Liberi has/had a criminal record going back to 1990.  Proof of this was filed in the Liberi, et al v. Taitz, et al case.

7.     Orly Taitz posting of Lisa Liberi's entire social security number was done maliciously to harm Lisa Liberi and carry out her threats to destroy Lisa Liberi in order to take Philip J. Berg, Esq. and his law firm down.  If this Court were to pull Orly Taitz Website at www.orlytaitzesq.com and do a simple search with Lisa Liberi's last name and/or Lisa Ostella's last name, this Court will find there are numerous articles and postings written by Orly Taitz degrading, slandering, harassing, and further attempting to destroy Lisa Liberi, Lisa Ostella and Philip J. Berg, Esquire.

8.      Thereafter, on or about June 22, 2009 Orly Taitz published on her website at http://www.orlytaitzesq.com/blog1/?p=2522 Lisa Liberi's mother's maiden name, where she was born, date of birth and dossier #6 with Lisa Liberi's full social security number was still posted.

9.      It is further disgusting, that Orly Taitz, a California Licensed Attorney, allowed the above to go out over the internet, after Lisa Liberi's full social security number and other private personal information was added and continued sending her Dossier #6 with this unverified and unfounded information out to over 140,000 individuals and businesses, including internationally and had it posted on blogs all over the Internet.

10.     Not only is Mrs. Taitz Dossier #6 with Lisa Liberi's full social security number, date of birth and other private information re-published on the Internet and resent out over the Internet to websites every three (3) hours by Orly Taitz's RSS feed, but on or about July 27, 2009, Ms. Taitz set up a brand new website located www.orlytaitzesq.com and she re-published this dossier #6 with Lisa Liberi's full social security number under "Supporting Documentation" located at http://orlytaitzesq.com/dossier-006.htm.  Ms. Taitz has completed and sent out approximately eight (8) dossier's and dossier #6 which is about Lisa Liberi with Lisa Liberi's full social security number, date of birth, and other private confidential information remains as the dossier continually published although others have been removed and re-added to her website(s). This demonstrates a pattern of behavior that Ms. Taitz continues to use in her tactical and vicious attacks of Lisa Liberi, Lisa Ostella, Philip J. Berg Esq. and others now to include Charles Edward Lincoln III.

11.     Ms. Taitz continued publication of Lisa Liberi's social security number.  In September 2009 Ms. Taitz filed her dossier #6 with a case in the Central District of

California entitled <u>Keyes, et al v. Obama, et al</u>, Case No. 09-cv-00082-DOC . Apparently Ms. Liberi's attorney sent a letter to the Judge, Judge Carter regarding the publication of Lisa Liberi's social security number. Judge Carter issued an order on September 30, 2009 sealing Ms. Taitz's filing which included dossier #6 and ordered Ms. Taitz to refile all her documents with all social security number redacted, see **EXHIBIT "A"**.

12. On January 14, 2010, Orly Taitz again published on her website at http://www.orlytaitzesq.com/?paged=4 dossier #6 which is again republication of Mrs. Liberi's social security number. *See* **EXHIBIT "B"**.

13. It is my understanding Judge Robreno in the case <u>Liberi, et al v. Taitz, et al</u> ordered Ms. Taitz and the other Defendants of the case not to publish any social security numbers of the Plaintiffs during the June 25, 2009 hearing, which Ms. Taitz was present for. Despite this and as outlined above Ms. Taitz has continued publication of Mrs. Liberi's social security number.

14. I am a witness in the <u>Liberi, et al v. Taitz, et al</u> case as I have seen on Ms. Taitz's website all the ugly, nasty and threatening posts she has on her websites and the degrading statements made against Lisa Ostella and Lisa Liberi. In fact, I am fully aware and have read in excess of approximately 760 pages filed in the <u>Liberi, et al v. Taitz, et al</u> which include affidavits, however, the majority of the filings were copies of Ms. Taitz's website showing all the slander, libel, false accusations, invasion of privacy, giving Lisa Liberi's full social security number, date of birth, place of birth, mother's maiden name and other personal confidential information which I had read previously on Ms. Taitz's websites, against Mrs. Ostella and Mrs. Liberi.

15. Ms. Taitz even went as far as posting on her website at http://www.orlytaitzesq.com/?p=2585 accusing Lisa Liberi of "murdering" her sister who died of a self inflicted accidental drug-overdose. Ms. Taitz did not stop there, Ms. Taitz then posted for everyone to call the police department that investigated the death of Mrs. Liberi's sister; she posted the phone number and detective's name and called for pathologists to take all this information to the police. Mrs. Liberi's mother found all this on the Ms. Taitz's website and the Internet and also provided an Affidavit in the Liberi, et al v. Taitz, et al case. This I know because I have been in contact with Mrs. Liberi's mother, Shirley Waddell.

16. Now according to the letter filed with this Court on January 20, 2010, Ms. Taitz claims she filed a police report against Lisa Ostella and gives Report #09-068339, which is located on the police card as the last page of Ms. Taitz's filing. It should be noted however, Ms. Taitz also posted on her website at http://www.orlytaitzesq.com/?p=2585 the following paragraph that clearly contradicts her statements to this Court:

> "*According to detective Teresa Standiford from Orange County economic crimes unit, my report and the whole file was transferred to Santa Fe, as Lisa Liberi lives there. I tried to find out the status, but it is very hard to reach anybody in the police department there. The phone number of detective Teresa Standford in CA 714-647-7486, 714-647-7038. Case # 09-068339...*"

17. As a result of Ms. Taitz's publication of Mrs. Liberi's full social security number, date of birth, mother's maiden name, place of birth and other personal private information, when I did a simple search on Google in July 2009, which is filed in the Liberi, et al v. Taitz, et al case, I found many websites carrying Ms. Taitz's dossier #6 which posted the information at the request of Ms. Taitz.

18.     The attacks Ms. Taitz has made on Mrs. Ostella and Mrs. Liberi, Mr. Berg's paralegal are hateful, vindictive, horrifying and vile. These are the same tactics it appears she is now using against Charles Edward Lincoln, III.

19.     Based on Ms. Taitz inferences towards Lisa Ostella and Lisa Liberi, which are dangerous to say the least, as one of Ms. Taitz followers may attempt to harm Mrs. Ostella, Mrs. Liberi or Mr. Berg.  Mrs. Liberi's identity has already been stolen by one individual as a result of Ms. Taitz illegally publishing her full social security number, date of birth, mother's maiden name, where Ms. Liberi was born.  Orly Taitz refuses to stop her harassment and illegal techniques to further destroy Mrs. Liberi and Mrs. Ostella.

20.     Unfortunately Lisa Ostella, Lisa Liberi, Philip J. Berg, Esquire and now Charles Edward Lincoln, III are not the only individuals Ms. Taitz has gone after and accused of "hacking" her website, "hacking" her paypal, forgery, using multiple social security numbers, tampering with her foundation, which legally is **NOT** a foundation as it is simply registered as a Corporation and the foundation is pending.

21.     Mrs. Taitz has also published calling for the "purging" of President Obama and his supporters, in which Mr. Berg, Mrs. Ostella, Mrs. Liberi, and Evelyn Adams have been deemed by Ms. Taitz; Ms. Taitz has called for "Armed Revolt" against our Government; she has called for militias; to bear arms; Ms. Taitz is an extremely destructive and dangerous person.

22.     Your Honor as it is spelled out clearly in this affidavit and in others, when Ms Taitz is not getting her way then she turns on those she might at one time supported, IE: Lucas Smith, Larry Sinclair; Lisa Ostella and Charles Edward Lincoln III, however by the other Affidavits mentioned in these proceedings and by Ms Taitz own testimony, telling **Lies**

is but just a part of her tactics as long as she can twist the truth to her liking rather than come to the facts with the truth.

I declare under the penalty of Perjury of the laws of the United States that the foregoing is true and correct. Executed this 22 day of January 2010

K. STREBEL, Declarant

State of Utah )
County of Salt Lake ) §

On this 22 day of January, in the year 2010, before me Brandon Simmons, Notary Public Name a notary public, personally appeared K. Strebel, and proved on the basis of satisfactory evidence to be the person whose name is subscribed to this instrument, and acknowledged he executed the same. Witness my hand and official seal.

NOTARY PUBLIC

My commission expires: 7/10/2012

BRANDON D SIMMONS
Notary Public
State of Utah
Commission No. 574712
My Comm. Expires July 10, 2012

# EXHIBIT "A"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SACV 09-0082 DOC (ANx)             Date: September 30, 2009

Title: Captain Pamela Barnett, et al. v. Barack H. Obama, et al.

---

DOCKET ENTRY
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                             Date:_____ Deputy Clerk:_____

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

Kristee Hopkins                                      Not Present
Courtroom Clerk                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                  NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER SEALING DOCUMENT REQUIRING PLAINTIFFS TO REFILE OPPOSITION TO MOTION TO DISMISS TO COMPLY WITH FED. R. CIV. P. 5.2

       On September 28, 2009, the Court received a letter from attorney Philip J. Berg requesting that Exhibit 7 (Dossier #6) of Plaintiffs' Opposition to the Motion to Dismiss be sealed because it does not comply with FED. R. CIV. P. 5.2. The letter states that Exhibit 7 contains personal identifying information of Lisa Liberi and her husband.

       While the Court generally does not entertain letters from third parties, in this case it will do so because of its general policy of protecting person's personal identifying information in court filings.

       FED. R. CIV. P. 5.2 requires that individual's social-security numbers, taxpayer-identification number, birth date, a minor's name, a minor's birth date, or a financial-account number be redacted. In addition, Local Rule 79-5.4 requires parties to redact social security numbers; names of

---

MINUTES FORM 11 DOC                                                Initials of Deputy Clerk kh_
CIVIL - GEN                                                                  Page 1 of 2

minor children; dates of birth; financial account numbers; and home addresses.

Plaintiffs' filing contains, among other identifiers, Lisa Liberi's birth date and partially redacted social security number that is redacted in a way that does not comport with the Local Rule instructions. Because Plaintiffs have included the first five numbers of several persons' social security numbers, and the Court's rule directs that only the last four numbers should be included, the Court is concerned that requiring the last four numbers would allow a person who had seen the improperly redacted original exhibit to deduce the entire social security number. As such, all social security numbers shall be *fully* redacted and no numbers shall be shown.

Court orders Plaintiffs' Opposition to Motion to Dismiss Case (Doc #69) sealed and removed from the public docket. Plaintiffs shall refile a redacted copy of the *entire* Opposition to Motion to Dismiss, including all exhibits, that comports with FED. R. CIV. P. 5.2, Local Rule 79-5.4, and the above instructions regarding full redaction of all social security numbers by Friday, October 2 at 5 p.m.

Plaintiff s do not need to refile a courtesy copy for the Court.

The Clerk shall serve this minute order on all parties to the action.

LAW OFFICES OF
**PHILIP J. BERG**

PHILIP J. BERG
CATHERINE R. BARONE
BARBARA MAY

NORMAN B. BERG, Paralegal [Deceased]

555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531

(610) 825-3134

FAX (610) 834-7659

E-Mail: philjberg@gmail.com

September 22, 2009

**Honorable David O. Carter**
Judge, United States District Court
Central District of California, Southern Division
411 West Fourth Street
Courtroom 9D
Santa Ana, CA 92701-4516

# Ex Parte

**By Fax (   )   could not find.....................................................................Total = 3 Pages**

     Re:   **Barnett, et al v. Obama, et al, Case No. 8:09-cv-00082**

Dear Judge Carter:

    I am writing to you **Ex Parte** requesting Your Honor to **"SEAL"** a portion of the recent filing of Orly Taitz, Esquire, and specifically Ms. Taitz's Exhibit Seven (7), which is **Dossier #6** and your Court Docket as Document Number 69 for several reasons:

    1. Violation of Fed. R. Civ. P. 5.2;

    2. Redacting requirement pursuant to US District Court, Central District of CA ECF filing system; and

    3. "Safe at Home" program.

    Yesterday, Ms. Taitz filed her **"Dossier #6"** in her case before Your Honor which is pending against President Obama. Ms. Taitz filed numerous documents that do **not** pertain at all to the issues of jurisdiction. **Dossier #6** bears mostly on slander and libel about Ms. Liberi, Ms. Ostella and Ms. Adams and contains all the personal identifying information of Ms. Liberi and her husband as well as hearsay statements regarding President Obama.

**Honorable David O. Carter**  September 22, 2009
Judge, United States District Court
Central District of California, Southern Division
Page Two

I represent Lisa Liberi, Lisa Ostella, Evelyn Adams, myself and other Plaintiffs in a current lawsuit filed against Orly Taitz and other Defendants. The case is pending in the United States District Court, Eastern District of Pennsylvania, Case No. 09-cv-01898-ECR.

The reason I had to file suit against Ms. Taitz is due to her threatening to take me down and to do so she was going to destroy my paralegal, Lisa Liberi and any parties associated with us, e.g. Ms. Ostella and Ms. Adams.

I believe Ms. Taitz filed the document in the case before Your Honor, **Dossier #6**, the very document that is the subject of the Pennsylvania lawsuit, to further publish Ms. Liberi's personal confidential private information and to use your Court to further perpetrate her illegal behaviors which have endangered my clients.

It should also be noted the party convicted of the crimes against Ms. Liberi resides within Orange County.

Furthermore, Ms. Taitz has published on her website a copy of the ECF filing.

For the above reasons, I am asking Your Honor to please **SEAL** Ms. Taitz **Exhibit Seven (7)**, which is **Dossier #6**, filed with your Court on September 21, 2009 in support of Ms. Taitz Opposition to Defendants Obama, et al Motion to Dismiss, entered on your Court Docket as Document Number 69.

Regarding my lawsuit against Ms. Taitz, she published all over the internet and by mass emailing to over one hundred and forty thousand [140,000] individuals and businesses, including internationally, by Ms. Taitz own admissions, Ms. Liberi's full Social Security number, mother's maiden name, date of birth, where she resides, where she was born; private information about Ms. Liberi's husband, including name, address, part of his Social Security number, and other personal confidential information.

Ms. Taitz has falsely accused Ms. Liberi and Ms. Ostella of crimes which they have not committed, accused Ms. Liberi of crimes that she has never been arrested for or convicted of; Ms. Taitz has filed false police reports against Ms. Liberi and Ms. Ostella with different law enforcement agencies; called for people in the area Ms. Taitz believes Ms. Liberi resides and the other Plaintiffs reside; Ms. Taitz has called for the "purging" of President Obama and his "clique" which all Plaintiffs in the Pennsylvania case have been accused by Ms. Taitz of being President Obama supporters and part of his "clique".

What makes this so serious is the fact Ms. Liberi and her family were placed in the **"Safe at Home" program**, given a confidential address and her Social Security number was changed by the

**Honorable David O. Carter** September 22, 2009
Judge, United States District Court
 Central District of California, Southern Division
Page Three

Social Security Administration in Baltimore, Maryland as a result of Ms. Liberi and her child being victims of serious domestic violence and stalking type crimes.

  Ms. Taitz or Mr. Sankey did **not** have any type of authorization to pull Ms. Liberi's, or any of the other Plaintiffs which I represent, personal private information, especially Ms. Liberi's full Social Security number, mother's maiden name, date of birth, residency, where Ms. Liberi was born, or any other personal private information, nor did Mr. Sankey or Ms. Taitz have any permissible purpose. As a result, Mr. Sankey and Ms. Taitz have placed Ms. Liberi and her family in harms way once again and have undone all the work and safety features put in place by the State of California and Ms. Liberi.

  A lot of this information, including Ms. Liberi's old and new Social Security number, where she resides, husband's information (what she has correct that is) and ironically, the only full Social Security number in her document is Ms. Liberi's new Social Security number, was all placed in a document Ms. Taitz labeled **"Dossier #6"**.

  Therefore, I hope that you will **SEAL Dossier #6, Court Document #69** and **Order all parties who have copies to refrain from disseminating Dossier #6.**

  Please do not hesitate contacting me should you require anything additional.

Thank you.

                 Respectfully,

                 Philip J. Berg

PJB:jb

# EXHIBIT "B"

http://www.orlytaitzesq.com/?paged=4

# Dr. Orly Taitz Esquire

Defend Our Freedoms Foundation – 29839 Santa Margarita Pkwy, ste 100, Rancho Santa Margarita CA, 92688 – Copyright 2009



## World's Leading Obama Eligibility Challenge Web Site

Your donations to the cause are much appreciated.



The articles posted represent only the opinion of the writers, do not necessarily represent the opinion of Dr. Taitz, ESQ, and Dr. Taitz, ESQ has no means of checking the veracity of all the claims and allegations in the articles.

*Posted on* | **January 14, 2010** |

Dossie#1

Dossier#3

Dossie#5RSM

Dossier#6

**Category:** Dossiers

Lincoln\Affidavit K. Strebel                                                                                       12

http://www.orlytaitzesq.com/?p=7396

# Dr. Orly Taitz Esquire

Defend Our Freedoms Foundation – 29839 Santa Margarita Pkwy, ste 100, Rancho Santa Margarita CA, 92688 – Copyright 2009



# World's Leading Obama Eligibility Challenge Web Site

Your donations to the cause are much appreciated.



The articles posted represent only the opinion of the writers, do not necessarily represent the opinion of Dr. Taitz, ESQ, and Dr. Taitz, ESQ has no means of checking the veracity of all the claims and allegations in the articles.

## Hacking

**Posted on** | January 14, 2010 |

this site is under constant hacking attacks. there is a software that cleans the site every 15 minutes, which means that there are numerous hackers, who get into the site more often then every 15 minutes. In order to limit the hacking and headaches, I am removing the comments function on this site. Any important comments can be sent to me through e-mail dr_taitz@yahoo.com  If our law enforcement did their job, I wouldn't have to go through such nightmare. Please contact the Public Integrity Unit of the criminal division of the department of Justice and report all of the governmental officials, who are derelict in their duties, you can also

report government attorneys to the CA bar. This battle should have been fought by the law enforcement and judiciary, it should not be on the shoulders of one mother of three, working pro bono. Some people will have to be held accountable for their indifference, laziness and corruption.

- [Share / Save]

**Category:** Uncategorized
<!--h3>Comments