Law Offices of:
**PHILIP J. BERG, ESQUIRE**
555 Andorra Glen Court, Suite 12
Lafayette Hill, PA 19444-2531          Attorney for:  Plaintiffs
Identification   No. 09867
(610) 825-3134

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA LIBERI, et al,

      Plaintiffs,

    vs.

ORLY TAITZ, et al,

      Defendants.

        :
        :
        : *Assigned to Honorable Eduardo C. Robreno*
        :
        : Case No.: 09-cv-01898-ECR
        :
        :
        :
        :

## AFFIDAVIT OF SHIRLEY WADDELL

   I, Shirley Waddell am over the age of eighteen (18) and not a party to the within

action.  I have personal knowledge of the facts herein and if called to do so, I could and

would competently testify under oath.

   I declare as follows:

   1.  Lisa Liberi is my daughter.

   2.  August 2008, Phil Berg, Esq. filed his lawsuit "*Berg v. Obama*" questioning

the citizenship status and constitutional eligibility of Barack H. Obama to run for and

serve as President of the United States.  Approximately November 2008, Orly Taitz,

Esq, filed her lawsuit *Lightfoot v. Bowen*.

3.    Orly Taitz, Esq. wanted to be a part of Mr. Berg, Esq. and Lisa Liberi's working relationship.   However, Mr. Berg, Esq. and Lisa Liberi did not want to be a part of Orly Taitz, Esq. due to Taitz's business tactics.   Orly Taitz continued to advertise on a daily basis for attorneys, paralegals and legal secretaries to help her. Mr. Berg, Esq. knew that Taitz had plagiarized his and Liberi's hard work. However, Mr. Berg said he did not care that Taitz had stolen from him if it helped to settle the Obama issue.   I believe Taitz's campaign to destroy Liberi and Berg was retaliation due to what Taitz viewed as "rejection",   intolerance to differing view points of Liberi,  and getting rid of what she considered "competition."

4.   While doing a search on the internet, I learned of another that had experienced the attacks of Orly Taitz. I identified with McKinnion's experiences and agreed with his insight of Taitz. He says it much better than I could.  This article was written by Patrick McKinnion  of "Yes to Democracy" on February 16, 2009: [1]

"Hatriots and Pinheads".   Mr. McKinnion wrote as follows:

"And the fun continues, now with Dr. Orly Taitz and her Cavity Creeps trying to harass, defame smear, and attack the people here at 'Yes To Democracy', all because someone DARED to point out the truth about Dr. Orly, her behavior and claims, and ask "do you really want to be associated with her??".(In the case of one far-right State Representative from Oklahoma, the answer seems to be 'yes'.  His choice.   And his dishonour.)"

"However, what it means is that Dr. Orly's behavior is being challenged. And like most bullies, she can't handle it.  Its patriotism: when they flood peoples mail and email boxes with their spam, but 'harassment' when someone points out the Empress has No Clothes."

---

[1] http://www.yestodemocracy.com/yes_to_democracy_no_to_pu/2009/02/hatriots-and-pinheads-birther-update.html

"Now I called Dr. Orly a "bigot" when she called her opponents "Nazis", "Communists", and 'Radical Muslims'.  I see absolutely no reason why I should change that claim.  Except to add a new one."

"**Coward**".

"Dr. Orly sends her minions to harass her opponents, collect personal info on them, post addressees and emails.  Rather than prove her claims, she hides behind baseless insults and cowardly attacks on her critics."

"This is not the actions of a 'Brave Defender of the Constitution'"

"This is the action of a coward and a bully."

"She tells her supporters to mail and email the slightest speck of anything to the FBI, CIA, INS, US Attorney's Office, Secret Service, Supreme Court, etc.  She sends reams of bogus claims, false statements, and paranoid conspiracies to anyone she thinks will listen.  But if someone dares challenge her on it, and she becomes unhinged.   Like she recently did when someone asked her about the money they donated to her and she replied that the donation didn't give the donor the right to question her."

"I'm not kidding about that either.  **Example:**"

  "2/12/2009 1:21 PM Defend Our Freedoms Foundation wrote:
 …You are also on my site.  Paid for by me.  None of your donations have paid for you to come on here and question me."

"Again, a bully.  Don't dare question, don't dare challenge, just hand over your lunch money and do what you're told."

"If she does harass and attack you, the answer is simple.  Defend yourself.  You have the facts, the evidence, and the truth on your side.  Don't lower yourself to the level or her or her supporters.  They're not worth it.
If you feel she has crossed a line, then the answer is simple."

"**California Legal Ethics can be found here.**  Conduct of California attorneys is governed by the California Constitution (art. VI, §9); the State Bar Act (Cal. Bus. & Prof. Code §state and local ethics opinions; and state and local rules of court. California State Bar handles disciplining of attorneys and illegal solicitation of clients. If you feel that Dr. Orly Taitz's behaviour as an attorney warrants it, her **California Bar Number is 223433,** (information available to the public via the California Bar Association's website).   Complaints **can be filed here** with the California Bar Association."

"This information is provided in the event you feel her behaviour warrants such an action being taken.  Do not lower yourself to her level and use it to harass her or others with."

5.    A complaint was filed against Orly Taitz with the California Bar Association by an anonymous person.    The person filed anonymously due to retaliation.   People began to post questions regarding the Bar Complaint for Taitz on her blog, approximately the middle of April 2009.   Other blogs had also posted this State Bar Complaint.

6.    April 8, 2009, Taitz posted Dossier #6 on her website at repubx[2], which was her new blog name.  Orly Taitz wrote that the open letter posted on the internet was forwarded to 26,000 outlets of U. S. and international media.    Later she (Orly Taitz) commented on Dossier #6 being sent to approximately 36,000 outlets on four occasions.   Within Dossier #6, Taitz wrote that Lisa Liberi had an extensive criminal record going back to the 1990's.  Taitz **incorrectly** refers to Liberi's middle name as RENEE. Taitz wrote that Liberi's restitution payments added up to $21,000.00 per month.   Taitz asked where the money was coming from; who was paying it; and did someone help Liberi avoid jail time here in CA in exchange for her efforts to cloud the issue?   Taitz posted Liberi's name, birth date and 2 Social Security Numbers, one of which was the full social security number of Liberi.  Taitz told the readers that there were **more** Social Security Numbers.

**PLEASE NOTE:  Liberi went through Identity Theft and is the victim of domestic violence crimes.  Liberi was given a confidential address and the Social Security Administration issued her another Social Security Number.  These are**

---

[2] http://216.221.102.26/blogger/post/Dossie6.aspx

the <u>only</u> Social Security numbers that Liberi has ever had.   Liberi does <u>not</u> have extensive criminal record going back to 1990"s.   There is an article that Taitz posted with Dossier #6 regarding Real Estate Fraud from a website called mortgagefraudblog.com.[3]   I found an original copy of this article and noticed that what Taitz posted had been altered.  Liberi does not pay $21,000.00 a month in restitution.

7.   Saturday, April 18th, 2009, Orly Taitz wrote and posted http://drorly.blogspot.com/: "The Defend Our Freedoms blog/site hijacked!   Please go to Dr. Orly Taitz Esquire's New OFFICIAL Blog at: http://www.orlytaitzesq.com/ Taitz also updated the February 3[rd], 2009 posting on drorlytaitz.com to read:  NOTE: this post is updated because the defendourfreedoms.us and defendourfreedoms.org were hijacked.   More info on this matter is on the new site that should be more secure.   http://www.orlytaitzesq.com.

8.   April 18th, 2009, Orly Taitz wrote and posted on her website located at www.orlytaitzesq.com/blog1/?p=36 - "*Follow up on Lisa Liberi, paralegal to Phil Berg*".   Taitz posted probation officer's fax and phone numbers in Santa Fe, New Mexico.   She wrote that before she posted dossier #6 that she had 3 independent sources of the findings of licensed investigator Mr. Sankey.   Taitz wrote that after the revelations about the name Lisa Liberi, then Liberi changed her name to Agent88 on Mr. Berg's site.    Taitz wrote in part:

 "I believe, that when non-profit organizations are involved and donations are collected, one should not employ people that are questionable and particularly people that have a lengthy criminal record that includes forgery, forgery of seals and grand theft."

---

[3] http://www.mortgagefraudblog.com

Taitz went on to say that she had closed her pay pal account.  Taitz wrote in Part:

> "Yet another important matter.  So far none of Obama eligibility matters have gone to trial and we all are working hard to change it.  But let's say one such case goes to trial.  We don't want to be impeached by Obama's attorneys saying that we knowingly employed shady characters, who might've supplied us with incorrect information.  Just like the country needs to be purged of Obama and his clique, that are in power by virtue of forgery, fraud and consealment of vital records, the patriots of this country need to purge their ranks."

**PLEASE NOTE: of course Taitz is wrong about Agent 88, and I definitely challenge whether or not she had 3 independent sources of the findings of Mr. Sankey.   There are too many untrue statements and assumptions in his report.  There was also an article that Mr. Sankey published on real estate fraud.  I found this article, and it has been altered from the original web posting.  Regarding Orly Taitz comments of "*working with shady characters who might have supplied incorrect information, and patriots need to purge their ranks*", lets take a good look at Taitz.  This would probably be a good place to start the purge.  As I mentioned before, Taitz was advertising daily for help from an attorney,   paralegal, or legal secretary.  Taitz plagiarized Mr. Berg's and Liberi's work.   Taitz now has (or always had) Charles Edward Lincoln, III to assist her.  They are now officially a legal team.   Mr. Lincoln #171793 was admitted to California State Bar in 1994, and disbarred January 11, 2004.   The Florida Bar disbarred Mr. Lincoln July 1, 2002, and Texas Bar disbarred Mr. Lincoln in approximately 2000. As stated in the California State Bar[4]:**

---

[4] http://members.calbar.ca.gov/search/member_detail.aspx?x=171793

**California Bar Journal Discipline Summaries**

"January 11, 2004

CHARLES EDWARD LINCOLN [#171793], 44, of Cedar Park, Texas was disbarred Jan. 11, 2004, and was ordered to comply with rule 955.

In 2000, Lincoln was convicted in Texas on a federal charge of falsely representing his Social Security number, a felony. As a result, he gave up his license to practice in the state.

Originally charged with five felonies, the case resulted from Lincoln applying for a checking account using a false Social Security number.

In a second matter, he was disbarred from U.S. District Court for the Western District of Texas after a federal judge requested an investigation of Lincoln because two of his clients had a falsified receipt. The receipt purported to be from the federal court clerk and represented funds the clients had given Lincoln. The clients believed Lincoln was depositing their money in an escrow account related to their case.

Two days before a hearing by the federal court's admissions committee, Lincoln went to his clients' home, instructed them not to tell the judge that he gave them the receipt, which he asked them not to produce, and he gave the clients a cashier's check for $6,000. He did not appear at the hearing.

In a previous lawsuit, the same judge determined that Lincoln was involved in discovery abuse and filed duplicative motions. The judge issued sanctions and dismissed the lawsuit with prejudice.

The State Bar Court determined that Lincoln's misconduct in Texas amounted to violations of California law as well."

"March 19, 2002

CHARLES EDWARD LINCOLN [#171793], 42, of Cedar Park, Texas was placed on interim suspension March 19, 2002, following a conviction for false representation of a Social Security number. He was ordered to comply with rule 955."

9.   On April 19th, 2009, Orly Taitz wrote and posted an article entitled "*Every day I get such evidence of missing or misdirected funds*." www.orlytaitzesq.com/blog1/?p=119, see **EXHIBIT "1"**.  Orly Taitz states "Lisa Ostella, aka Lisa Current aka Calpernia is stealing donations.  Also connected to Lisa Liberi aka Lisa Richardson aka Lisa Courville."   A person that posts on Taitz's blog,

by the name of "wow!", wrote in part: "*Why not just file a lawsuit against this Lisa Ostella aka Lisa Current, aka Lisa Liberi aka Lisa Richardson aka Lisa Courvelle aka Lisa Calpernia.*"  Taitz had previously inferred that  Lisa Ostella and Lisa Liberi were the same person.

10.      Article posted April 20th,2009,  www.orlytaitzesq.com/blog1/?p=177 Taitz posted an E-Mail she had written to John Ziegler, Hon. Alan Keyes, Gary Kreep, Arlen Williams, Phil J. Berg, Esq, and with a cc: to Bob Unruh, Joseph Farah, Chelsea Shilling of WND.     Taitz sent a copy of Dossier #6 (Obama & Liberi) and accuses Ostella of stealing donations and Taitz's foundation.  Taitz wrote that Ostella had recently posted links to sites, and pictures of the recipients of this e-mail.  Taitz wrote that this act creates an impression in the eyes of the public and law enforcement that "you all" are part of this scheme.  She urged all recipients of e-mail to publicly disassociate themselves from Ms. Ostella and her fraudulent and outrageous actions.

11.      On Tuesday, April 21st, Orly Taitz writes and publishes on her website at http://www.orlytaitzesq.com/blog1/?p=195 a post entitled "*Update on Lisa Ostella and Lisa Liberi*".  Al Barrs of albarrs@wfeca.net posted a comment about how shocked he was to read what the Webmaster Ms. Ostella had done to Taitz.   He said that it was obviously a crime; Taitz should have law enforcement to bring criminal charges for stealing Taitz's good name and donations**.**  Taitz responded to Al Barrs that she had reported the matter to the Sheriff's department and FBI.  She told him to spread the word **and** give everybody the new web address for the Defend Our Freedoms Foundation, which is http://www.orlytaitzesq.com**.**  She told him to post the web address in as many blogs and sites as he could, so it will be picked up quickly

by different search engines and can be seen by all my readers.    She told him RE: Ostella:   "*I have sent a Cease and Desist letter to Ms. Lisa Ostella, demanding that she forward to me the access codes for the domains and the e-mail address list of the readers and stop fraudulently operating under the name DefendOurFreedoms…. Ironically Ms. Ostella has accused me of collecting information on the readers… Ms. Lisa Ostella is one, who collected names and e-mail addresses and she is currently fraudulently sending e-mails to these readers using DefendOurFreedoms name.*" Taitz went on further telling Mr. Barrs RE:  LISA LIBERI:  stating she (Taitz) sent an e-mail with dossier #6 to Phil Berg advising him of the lengthy criminal record of Liberi who reportedly was managing his fund raising efforts, and Berg should get rid of her.   Taitz inferred that Berg was giving donations to Liberi to pay $21,000.00 a month in criminal restitution, instead of Obama litigation.

**PLEASE NOTE:  Lisa Liberi does <u>not</u> have a lengthy criminal record dating back to the 1990's.  She does <u>not</u> pay $21,000.00 in restitution per month.   Lisa Liberi was <u>not</u> a volunteer or employee of Taitz.  Liberi volunteers for Philip Berg, Esq. as Mr. Berg's paralegal and has <u>never</u> had anything to do with donations taken in by Mr. Berg or any type of fundraising.**

12.    On Friday, May 1st, 2009, Orly Taitz writes and posts on her website www.orlytaitzesq.com/blog1/?p=513 "*More Attacks on me.  More indepth research is done in spite of attacks*".  Taitz said in this post that she "*recently received an e-mail claiming that she and her husband spy on people with software*".  Taitz goes on to write that she is so successful in uncovering illegal and criminal activities that they get scared and are trying to scare people into not reading the damaging information

that she uncovers.  She writes that they don't want the public to know the truth. Taitz does not mention who THEY are.

13.     On May 4th, 2009, the Plaintiffs' filed a Law suit against Orly Taitz, and other Defendants..   Shortly thereafter, on or about May 6, 2009, I learned the Probation Department in Santa Fe, New Mexico received a **bomb threat.**  Remember that during the month of April onward, Taitz was posting the telephone numbers of Santa Fe, N.M., Probation Department and telling everyone to call regarding my daughter Lisa Liberi.  This was also posted on other websites. Of course any one could have called in the bomb threat,  however, when someone is posting on the internet for everyone to make telephone calls to the same number, the probability goes up that it was someone within "this mass" that made the bomb threat.

14.     On May 9th, 2009 at 5:09 a.m. Orly Taitz writes and posts on her website at   http://www.orlytaitzesq.com/blog1/?p=834 entitled "*Information update on both Liberi and Obama.*"  Taitz mentions Press Release of Philip J. Berg, Esq. in January 2nd, 2009. Taitz claimed credit for Dunham-Soetoro divorce papers,  and gave credit to Ed Hale for Dunham-Obama divorce papers.  In particular Taitz says "*By the way, Berg and Lisa Liberi got Dunham-Soetoro divorce papers from me and they got Dunham-Obama divorce papers from Ed Hale.*"  Taitz talks about outrageous and hurtful allegations from Berg but does not mention what they are.  Taitz then tried to cleverly blame everything on what Berg was now doing (whatever that is) on the criminal issues of Lisa Liberi.  She started bashing Liberi again.  She said that Liberi was collecting disability payments from social security, and getting paid by Berg. However, Linda Belcher who goes by the screen name of Linda Starr and Taitz had

referred to Liberi as a volunteer on other occasions.    Taitz continues claiming Liberi was committing fraud against Social Security.  Taitz raises the question to her readers "Where does she get the restitution of $21,000 per month owed to victims" referring to Liberi.    Taitz tells readers to get out Dossier 6 again, and claims perhaps restitution is now reduced to $12,000 per month.  Taitz points out that Liberi is violating her probation because she is working with donations.    Taitz asked if there were any **volunteers who live in Santa Fe?**    Taitz then mentioned Dossier #1 (Dossier #1 is about President Obama and supposed crimes of his). Taitz told her readers that there is another issue, did somebody arrange for **Liberi to be associated with Berg, to get him into serious legal trouble."**  Taitz goes on stating Liberi was in Rancho Cucomanga [*sic*], and Michelle Obama was working for "Muslim World Today" in Rancho Cucomanga [*sic*].   Taitz continues stating Liberi has changed her Social Security several times and now she applied for yet another SS number.  Obama names are connected to 25 different social security numbers.   Taitz smells a conspiracy here.

**PLEASE NOTE:  Liberi is a volunteer for Philip Berg, Esq.  Liberi does not pay $21,000.00 a month for restitution, nor does she pay $12,000.00.   Liberi is not in conspiracy with President Obama and First Lady Michelle Obama. Liberi has not changed her Social Security number several times.   Social Security Administration changed her Social Security Number once (1) due to domestic violence and identity theft.**

15.     On May 28, 2009 Linda Belcher a/k/a Linda Starr wrote and posted on her website at www.obamacitizenshipdebate.org/2009/05/may-28th-happy-birthday.html, which was posted at 8:08 AM "***Today is Lisa Liberi's 44th birthday!***"    Within the article Linda Belcher states "*We want to be sure she knows we all send very special birthday wishes to her, especially those of us who Lisa personally banned.*" referring to Liberi.   Anyone can see that this is **<u>vindictive,</u>** and another way of giving Liberi's birthdate.   Linda did not mention who **WE or US** were.   She talked about Mr. Berg claiming that she stole his (supporters) people.   Linda wrote in part: "*I was not the one who wrote the invitation that was sent out to others.  I did "tweak" it though, (LOL).*"   Linda continues, "*since I was a volunteer, we didn't have any sort of signed contract, or even a verbal, non-compete agreement.  I can't wrap my mind around the fact that he thinks he owns people.  Wasn't slavery outlawed?*"   The above written and published comment about Mr. Berg and my daughter  does give one an insight into Linda Starr aka Linda Belcher's questionable character.     There were other comments about Lisa's Birthday, one from a person posting as Constitutionalist said "***Birthdays are always filled with surprises***". Linda Starr replied to a comment from Constitutionalist at 2:44PM:   "***Yes, they are!  I have it on good authority that there is a surprise Lisa may be getting, however, it might be delayed a few days.    On second thought, it will be a surprise, but probably not a happy one for any of the plaintiff's, though it will definitely be a huge shock to Phil.***"   Since Liberi was Mr. Berg's assistant, the comments sounded like these animals were going to physically harm Liberi and/or her family so she would be out of the picture completely and permanently.  This caused quite a bit of concern for our family.

16.     The night of May 28th, 2009 Orly Taitz private investigator, Defendant Neil Sankey, went on Defendant Ed Hale's radio show located at plainsradio.com. I guess this was the vindictive birthday surprise from Linda Starr, Orly Taitz and Neil Sankey had previously distributed material about Ostella and Liberi.   Hale was one of the many recipients of this material. Hale, his wife, Caren and people in the chat room were asking questions.   Sankey said that Liberi had a criminal record under the name of Richards, and there were 200 counts against her. He said Liberi had bought 5 brand new cars for friends, and Liberi had cheated businesses out of $350,000 to $400,000.00.   He said that in 2004 Liberi was arrested and charged with 4 counts for selling and reselling a house.     Sankey also said that he had obtained Lisa's Driver's License and Social Security from Bankruptcy court, took this to San Bernardino.  He said that Liberi had filed bankruptcy 4 times.   Sankey said that they had a right to Liberi's SS# to post because there was fraud.   Ed Hale then said that he had posted information on Liberi.   Hale said that Liberi was a pathetic liar, and strongly implied that he had plenty on Mr. Berg.   Hale said that Liberi had applied for another loan. He also said that Liberi was working for Obama trying to get a pardon. Neil Sankey then claims Lisa Ostella was the one who hired him, but didn't pay him.  However, Taitz mentioned Neal Sankey as providing addresses to her on January 9th,2009 www.drorly.blogspot.com/2009_01_04_archive.html.  She also thanked him for his help on January 17th, 2009 www.drorly.blogspot.com/2009_01_11_archive.html.  He also mentioned approximately in March 2009, that he had been working for about 6 months on gathering information on Obama (not president at this time).

**PLEASE NOTE:   I do not know how Sankey obtained Liberi's Drivers License and new SS card information.   However, the above given information by Sankey is false regarding Richards being her name, cheating businesses out of close to $350-400 thousand dollars,  filing bankruptcy 4 times, and she was <u>not</u> arrested in 2004, on 4 counts of  selling and reselling her house.  I have no idea what Sankey meant when he said that they had a right to Liberi's SS# to post because there is fraud.  I would also like to know what Hale meant by his statement that Liberi had recently taken out a loan.  Did Hale and Sankey illegally obtain my daughter's credit reports and/or are they out applying for credit in my daughter's name and social security number?  I reside in the State of California where it is illegal for any company or individual to disclose, send via email and/or post any third parties social security number, see California Civil Code 1798.**

17.   On May 31st, 2009, Orly Taitz writes and posts on her website at www.orlytaitzesq.com/blog1/?p=1843 a post entitled "*I am trying to stay away from Liberi-Berg issue, but I got more questions and here is more info*."  In this posting Taitz talks about Ostella.  Blaming Ostella for contacting the private investigator, Neil Sankey and providing Sankey with information that Liberi had a criminal record.  Taitz attached e-mails supposedly between Ostella and Sankey dated March 15th, 2009.  Taitz said that Ostella changed her tune after the issues with pay-pal came out.  Taitz also claimed that Liberi had obtained a Pennsylvania Driver's License which is another attempt to obstruct justice.   Taitz accuses Liberi of forging records for Berg.

**PLEASE NOTE:  I have no idea what Taitz is talking about regarding my daughter and the Pennsylvania driver's license issue.  I can assure you Liberi does <u>not</u> and would not forge documents for Mr. Berg, Esq. or anyone else. Furthermore, Mr. Berg would never ask her too.     Perhaps the Taitz and Lincoln "legal team" have this arrangement of forging documents, but not the Liberi and Berg "legal team".**

18.     On Monday, June 22nd, 2009 Orly Taitz writes and posts on her website at www.orlytaitzesq.com/blog1/?p=2522 a post entitled "***Ties to Everett, need help with research***".  Taitz said that she was threatened by two people from Washington State and one in Canada.  A few days later she had car trouble, and her husband had car trouble.   She called this "coincidences."  Taitz goes on stating the other coincidences involved the following:   President Obama's mother went to University of Seattle, Washington, so President Obama lived in Washington as a baby.  Lisa Liberi was born in Bellview, Washington.  Lisa Liberi has lengthy criminal record of grand theft, forgery of documents and forgery of official seal.   Her name at birth was Lisa Richardson, and her mother is Shirley Wadell (sic), father is Jack Richardson. Obama, Liberi and Obama's mother Stanley Ann Dunham – **all have multiple social security numbers.**   Liberi was convicted of forgery of documents and according to experts; there are multiple signs of forgery in Obama's documents.     Stanley Ann Dunham also went by the name Shirley Ann Dunham.  A Dunham organization, owned by Shirley Ann Dunham; one location was in Seattle, another in Bellview WA.  They dealt with insurances, lawyers, mortgages – you can get ss numbers from all of these records.

**PLEASE NOTE:  No coincidences here, just another way to post sensitive information of Liberi, her mother's maiden name and father due to the fact that the judge didn't shut Taitz and other Defendants down earlier.  She continued to post name, birth name, birth place, birth date, Social Security Number, mother's maiden name, father's name, plus untrue statements because she could.**

19.     On June 27th, 2009, after the Court appearance in this matter, Orly Taitz wrote and posted on her website at http://www.orlytaitzesq.com/blog1/?p=2585 a post entitled "*I am back from PA. Very Important.*"  Taitz had returned from a Courtappearance in Pennsylvania regarding Liberi and other Plaintiffs' v. Orly Taitz and other Defendants'.   Orly Taitz refers to *Liberi, et al v. Taitz, et al* as a frivolous law suit, and she is not worried, claiming the Judge ruled in favor of her (Taitz). Taitz started in on Liberi again by posting page 115 and 116 of a transcript, which was completely out of context.   Taitz inferred that Liberi was trying to do harm to her by disconnecting a "fumes emissions hose in her car".  Taitz also accused Liberi of "killing" her sister, Cheryl (not sister's name), who died 4 years ago.   Orly Taitz asked people in Santa Fe, New Mexico to take what she had posted (page 115 and 116 out of context) to the police and probation department, and she furnished names and telephone numbers at the law enforcement agencies.  See **EXHIBIT "2"**.

19.     Losing a loved one is very hard and even harder when it is a child.   This will be our fourth year without my daughter, and the family is still grieving.   My daughter's birthday, holidays, and anniversary of death are difficult to get through. Orly Taitz has caused our pain to intensify.  I was shocked when I read what Taitz had **<u>sadistically</u>** written and **<u>maliciously</u>** posted June 27th, 2009, on the internet about

Liberi murdering her sister.  My heart began to race, and my stomach knotted up.   I have PSVT (para supra ventricular tachycardia), I took my medication to slow my heart rate.    Then the tears started to flow.   After I gained some control of my emotions, I contacted my daughter Lisa Liberi.   Lisa also has heart problems, along with long term Diabetes related illnesses.   Both of my children had juvenile diabetes. Lisa has been a diabetic and on insulin since she was 14 months old.  She had open heart surgery at age of 38 which tragically failed.   She is on a host of medications, is to rest, and avoid as much stress as possible.

20.   On July 3rd, 2009 Orly Taitz wrote and posted on her blog at http://www.orlytaitzesq.com/blog1/?p=2716 a response to an article entitled "*Smoking Gun*"  In Orly Taitz posted response Orly Taitz instructs her reader, Mr. Fitzgerald at 8:49a.m., to send out Dossier #6 and Dossier #1.  As you know, Dossier #6 is mostly about Ostella stealing from Taitz, and publishing Liberi's name, address, Social Security #, and date of birth.  Taitz also posted altered documents.  As of the date of this Affidavit, Orly Taitz still has posted on her blog site at http://www.orlytaitzesq.com/blog1/?p=8 her Dossier #6 which contains my daughter, Liberi's full social security number, date of birth, and other personal identifying information for anyone to access.

21.   Orly Taitz thinks that the U.S. Constitution applies only to her rights and freedom.  She has deliberately invaded the privacy of other lives for the sole purpose to cause pain and harm.  She has fabricated documents, plagiarized, and spread lies to ruin lives for the purpose of achieving world wide attention for herself, and more donations.  This woman is greedy and unscrupulous. She is definitely paranoid with

other mental disorders which are probably why she has such a problem with distorted thinking.

22.     Messages posted on websites or in chat rooms have a potentially vast audience, and can be replicated almost endlessly.   These posted messages are taken at face value and can have wide repercussions for affected individuals.   Taitz has not only posted lies but posted Liberi's full Social Security number, place of birth, birthdate, mother's maiden name and father's name, and altered documents to back up her lies.   She has also distributed this information to radio stations, e-mails, etc. She enlisted the help of Defendants Ed Hale, Linda Starr, Neil Sankey and others to assist her in breaking up the "legal team of Liberi and Berg" and "taking Berg down". **Taitz says that posting Social Security #'s, and other personal information is her right.**   Taitz, and the other Defendants, among **many other things,** have set Liberi up for Identity Theft again, and again, and again.

23.     Taitz's, and the other Defendant's actions, are not the way people should behave toward one another.  I pray that the Court lets Taitz, and the other Defendants know, in no uncertain terms, that their behavior is not acceptable in this society, and that **their rights end where another U. S. citizen's rights begin.**


I declare under the penalty of Perjury of the laws of the United States that the foregoing is true and correct. Executed this _20_ day of July, 2009.

_Shirley Waddell_
SHIRLEY WADDELL, Declarant

# NOTARY ACKNOWLEDGMENT

State of California

ss

County of Sacramento

On July _20_, 2009, before me, _MELVIN MARIO_____, personally

(Insert Name of Notary)

appeared Shirley Waddell, who proved to me on the basis of satisfactory

evidence to be the person whose name is subscribed to the within instrument

and acknowledged to me that she executed the same in her authorized capacity,

and that by her signature on the instrument the person, or the entity upon behalf

of which the person acted, executed the instrument.  I certify under **PENALTY**

**OF PERJURY** under the laws of the United States and the State of California

that the foregoing paragraph is true and correct.

**WITNESS** my hand and official seal.

Signature _Melvin Mario_____

My Commission expires _JULY 6, 2013_

MELVIN MARIO
COMM. # 1856898
NOTARY PUBLIC · CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES JULY 6, 2013

**(Seal)**

Affidavit of Shirley Waddell

# EXHIBIT "1"

http://www.orlytaitzesq.com/blog1/?p=119

# <u>Dr. Orly Taitz Esquire</u>

Defend Our Freedoms Foundation 26302 La Paz ste 211, Mission Viejo CA 92691
Copyright 2009

« <u>Key witness in presidential passport case fatally shot
from Field McConnell</u> »

### *Every day I get such evidence of missing or misdirected funds*

Every day I get such receipts, showing that my former web master Lisa Ostella (posts under name Calpernia) has redirected donations to herself, to her e-mail address. Currently, as this was uncovered, she created new web sites Defend our freedoms .org, .net and continues the scheme by making those sites similar to my old ones and using the foundation name to steal more donations. She created a visa donation site with her e-mail account Go Excell Global, underneath she posted a paypal button showing my foundation Defend Our Freedoms (without my consent) and my e-mail address (without my consent) to look as if she is still connected to me and my foundation, even though all ties with her were severed a couple of weeks ago, when I found out about this scheme and I closed the Pay Pal account completely. Any person, whose donations were stolen by Lisa Ostella aka Lisa Current aka Calpernia is asked to report this to his local police or sheriff's department. As I found out, she appears to be connected to Lisa Liberi, who is still working for attorney Phillip Berg. Please see my dossier #6, Lisa Liberi aka Lisa Richardson aka Lisa Courvelle has a long criminal record, that includes grand theft, forgery of documents, forgery of seal, falsification of police reports and credit statements, where financial institutions were defrauded out of thousands of dollars. She claims to be a different Lisa Liberi, living in PA, however she lives in NM and her probation officers are Joanne Martinez 505-827-8627 and   Dawn Helling (not sure about spelling) 505-476-2359.

Hi Dr. Taitz,

 Just to let you know that I donated to your cause on 1/19/09 thru PAYPAL.  I copied the transaction that was provided to me by PAYPAL, please see the following:

Dear Joseph Iadarola,

This email confirms that you have donated $25.00 USD to Defend Our Freedoms (lisaostella@hotmail.com) using PayPal.

Donation Details

   Confirmation number:     0MT49606HT922673B

|  |  |
|---|---|
| Donation amount: | $25.00 USD |
| Total: | $25.00 USD |
| Purpose: | For being a great American! |
| Contributor: | Joseph Iadarola |

Recipient information

|  |  |
|---|---|
| Donations coordinator: | Defend Our Freedoms |
| Contact email: | lisaostella@hotmail.com |
| Contact Phone Number: | 866-954-5625 |

This entry was posted on Sunday, April 19th, 2009 at 8:32 am and is filed under Other Criminal or Suspicious Activities. You can follow any responses to this entry through the RSS 2.0 feed. Both comments and pings are currently closed.

## One Response to "Every day I get such evidence of missing or misdirected funds"

1.    *wow!* says:

     April 21, 2009 at 4:35 pm

     Why not just file a lawsuit against this Lisa Ostella aka Lisa Current aka Lisa Liberi aka Lisa Richardson aka Lisa Courvelle aka Lisa Calpernia? It seems she has done this case irreparable damage in regards to trust. How can anyone trust who anyone or any site is in this case?

Affidavit of Shirley Waddell

# EXHIBIT "2"

Affidavit of Shirley Waddell

http://www.orlytaitzesq.com/blog1/?p=2585

# <u>Dr. Orly Taitz Esquire</u>

Defend Our Freedoms Foundation 26302 La Paz ste 211, Mission Viejo CA 92691
Copyright 2009

« <u>Unfortunately I have to spend more time on Berg's latest motion, I have to provide a response</u>
<u>Next Post</u> »

## *I am back from PA. Very Important.*

I appreciate everybody calling and e-mailing and texting to make sure I am OK. I am OK….I had to go to PA to appear at the hearing in the garbage law suit filed by Philip Berg. My wireless connection didn't work there, I couldn't blog.

I returned yesterday at 12:30 and and was doing a radio show in VA with Chuck Chrismayer. You can reach him at 800-754-1822 or 804-677-2783, he will have archives of the show.

I had to work from 1-5:30 and later wanted to have dinner and spend some time with my family.

In regards to Berg things are going well. Judge denied all of his motions for default judgment against me and clerical default was lifted, he gave me a pro hac vice to represent my foundation, denied all of Berg's motions for injunction against me and, what is most important he ordered Berg to show cause, why his case should not be dismissed due to lack of jurisdiction. For those of you, who are not attorneys, it is a very good sign that the judge is very inclined to dismiss Berg's case due to lack of jurisdiction. I would like to explain that if the case is filed out of state, the first thing that is being reviewed, is jurisdiction. It doesn't mean that the case has any merit aside from jurisdiction, it means that this court cannot hear it. I believe Berg filed it in PA to simply cause me to waste time and money, going to Philly. At any rate, I am not concerned about this frivolous law suit, I am though concerned about something else.

On the plane to Philly I read hundreds of pages of transcripts in criminal case hearings of Liberi. Keep in mind that recently I had threats "to shoot me and burn my body for the world to see". Later a clamp was missing and fumes emissions hose was disconnected in my car, that lead to the fumes accumulating around the engine, which is extremely dangerous.

As I read August 4, 2004 transcript, I found a testimony of detective Liebreich. He testified in regards to recording of phone calls Lisa Liberi made from jail to her husband Brent Liberi. She was telling him that she was upset with her sister Cheryl Richardson. Cheryl cooperated with the police and told them about 19 prior criminal investigations of Liberi. Liberi told Brent (see copies

Affidavit of Shirley Waddell

of the transcripts attached) that she will get her sister in jail and will spread the word that she is a rat. She was telling Brent "do you know what they do in prison to rats?"

At that time DA James Secord asked the detective to explain. The detective stated that a contract will be issued on such person, a green light and such person will be attacked and/ or killed. He mentioned that 5 people were killed last year alone.  I got concerned, if this woman could plan a hit, a contract on her own sister, it would not be inconceivable that she would plan a hit on an attorney and her family, if this attorney outed her. I kept reading and found out that indeed less then a year later her sister was dead. Official cause of death, from what I understand, is drug overdose. However, drug overdose can be self inflicted or inflicted by others.

At this time I would like to know if there are any pathologists among the readers of this blog? Can someone go to the police department and probation department in Santa Fe NM and show them all this info.

According to detective Teresa Standiford from Orange County economic crimes unit, my report and the whole file was transferred to Santa Fe, as Lisa Liberi lives there. I tried to find out the status, but it is very hard to reach anybody in the police department there. The phone number of detective Teresa Standford in CA 714-647-7486, 714-647-7038. Case # 09-068339.

Liberi's prosecuting DA in Ca is James Secord 909-387-8309

In Santa Fe I was given a number for detective Martin Lopez 505-955-5010, General number for the Santa Fe police is 505-955-5038.  Investigations unit- 505-955-5038

The supervisor of her probation department is Joan Martinez 505-476-2359 Regional probation officer is Rose Bobchack 505-476-2363.

After the hearing on Thursday I talked to Phil Berg and I have shown him the transcripts of Liberi's prior hearings.  I put him on notice in regards to her dangerous propensities and let him know that if he continues with this law suits and continues denying, what is clearly a public record, he endangers me and my whole family. If something happens and Liberi is involved, he will be held accountable as an accomplice.

115

1   concerning an interview he had with Cheryl Richardson?

2       A.   Yes, that report had to do with the previous

3   19 charges, not the ones that were discussed today.

4       Q.   All right.  And was there an indication in

5   those conversations between the defendant and her

6   mother an understanding by the defendant that she had

7   obtained, that the defendant had obtained a copy of

8   that police report?

9       A.   Yes.

10      Q.   What did the defendant indicate she wanted to

11  do with regard to her sister?

12      A.   Actually as far as harm, she discussed that

13  with her husband Brent.  As far as with her mother, she

14  was angry at her and was basically done with her

15  sister.

16      Q.   And with respect to Brent, did she

17  indicate -- did she make threats about her sister?

18      A.   Yes.

19      Q.   What did she say?

20      A.   First thing was that she believed that her

21  sister had an outstanding warrant in the State of

22  Arizona.  She was going to somehow get her arrested and

23  then spread throughout the jail system that she was

24  quote unquote "a rat" and she told her husband Brent,

25  "You know what they do to rats in jail?"

26      Q.   Investigator Leibrich, you were with the L.A.

27  County Sheriff's Department for a number of years,

28  correct?

Affidavit of Shirley Waddell

116

1      A.   That's correct.  Over 20.

2      Q.   Did you ever work the jail?

3      A.   Oh, yes.

4      Q.   And what happens when inmates discover that

5   another inmate is a snitch?

6      A.   There is what is known as a contract, a green

7   light on them.  Different things; they are attacked

8   and/or killed.  In fact, you brought up L.A. County,

9   in the last year five have been killed within the jail

10  system.

11     Q.   Did you also listen to any conversations

12  where the defendant indicated that she wanted to leave

13  the State of New Mexico?

14     A.   Yes.

15     Q.   Okay.  Did she -- were there conversations --

16  would you please describe what those conversations

17  consisted of?

18     A.   She was speaking to her husband Brent who was

19  based out of New Mexico.  She said she was quote

20  unquote "done", that when the lease was up at the end

21  of the month of August, that she wanted to leave.  She

22  was not going to tell anybody where she was going to

23  go.

24     Q.   Okay.  Did she also indicate anything to her

25  husband about finding a new job?

26     A.   She inquired of her husband that even though

27  he liked his job, she asked him, "You can find a

28  transfer, can't you?  We should leave.  Let's go to



Affidavit of Shirley Waddell

This entry was posted on Saturday, June 27th, 2009 at 3:52 pm and is filed under Events, Uncategorized. You can follow any responses to this entry through the RSS 2.0 feed. Both comments and pings are currently closed.

## 5 Responses to "I am back from PA. Very Important."

1.    *sillyhaha* says:

    June 27, 2009 at 5:57 pm

    I am thrilled that all went well for you and the other defendants on Thur! Seems like the Judge feels that this case is a complete waste of time and unfair to all the defendants. It is a frivolous case.

    Interesting info on Lisa Liberi. Sounds like she may be looking at more legal problems as a result of going after you and Linda Starr. Serves her right…and I hope Berg gets sanctioned for this nonsense.

    Well done, Dr. Taitz!!!

2.    *sillyhaha* says:

    June 27, 2009 at 6:22 pm

    Dr. Taitz,

    Please be careful. This Lisa Liberi woman is dangerous. Thank God she doesn't live near you.

    Somewhere someone talked about escorting you to the courthouse on the 13th…he would be carrying a gun. This concerns me. He won't be allowed in with the gun. And, I wouldn't want anything to damage your reputation. I personally would leave all guns at home. Peaceful protesters can assist you to and from the building. After the von Brunn incident, I would hate to see further linking of guns/violence and the citizenship issue.

3.    *tainler* says:

    June 27, 2009 at 8:20 pm

    I am VERY concerned for Orly and her family. Lisa liberi doesnt have to live close to Orly to attempt anything. If she has connections to "get rid of someone" then all she needs is a phone or computer. Is there a way to investigate her computer or tap her phone lines that would be legal? A very frightening situation. I am starting to wonder if Lisa L. has any deep ties with obama and his clan. I'm sure she does. Anyway, remember AirFrance flight 447 that just crashed in the ocean? I read there there were people of "status" that maybe were or could expose anything government wise and suspiciously enough the plane went down. Orly should not announce any travel plans, flight information and should not leave her car at the airport. Is there any way that police could be notified ahead of time and have the area checked out at the location of the hearing on the 13th…. looking for snipers, a "so-called" drunk driver that could run up on a sidewalk and kill anyone with their car and make it look like an accident? I personally feel every act of protection should be high priority for Orly and her family's safety. They know she will be gone on this trip…will her house, family, personal property be safe? Is it possible to have a neighborhood watch while she is gone or have the police do frequent checks at her house while not there? I know Orly is smart but she probably is the most hated person by Obama and his corrupt thugs. I just want Orly and her family to be safe. The electrical wires

to her house should be checked too as well as air conditioning units. Anything can be done to those things to make them malfunction and overheat. Not sure if this should be posted as long as Orly reads it.

4.    *Granny Watching* says:

<u>June 27, 2009 at 8:30 pm</u>

<u>http://sfbay.craigslist.org/eby/rnr/1236944772.html</u> claims to have the document number on the BC from Fact check. LOL

5.    *live oak* says:

<u>June 27, 2009 at 10:03 pm</u>

It's really good to have you back Orly! I'm so sorry that you've had to spend time away from your family with this mess that Berg has caused you, and I hope the good people that did donate to Berg can get their money back. Mr. Berg should have to pay all your court costs and expenses as well. What he has done to you and to the profession is beyond despicable!
Please be careful Orly. We all love you and have you in our prayers. Have a peaceful and relaxing weekend with your family. No worries. Monday is a big day. I pray that this will be over soon while America is still recognizable.