# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-Civ-81255-DIMITROULEAS/SNOW

MARSHA G. RIVERNIDER,                          :
ROBERT H. RIVERNIDER, and                      :
CHARLES EDWARD LINCOLN, III,                   :
                                  Plaintiffs,     :
                                               :
vs.                                            :
                                               :
U.S. BANK NATIONAL ASSOCIATION,                :
As Trustee for the C-Bass Mortgage Loan        :
Asset-Backed Certificates, Series 2006-CBS,    :
and all John & Jane Does, 1-10,                :
                                  Defendants.    :

## AFFIDAVIT OF CHARLES EDWARD LINCOLN, III

I, Charles Edward Lincoln, III am over the age of eighteen (18) and am a Plaintiff in the above-entitled-and-numbered cause. I have personal knowledge of the facts stated herein and when called to do so, I can and will competently testify to the same in open court.

I declare the following facts to be true and correct:

1. On June 25, 2009, I was with Orly Taitz in Philadelphia, after the morning hearing in the case of *Liberi v. Taitz*. Pending before Judge Eduardo Robreno in the United States District Court for the Eastern District of Pennsylvania.

2. As of that date I had only met Philip J. Berg in Court and Orly had just barely introduced me to him. I had never met him before that date. I had never communicated with him before that date, although I had heard about him in connection with his several well-known litigations concerning the events of 9/11 and then in connection with Barack Obama.

3. I had begun working on the *LIberi* case with Orly Taitz on June 9, 2009.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No.: 09-Civ-81255-DIMITROULEAS/SNOW

MARSHA G. RIVERNIDER,  :
ROBERT H. RIVERNIDER, and  :
CHARLES EDWARD LINCOLN, III,  :
                   Plaintiffs,  :
                     :
vs.  :
                     :
U.S. BANK NATIONAL ASSOCIATION,  :
As Trustee for the C-Bass Mortgage Loan  :
Asset-Backed Certificates, Series 2006-CBS,  :
and all John & Jane Does, 1-10,  :
                   Defendants.  :
                     :

### **AFFIDAVIT OF CHARLES EDWARD LINCOLN, III**

    I, Charles Edward Lincoln, III am over the age of eighteen (18) and am a Plaintiff in the above-entitled-and-numbered cause. I have personal knowledge of the facts stated herein and when called to do so, I can and will competently testify to the same in open court.

    I declare the following facts to be true and correct:

    1.    On June 25, 2009, I was with Orly Taitz in Philadelphia, after the morning hearing in the case of ***Liberi v. Taitz***. Pending before Judge Eduardo Robreno in the United States District Court for the Eastern District of Pennsylvania.

    2.    As of that date I had only met Philip J. Berg in Court and Orly had just barely introduced me to him. I had never met him before that date. I had never communicated with him before that date, although I had heard about him in connection with his several well-known litigations concerning the events of 9/11 and then in connection with Barack Obama.

    3.    I had begun working on the ***LIberi*** case with Orly Taitz on June 9, 2009.

4.      Orly Taitz and I rented a car (my driver's license, her credit card) after the hearing on Tuesday and we drove around New Jersey for the purpose of Orly making a police report concerning Lisa Ostella and to request her arrest and prosecution for fraud, forgery, and/or embezzlement of funds belonging to Defend Our Freedoms Foundations, Inc. of which Orly Taitz was President. Orly Taitz has accused several people of forgery (See Exhibit A).

5.      Orly Taitz asked me to drive because she said she was too tired to drive, and so she did not even give her driver's license at the car rental, although we both signed the rental agreement.

6.      At that time I knew nothing about Lisa Ostella (except that she was a Plaintiff against Orly together with Lisa Liberi in *Liberi v. Taitz*. I did not even realize how closely Lisa Ostella and Orly Taitz had worked together.

7.      Orly Taitz said that she had reason to believe that Lisa Ostella had misappropriated funds belonging to her and/or her foundation.

8.      Orly Taitz carried with her several copies of a very large file which, she said, contained the evidence of Lisa Ostella's embezzlement and/or fraud.

9.      I knew absolutely nothing about the allegations against Lisa Ostella or anything else to do with her. I did not examine the contents of the file at all.

10.     Orly and I had been up all night the night before; the original purpose of our meeting was to prepare for the hearing but other things happened that night, and frankly I was energized and just delighted to be driving Orly around New Jersey: with someone with whom I had spent such a wonderful, romantic, night as the night before. I was in a rather happy daze at the time, which seems pretty ironic and stupid now, but even "during the moment" I recall thinking that Orly was at the very least unusually intense and eccentric.

11. We went to several towns and I cannot at the present time recall what those towns were, but we drove a very long circuit around New Jersey. I recall that we were basically driving in circles around Highways 1, 130, and 206.

12. I remember these highways between Princeton and New Brunswick because I used to visit friends at the Institute of Advanced Studies as well as the archaeology/anthropology and history departments at Princeton University and Rutgers University. But the towns Orly wanted to visit were all strange to me and I was so focused on Orly I wasn't really thinking about the political geography.

13. We went to several police stations and each time Orly announced herself, requested to speak to a supervising officer, and offered one of her large (apparently duplicate) files concerning Lisa Ostella; Orly called her various "investigative files" by the term "Dossiers" but I am not sure which "Dossier" this was. However, the document she was circulating on that day might have been Orly's "Dossier #6", and if not, it was a very similar document.

14. Exhibit A is a true and correct copy of the cover letter for Orly's famous "Dossier #6" which Orly had sent to U.S. Attorney General Eric Holder, FBI Chief Robert Mueller and others on April 08, 2009, which she sent in the form of an "open letter posted on the internet and forwarded to 26,000 outlets of US and international media."

15. The central focus of the first page of this letter are the bolded words:

**Dossier #6 Further evidence of forgery; more questions raised in regard to illegal campaign contributions; efforts to undermine fundraising of dissidents, criminal element used; more cyber crimes, defamation of character, identity theft; false leaders of the dissident constitutional movement.**

*Affidavit of Charles Edward Lincoln, III, regarding Dr. Orly Taitz*                                    3

16. Each time, the officer who received her file looked at the file and told her it was not in the proper form of a sworn complaint, and that it appeared to have to do with events in California which had already been reported to California police and/or Federal authorities.

17. I really wasn't paying much attention, I admit, but Orly got angry and started arguments with officers at each point. I told her that it seemed futile to persist, but when we got to the third (I think) and final police station, (some nice suburban city center, surrounded by grass, I cannot remember the name but I can picture it in my mind) it was after 5:00 p.m. and all the day staff had departed.

18. Orly insisted on talking to someone. At first the security guard The officer politely told her it was out of their jurisdiction after which she started yelling. The officer was giving us very strange looks. I told him that she had been through a lot and he started to raise his hand as if to call time out or tell her to stop or something and I saw she was about to explode at him. I didn't think that would have helped at all and I was mildly worried the officer might think Orly was disturbed or on drugs or drunk or something (especially because her eyes were bulging and bloodshot from lack of sleep, even though she had slept a little in the car during the day) so I grabbed her and kissed her and squeezed her and told her to calm down, which she did, and smiled, and finally we left, without having filed any reports anywhere. She whispered that the police were corrupt and stupid and it made her crazy. I told her "welcome to the world that I've lived in for twenty years."

19. The last officer told her there was no possible way that he could accept the papers even during regular business hours because they had no system for receiving such evidence. Orly wondered why the police were so inefficient. We drove back to Philadelphia.

20. It was, for me, more like a "lover's picnic" (it was a very nice, beautiful day) than anything else. Orly was agitated while she was at the Police stations but not otherwise.

21. Periodically she would get calls from her husband and apologize to me for speaking to him in Hebrew.

22. I told Orly that I thought that the best way to raise the issues she wanted to raise were by filing a counterclaim in the civil action, but she said she was afraid that it would more likely cause venue to remain in Philadelphia rather than being dismissed for want of jurisdiction or transferred out to California or Texas.

23. I declare under the Penalty of Perjury of the Laws of the United States that the above-and-foregoing statements of fact are true and correct.

Signed and executed this Saturday, the 23rd day of January, 2010 in West Palm Beach, Palm Beach County, in the State of Florida.

Charles Edward Lincoln, III
Plaintiff

# NOTARY ACKNOWLEDGMENT OF INDIVIDUAL

STATE OF FLORIDA                              §

PALM BEACH COUNTY                             §

The foregoing affidavit was acknowledged before me, __YEFIM KOZA__,
Name of Notary
in my official presence, on this Saturday the 23rd day of January 2010, by <u>Charles Edward Lincoln, III</u>, who appeared in person before me and, who whereupon, having produced satisfactory legal identification at my place of business at __931 Village Blvd__, West Palm Beach, Florida 33409, did then and there take the oath which I duly administered to him as I am, by the laws of the State of Florida, authorized to do.

_____
Notary Public, West Palm Beach,
Palm Beach County, State of Florida

__931 Village Blvd, STE 905__, West Palm Beach, Florida 33409
Business Address of Notary

My Commission Expires: __March 2, 2012__

[Notary seal: YEFIM KOZA / MY COMMISSION # DD 755817 / EXPIRES: March 2, 2012 / Bonded Thru Notary Public Underwriters]

Commission # __DD 755817__

NOTARIAL SEAL
Affixed Above

Exhibit A:
Copy of
"Open letter posted on the internet":
Cover or Transmittal
From Dr. Orly Taitz, Esq. to
Attorney General Eric Holder, et al.
Dated
04.08.09

**Dossier #6**
Dr. Orly Taitz, ESQ
26302 La Paz ste 211
Mission Viejo CA 92691
ph 949-683-5411
fax 949-586-2082
dr_taitz@yahoo.com
www.repubx.com
04.08.09.

Attorney General Eric Holder;
Solicitor General Elena Kagan;
Director of FBI Robert Mueller;
FBI Cyber Crime division, Orange County CA,
Officer Nathan Le
Director of Secret Service Mark Sullivan;
Chief of Security of the Supreme Court,
Officer Christine Giaccio;
Chief Justice of the Supreme Court John Roberts;
Legal Counsel to the Chairman of Joint
Chiefs of Staff Admiral Mullen, Captain Crawford

Via Certified mail, return receipt, restricted delivery addressee only

Dossier #6 in the form of
open letter posted on the internet and forwarded to 26,000 outlets of US and international media

## Dossier #6 Further evidence of forgery; more questioned raised in regards to illegal campaign contributions; efforts to undermine fundraising of dissidents, criminal element used; more cyber crimes, defamation of character, identity theft; false leaders of the dissident constitutional movement.

Please see in attachment affidavit of licensed private investigator Jorge Baro and forensic document examiner Sandra Ramsey Lines. Both are stating that Certification of Live Birth posted by Obama on internet cannot be viewed as genuine and original birth certificate from the vault in Hawaii needs to be produced to verify his place of birth and citizenship.

Further you can see a statement by Suzie Murzinski in regards to fundraising by Obama in Senegal, using Western Union. Fundraising abroad for the presidential election is illegal and this statement is consistent with prior reports of Obama illegally getting campaign contributions from abroad, mostly from Arabic Muslim countries.

Further you can see receipts showing diversion of campaign contributions. I have received e-mails from donors, stating that they had problems with pay-pal. I described these problems in dossier #5, specifically that the e-mail address in my blog for pay-pal was changed, which prevented me from raising funds. My web master Lisa Ostella stated that such a report gives her, as a web master, bad name and demanded that I take the

hacking report back. She stated that she was convinced that the changing of the e-mail address was done by a volunteer moderator Fran, she stated that she locked Fran from the blog and that should solve the problem. I felt that the matter needs to be investigated by the FBI and I felt that they should draw their own conclusions. Ms. Ostella stated that if I do not take back my complaint to FBI, she will no longer host my foundation on her server. When I found a new web master to host my foundation, Ms. Ostella instead of transferring the access codes and the domain, has locked me and another volunteer moderator out of the blog, posted a bizarre defamatory statement, that I supposedly authorized hacking into my own account and further defamatory comments about me were placed under different names and aliases. Moreover, there were comments posted supposedly under my name, even though I was locked out of the account and couldn't respond. I got reports that some defamatory comments were made under alias usually used by Lisa Liberi, assistant for Attorney Phillip Berg, who filed similar legal actions. I started receiving statements and copies of pay –pal receipts, showing instead of my e-mail address, an e-mail address of Lisa Ostella. Originally, I thought that maybe her address showed on the receipt, since she was a web master on the account, however, when I checked the names and dates on the receipts against the names on the roster, that I downloaded earlier, I could see that those were not received by the foundation, those donations were missing.

    A couple of weeks ago I have received a phone call, providing information that Lisa Liberi, a paralegal, assisting Mr. Berg, has an extensive criminal record. I decided to verify that. According to Mr. Neil Sankey, licensed private investigator with 20 years of experience in Scotland Yard and over 12 years of experience in US, those statements were correct. Lisa Liberi aka Lisa Richardson aka Lisa Courville and other aliases had an extensive criminal record going back to 1990s, that included Grand Theft, forgery, forgery of seals "From 2000 to 2004, Liberi engaged in a complex fraud involving falsification of police reports, manipulation of credit bureau reports, loan fraud, and counterfeiting of court documents resulting in hundreds of thousands of dollars in losses to banks and credit unions." (see attachment). Please see the report attached and reports relating to criminal conviction in San Bernardino California. Interesting fact is that Lisa Liberi was convicted recently, in March of 2008, she was supposed to serve 8 years in jail. Miraculously this 8 year jail term was reduced to probation and an order to repay the victims. When I added up all the restitutions in the conviction, it added up to 21,000 per month. Where is this money coming from? Who is paying it? And paying to do what? I have sent an e-mail to Philip Berg, alerting him to this matter, however I did not hear from him back. After I raised my concerns to other parties and they confronted Liberi, she tried to claim that it is not her, but another Liberi, that she lives in PA and the one convicted lives in NM, however several sources confirmed that she indeed lives in NM, they confirmed her date of birth and appearance as matching the ones on file with the San Bernardino, CA district attorney. I tried to analyze the instances when Liberi was the most vicious in her attacks towards me and found two distinct areas:
a. Obama's Natural Born status and definition of it
b. my efforts to conduct investigation of illegal, criminal activity and my efforts to have FBI and attorney generals of different states involved.
In regards to the Natural Born status, she claimed that she has written pleadings for Phil Berg and that the citizenship of Obama's father is of no importance. This was repeated

time and again when she appeared together with Phil Berg at different radio programs. In reality definition of Natural Born citizen is, that it is one, who is born in the country, with **both parents citizens of the country**, one that does not have allegiance to any other sovereignty at birth. It appears that it was an effort to sway the public and redirect attention from the most obvious, the fact that Obama's father was not a citizen of the US and therefore he does not qualify, no matter where he was born. Did someone help Liberi avoid 8 year jail term here in CA in exchange for her efforts to cloud the issue?
Second issue dealt with criminal activities surrounding Obama and his supporters. I have been the only one investigating those issues. Why?
Another interesting fact. Plains radio had a legal action against a blog radio talk show host Evelyn Adams aka momma E. Momma E is represented in this action by attorney Philip Berg. When Lisa Ostella locked me out of my own foundation, due to the fact that she has registered the domain before I had an opportunity to do so; she created several diversionary blogs and posted links to Momma E and a few other parties that are rumored to be plants, meaning false leaders of the movement.
I am not a historian and not a theologist, however this whole situation reminds me of a story of Shabtai Zvi. A few centuries ago there was a false leader in Europe, his name was Shabtai Zvi. He claimed to be a Masaya and thousands followed him until he was summoned by a sultan, who has given Zvi two choices:
First- if you are really a Masaya, you will be executed, but you will be resurrected as a Masaya.
Second – if you are not a Masaya and want to live, you have to convert to Islam.
Within about five minutes Shabtai Zvi put on a Muslim garb and converted and that was the end of the false Masaya, false leader and false movement.
Similarly here, a leader is judged by his willingness to go all the way, regardless of hardships and risks or financial problems. You can't talk only about the birth certificate and not see an elephant in the room, which is Obama'd British citizenship at birth, based on his father's citizenship. You can't talk about his birth certificate only and not demand immediate investigation of his numerous reported social security numbers, reported forgery of the Selective Service Certificate, perjury on the Illinois Bar application, all the evidence of campaign contributions fraud, charitable foundations fraud, tax fraud and numerous reports of his supporters being engaged in cyber crimes, intimidation, harassment, identity theft and all the other related crimes
Due to the above I renew my demand upon all the law enforcement agencies listed in this dossier to conduct immediate criminal investigator, I demand on behalf of my clients Quo Warranto proceedings to resolve those issues once and for all.

Sincerely,

Dr. Orly Taitz, ESQ

Ph 949-683-5411
Fax 949-586-2082
Dr_taitz@yahoo.com
www.repubx.com