From: <lawronin@aol.com>
Date: Wed, Jan 20, 2010 at 2:04 PM
Subject: Re: Rivernider, et al v. U.S. Bank, Case No. 09-81255-Civ-DIMITROULEAS / SNOW
To: lisaliberi@gmail.com

I believe it would be my clients position that she object to the extension of time.

Thank you