UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-81255-Civ-DIMITROULEAS/SNOW

MARSHA G. RIVERNIDER, ROBERT H. RIVERNIDER,
and CHARLES EDWARD LINCOLN, III,

      Plaintiffs,

      v.

U.S. BANK NATIONAL ASSOCIATION, as Trustee
for the C-Bass Mortgage Loan Asset-Backed
Certificates, Series 2006-CBS, and all
John & Jane Does, 1-10,

      Defendants.
_____/

**ORDER**

      THIS CAUSE is before the Court on the Request for Judicial Notice (Docket Entry 29), which was referred to United States Magistrate Judge Lurana S. Snow. This request was filed by Dr. Orly Taitz, who is not a party to this litigation. With the Court being advised, it is hereby

      ORDERED AND ADJUDGED that the motion is DENIED AS MOOT, since it was not filed by a party.

      DONE AND ORDERED at Fort Lauderdale, Florida, this 11th day of February, 2010.

                                         _/s/ Lurana S. Snow_
                                         LURANA S. SNOW
                                         UNITED STATES MAGISTRATE JUDGE

Copies to:
Marsha G. Rivernider, pro se (P)
Robert H. Rivernider, pro se (P)
Philip J. Berg, Esq. (P Lincoln)
Inger Garcia, Esq. (P Lincoln)
Benjamin Kyle McComas, Esq. (D)
Beth Ann Norrow, Esq. (D)
Bradford Cohen, Esq. (W- Taitz)