UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81255-CIV-DIMITROULEAS

MARSHA G. RIVERNIDER;
ROBERT H. RIVERNIDER; and
CHARLES EDWARD LINCOLN, III,

  Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION,
as Trustee for the C-Bass Mortgage Loan Asset-Backed
Certificates, Series 2006-CBS, and all JOHN & JANE
DOES 1-10,

  Defendants.

_____/

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
FOR FAILURE TO FOLLOW THIS COURT'S ORDERS**

  THIS CAUSE is before the Court *sua sponte.*

  This Court's Order of August 31, 2009, directed the parties to file a Joint Scheduling

Report within thirty-five (35) calendar days of the filing of the first responsive pleading by the

last responding defendant.  [DE-3].  Defendant filed its answer on February 24, 2010 [DE-60]

and, therefore, the latest a joint scheduling report should have been filed was March 31, 2010.

  Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs shall show cause why

this case should not be dismissed for failure to follow this Court's Order, and shall further file a

status report by April 12, 2010, as to the status of this case.  Failure to timely file a status report

as ordered may result in dismissal of the case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this

2nd day of April, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

Marsha G. Rivernider, *pro se*
9246 Delemar Court
Wellington, FL 33414

Robert H. Rivernider, *pro se*
9246 Delemar Court
Wellington, FL 33414

Charles Edward Lincoln, *pro se*
603 Elmwood Place, Suite 6
Austin, TX 78705