UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81255-CIV-DIMITROULEAS

MARSHA G. RIVERNIDER;
ROBERT H. RIVERNIDER; and
CHARLES EDWARD LINCOLN, III,

       Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION,
as Trustee for the C-Bass Mortgage Loan Asset-Backed
Certificates, Series 2006-CBS, and all JOHN & JANE
DOES 1-10,

       Defendants.

_____/

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT'S ORDERS

THIS CAUSE is before the Court upon the April 2, 2010 Order to Show Cause [DE-61].

This Court's Order of August 31, 2009, directed the parties to file a Joint Scheduling

Report within thirty-five (35) calendar days of the filing of the first responsive pleading by the

last responding defendant.  [DE-3].  Defendant filed its answer on February 24, 2010 [DE-60]

and, therefore, the latest a joint scheduling report should have been filed was March 31, 2010.

The Court issued an Order to Show Cause [DE-61], requiring Plaintiffs to show cause why this

case should not be dismissed for failure to follow this Court's Order, and further file a status

report by April 12, 2010, as to the status of this case.  The Order indicated that failure to timely

file a status report as ordered could result in dismissal of the case.  Plaintiffs have failed to

respond.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      The above-styled action is hereby **DISMISSED WITHOUT PREJUDICE**.

2.      The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this

13th day of April, 2010.


WILLIAM P. DIMITROULEAS
United States District Judge


Copies furnished to:
Counsel of record

Marsha G. Rivernider, *pro se*
9246 Delemar Court
Wellington, FL 33414

Robert H. Rivernider, *pro se*
9246 Delemar Court
Wellington, FL 33414

Charles Edward Lincoln, *pro se*
603 Elmwood Place, Suite 6
Austin, TX 78705